In re: **STEVE PANDI**
**EILEEN A QUEZADA**
Debtor(s)

Case No. **2:16-bk-11585-SHG**
Chapter **11**

# DECLARATION

We, **STEVE PANDI and EILEEN A QUEZADA**, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **7** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **October 9, 2016**

/s/ STEVE PANDI
**STEVE PANDI**
Signature of Debtor

Date: **October 9, 2016**

/s/ EILEEN A QUEZADA
**EILEEN A QUEZADA**
Signature of Debtor

I, **Andrew M. Ellis**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **7** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **October 9, 2016**

/s/ Andrew M. Ellis
Signature of Attorney
**Andrew M. Ellis**
**Andrew M Ellis Law, PLLC**
**PO Box 16272**
**PHOENIX, AZ 85011-6272**
**(602) 524-8911  Fax: (602) 635-3264**

MML-5

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

AZ DEPARTMENT OF REVENUE
BANKRUPTCY UNIT FIELD 1011
1600 W MONROE ST 7TH FLOOR
PHOENIX AZ 85007-2612


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


AAA AUTO TITLE LOANS LLC
DBA CASH 1
985 DAMONTE RANCH PKWY STE 206
RENO NV 89521


ADT SECURITY SERVICES
PO BOX 371490
PITTSBURGH PA 15250-7490


ADT SECURITY SERVICES INC
3190 S VAUGHN WAY
AURORA CO 80014


ADT SECURITY SERVICES INC
ATTN: BILLING DEPT
14200 E EXPOSITION AVE
AURORA CO 80012-2540


ADT SECURITY SERVICES, INC.
PO BOX 371956
PITTSBURGH PA 15250-7956


AMERICA'S SERVICING COMPANY
ATTN: BANKRUPTCY DEPT MAC #D3347-014
3476 STATEVIEW BLVD
FORT MILL SC 29715


APS
PO BOX 53999 STA 38
PHOENIX AZ 85072-3999


APS
MAIL STATION 8416
PO BOX 53999
PHOENIX AZ 85072-3999

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

APS  
P.O. BOX 2906  
PHOENIX AZ 85062

ARROWHEAD LAKES HOA  
C/O BROWN | OLCOTT, PLLC  
373 S MAIN AVE  
TUCSON AZ 85701

ARROWHEAD LAKES HOMEOWNERS ASSOCIATION  
1600 W BROADWAY RD STE 200  
TEMPE AZ 85282

BANK OF AMERICA  
PO BOX 25118  
TAMPA FL 33622-5118

BANK OF AMERICA  
FL9-600-02-26  
PO BOX 45224  
JACKSONVILLE FL 32232-5224

BANK OF AMERICA  
PO BOX 26012  
NC4-105-03-14  
GREENSBORO NC 27420-6012

BANNER THUNDERBIRD  
C/O HEALTHCARE COLLECTIONS INC  
PO BOX 82910  
PHOENIX AZ 85071-2910

BMW BANK OF NORTH AMERICA INC  
PO BOX 201347  
ARLINGTON TX 76006-1347

BMW FINANCIAL SERVICES  
CUSTOMER SERVICE CENTER  
PO BOX 3608  
DUBLIN OH 43016-3608

BUTLER LAW OFFICE  
406 E SOUTHERN AVE  
TEMPE AZ 85282

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

CHASE BANK USA
PO BOX 15298
WILMINGTON DE 19850-5298


CHASE BANK USA NA
800 BROOKSEDGE BLVD
WESTERVILLE OH 43081


CHASE BANK USA NA
PO BOX 15145
WILMINGTON DE 19850-5145


CITI CARDS
PO BOX 6077
SIOUX FALLS SD 57117-6077


CITI CARDS
P.O. BOX 6940
THE LAKES NV 88901


CITI CARDS
PO BOX 6241
SIOUX FALLS SD 57117-6241


CITIBANK (SOUTH DAKOTA), N.A.
PO BOX 6095
SIOUX FALLS SD 57117-6095


CITIBANK NA
1000 TECHNOLOGY DR
MS 504A
O FALLON MO 63368-2240


COMENITY BANK
PO BOX 182789
COLUMBUS OH 43218-2789


COMENITY BANK
PO BOX 182273
COLUMBUS OH 43218-2273


COMENITY BANK
PO BOX 183003
COLUMBUS OH 43218-3003

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8872


