**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **STEVE** | | **PANDI** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **EILEEN** | **A** | **QUEZADA** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number  **2:16-bk-11585-SHG**
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**AZ DEPARTMENT OF REVENUE BANKRUPTCY UNIT FIELD 1011 1600 W MONROE ST 7TH FLOOR PHOENIX, AZ 85007-2612**

What is the nature of the claim?   **All of debtor(s) right, title and interest to property - ARS § 42-1151**   $ **$92,876.71**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Contact

Contact phone

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $ **$92,876.71**
　　Value of security:  - $ **$0.00**
　　Unsecured claim  $ **$92,876.71**

**2**

**BANNER THUNDERBIRD C/O HEALTHCARE COLLECTIONS INC PO BOX 82910 PHOENIX, AZ 85071-2910**

What is the nature of the claim?   **HEALTH CARE SERVICES**   $ **$1,211.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

B104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Case 2:16-bk-11585-SHG    Doc 11    Filed 10/12/16    Entered 10/12/16 15:17:34    Desc
Main Document    Page 1 of 7

| Debtor 1 | STEVE PANDI | | Case number *(if known)* | 2:16-bk-11585-SHG |
|---|---|---|---|---|
| Debtor 2 | EILEEN A QUEZADA | | | |

Contact

Contact phone

■ No
☐ Yes. Total claim (secured and unsecured) $ ___
 Value of security: - $ ___
 Unsecured claim $ ___

---

**3**

**BMW BANK OF NORTH AMERICA INC**
**PO BOX 201347**
**ARLINGTON, TX 76006-1347**

Contact

Contact phone

**What is the nature of the claim?**     **2012 BMW 328i 35000 miles 4-door sedan**     $ **$3,592.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$17,892.00**
 Value of security: - $ **$14,300.00**
 Unsecured claim $ **$3,592.00**

---

**4**

**BMW BANK OF NORTH AMERICA INC**
**PO BOX 201347**
**ARLINGTON, TX 76006-1347**

Contact

Contact phone

**What is the nature of the claim?**     **AUTOMOBILE LOAN DEFICIENCY 2012 BMW 3 Series Coupe 2D M3**     $ **$44,383.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ ___
 Value of security: - $ ___
 Unsecured claim $ ___

---

**5**

**CHASE BANK USA**
**PO BOX 15298**
**WILMINGTON, DE 19850-5298**

Contact

**What is the nature of the claim?**     **CREDIT CARD PURCHASES**     $ **$10,295.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ ___
 Value of security: - $ ___

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:16-bk-11585-SHG    Doc 11    Filed 10/12/16    Entered 10/12/16 15:17:34    Desc
Main Document    Page 2 of 7

| Debtor 1 | STEVE PANDI | | | |
|---|---|---|---|---|
| Debtor 2 | EILEEN A QUEZADA | | Case number (if known) | 2:16-bk-11585-SHG |
| | Contact phone | Unsecured claim | $ | |

### 6 CITIBANK (SOUTH DAKOTA), N.A.
PO BOX 6095
SIOUX FALLS, SD 57117-6095

**What is the nature of the claim?** CREDIT CARD PURCHASES $ $3,671.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact
Contact phone

### 7 COMENITY BANK
PO BOX 182789
COLUMBUS, OH 43218-2789

**What is the nature of the claim?** CREDIT CARD PURCHASES $ $3,021.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact
Contact phone

### 8 ENTREPRENEUR OPPORTUNITY FUND I LP
C/O FRED AUZENNE
5725 N SCOTTSDALE RD STE C-195
SCOTTSDALE, AZ 85250

**What is the nature of the claim?** PERSONAL GUARANTY OF BUSINESS LOAN $ $129,676.46

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact
Contact phone

### 9
**What is the nature of the claim?** 6940 W VOLTAIRE AVE PEORIA, AZ 85381 MARICOPA $ $440,387.13

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 2:16-bk-11585-SHG   Doc 11   Filed 10/12/16   Entered 10/12/16 15:17:34   Desc
Main Document     Page 3 of 7

| Debtor 1 | STEVE PANDI |
|---|---|
| Debtor 2 | EILEEN A QUEZADA |

Case number (if known) **2:16-bk-11585-SHG**

County

**GEORGE PANDI**
**1 SOMERSET CRES**
**RICHMOND HILL ON L4C 8N2**
**CANADA**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ **$463,751.84**
Value of security: - $ **$442,404.00**
Unsecured claim $ **$440,387.13**

Contact

Contact phone

---

**10**

**What is the nature of the claim?** **21229 N 52ND AVE GLENDALE, AZ 85308 MARICOPA County** $ **$281,400.70**

**GEORGE PANDI**
**1 SOMERSET CRES**
**RICHMOND HILL ON L4C 8N2**
**CANADA**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ **$463,751.84**
Value of security: - $ **$513,572.00**
Unsecured claim $ **$281,400.70**