CREDIT ONE BANK
PO BOX 98872
LAS VEGAS NV 89193-8872


CROWN POINT HOMEOWNERS ASSOCIATION INC
14100 N 83RD AVE STE 200
PEORIA AZ 85381


CULVER CITY PROPERTIES LLC
4408 N 12TH ST STE 200
PHOENIX AZ 85014


ENTREPRENEUR OPPORTUNITY FUND I LP
C/O FRED AUZENNE
5725 N SCOTTSDALE RD STE C-195
SCOTTSDALE AZ 85250


ENTREPRENEUR OPPORTUNITY FUND I LP
615 S DUPONT HWY
DOVER DE 19901


FOCUS RECEIVABLES MANAGEMENT
1130 NORTHCHASE PKWY SE STE 150
MARIETTA GA 30067


FOCUS RECEIVABLES MANAGEMENT
PO BOX 725069
ATLANTA GA 31139-5069


GEORGE PANDI
1 SOMERSET CRES
RICHMOND HILL ON L4C 8N2
CANADA


HEALTHCARE COLLECTIONS LLC
2432 W PEORIA AVE STE 4-1060
PHOENIX AZ 85029-4726


HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO NY 14202

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

JACK F KELLY AND PATRICIA KELLY
9783 NEWPORT COAST CIR
LAS VEGAS NV 89147


JEFFERSON CAPITAL SYSTEMS
16 MCLELAND RD
SAINT CLOUD MN 56303-2198


JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 23051
COLUMBUS GA 31902-3051


KOHL'S
COLLECTION DEPARTMENT
PO BOX 3084
MILWAUKEE WI 53201-3084


KOHL'S/CAP ONE
PO BOX 3115
MILWAUKEE WI 53201-3115


KOHL'S/CAPITAL ONE
PO 21887
SAINT PAUL MN 55121-0887


MARICOPA COUNTY ATTORNEY
222 N CENTRAL AVE STE 1100
PHOENIX AZ 85004


MARICOPA COUNTY TREASURER
301 W JEFFERSON RM 100
PHOENIX AZ 85003-2199


PLATTE RIVER INSURANCE CO
1600 ASPEN CMNS STE 400
MIDDLETON WI 53562-4772


PLATTE RIVER INSURANCE COMPANY
C/O JOMAX LLC
9242 W UNION HILLS DR STE 102
PEORIA AZ 85382

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

QUALITY LOAN SERVICING CORPORATION  
TS NO AZ-16-741530-BF  
411 IVY ST  
SAN DIEGO CA 92101

RLS CAPITAL INC  
PO BOX 97485  
PHOENIX AZ 85060-7485

ROSS FAMILY HOLDINGS LLC  
7119 E SHEA BLVD STE 109-299  
SCOTTSDALE AZ 85254

ROSS FAMILY HOLDINGS LLC  
C/O MATTHEW D ROSS  
8115 N 74TH PL  
SCOTTSDALE AZ 85258

SAMT 2009 LLC  
5725 N SCOTTSDALE RD STE C-195  
SCOTTSDALE AZ 85250

SAMT 2009 LLC  
10689 N PENNSYLVANIA ST STE 100  
INDIANAPOLIS IN 46280

STANCORP MORTGAGE INVESTORS LLC  
ATTN: SUSAN CISCO  
19225 NW TANASBOURNE DR FL 3  
HILLSBORO OR 97124

TERMINIX INTERNATIONAL INC  
860 RIDGE LAKE BLVD  
MEMPHIS TN 38120

THE BAINBRIDGE LAW FIRM LLC  
2122 E HIGHLAND AVE STE 260  
PHOENIX AZ 85016-4779

TRANSWORLD SYSTEMS INC  
20401 N 29TH AVE STE 110  
PHOENIX AZ 85027

PANDI, STEVE and EILEEN - 2:16-bk-11585-SHG

TRANSWORLD SYSTEMS INC
PO BOX 1864
SANTA ROSA CA 95402-1864


TRANSWORLD SYSTEMS INC
802 E MARTINTOWN RD STE 201
NORTH AUGUSTA SC 29841


US LOAN SERVICING
9670 W TROPICANA AVE STE 100
LAS VEGAS NV 89147


USA FUNDS
PO BOX 9460
WILKES BARRE PA 18773-9460


USA FUNDS
PO BOX 6180
INDIANAPOLIS IN 46206-6180


VERIZON WIRELESS BANKRUPTCY ADMIN
500 TECHNOLOGY DR STE 550
SAINT CHARLES MO 63304-2225


WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES IA 50306-0335


WELLS FARGO HOME MORTGAGE
3476 STATEVIEW BLVD
MAC X7801-014
FORT MILL SC 29715-7203


WELLS FARGO HOME MORTGAGE
PO BOX 10368
DES MOINES IA 50306-0368