Contact

Contact phone

---

**11**

**What is the nature of the claim?** **LEGAL FEES** $ **$1,363.30**

**HODGSON RUSS LLP**
**140 PEARL ST STE 100**
**BUFFALO, NY 14202**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**12**

**What is the nature of the claim?** *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321. $ **$8,887.59**

**INTERNAL REVENUE SERVICE**
**CENTRALIZED INSOLVENCY**
**OPERATIONS**
**PO BOX 7346**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:16-bk-11585-SHG    Doc 11    Filed 10/12/16    Entered 10/12/16 15:17:34    Desc
Main Document    Page 4 of 7

| Debtor 1 | **STEVE PANDI** | | Case number *(if known)* | **2:16-bk-11585-SHG** |
|---|---|---|---|---|
| Debtor 2 | **EILEEN A QUEZADA** | | | |

**PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $ **$8,887.59**
- Value of security: - $ **$0.00**
- Unsecured claim $ **$8,887.59**

Contact

Contact phone

---

**13**

**INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**What is the nature of the claim?** ***All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.** $ **$778,955.94**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $ **$778,955.94**
- Value of security: - $ **$0.00**
- Unsecured claim $ **$778,955.94**

Contact

Contact phone

---

**14**

**INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**What is the nature of the claim?** **PERSONAL INCOME TAX** $ **$15,363.78**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
- Value of security: - $
- Unsecured claim $

Contact

Contact phone

---

**15**

**PLATTE RIVER INSURANCE CO
1600 ASPEN CMNS STE 400
MIDDLETON, WI 53562-4772**

**What is the nature of the claim?** **personal guaranty of bond losses** $ **$3,584.12**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- None of the above apply

B 104 (Official Form 104)  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  **Page 5**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 2:16-bk-11585-SHG   Doc 11   Filed 10/12/16   Entered 10/12/16 15:17:34   Desc
Main Document   Page 5 of 7

| Debtor 1 | **STEVE PANDI** | | Case number *(if known)* | **2:16-bk-11585-SHG** |
|---|---|---|---|---|
| Debtor 2 | **EILEEN A QUEZADA** | | | |

Contact

Contact phone

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $
Value of security:  - $
Unsecured claim  $

---

**16**

**ROSS FAMILY HOLDINGS LLC**
**7119 E SHEA BLVD STE 109-299**
**SCOTTSDALE, AZ 85254**

**What is the nature of the claim?**  **PERSONAL GUARANTY OF BUSINESS LOAN**  $ **$113,730.96**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $
Value of security:  - $
Unsecured claim  $

Contact

Contact phone

---

**17**

**SAMT 2009 LLC**
**5725 N SCOTTSDALE RD STE C-195**
**SCOTTSDALE, AZ 85250**

**What is the nature of the claim?**  **PERSONAL GUARANTY OF BUSINESS LOAN**  $ **$219,733.90**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $
Value of security:  - $
Unsecured claim  $

Contact

Contact phone

---

**18**

**The Bainbridge Law Firm LLC**
**2122 E HIGHLAND AVE STE 260**
**PHOENIX, AZ 85016-4779**

**What is the nature of the claim?**  **LEGAL FEES**  $ **$5,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $

Contact

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 2:16-bk-11585-SHG   Doc 11   Filed 10/12/16   Entered 10/12/16 15:17:34   Desc
Main Document   Page 6 of 7

| Debtor 1 | STEVE PANDI | | Case number *(if known)* | 2:16-bk-11585-SHG |
|---|---|---|---|---|
| Debtor 2 | EILEEN A QUEZADA | | | |

Contact phone

Value of security: - $
Unsecured claim $

| 19 | | What is the nature of the claim? | EDUCATIONAL BENEFIT OVERPAYMENT OR LOAN | $ $1,878.00 |
|---|---|---|---|---|

**USA FUNDS**
**PO BOX 9460**
**Wilkes Barre, PA 18773-9460**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

| 20 | | What is the nature of the claim? | EDUCATIONAL BENEFIT OVERPAYMENT OR LOAN | $ $1,841.00 |
|---|---|---|---|---|

**USA FUNDS**
**PO BOX 9460**
**Wilkes Barre, PA 18773-9460**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ STEVE PANDI**
**STEVE PANDI**
Signature of Debtor 1

Date **October 12, 2016**

X **/s/ EILEEN A QUEZADA**
**EILEEN A QUEZADA**
Signature of Debtor 2

Date **October 12, 2016**

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:16-bk-11585-SHG    Doc 11    Filed 10/12/16    Entered 10/12/16 15:17:34    Desc
Main Document    Page 7 of 7