1  Carolyn Goldman (016440)
2  Joseph P. Brown (025381)
   **GOLDMAN & ZWILLINGER PLLC**
3  17851 North 85th Street, Suite 175
4  Scottsdale, Arizona 85255
   Main: (480) 626-8483
5  Facsimile: (480) 502-7500
6  E-mail: docket@gzlawoffice.com
7  *Attorney for Creditors SAMT 2009 LLC, Ross Family Holdings, LLC,*
   *Entrepreneur Opportunity Fund, I LP*
8

9           **IN THE UNITED STATES BANKRUPTCY COURT**

10              **FOR THE DISTRICT OF ARIZONA**

11

12  In re:                                    (In Proceedings Under Chapter 11)

13  STEVE PANDI and EILEEN A                  Case No.: 2:16-bk-11585-SHG
14  QUEZADA,

15                    Debtors.                **SUPPLEMENTAL PLEADING IN**
                                              **SUPPORT OF CREDITOR'S**
16                                            **MOTION FOR RECONSIDERATION**
                                              **OF THE ORDER CONTINUING THE**
17                                            **STAY AND CREDITORS'**
                                              **OPPOSITION TO CONTINUING THE**
18                                            **AUTOMATIC STAY**
19

20

21

22

23

24

25

26          Creditors SAMT 2009 LLC ("SAMT"), Ross Family Holdings, L.L.C. ("Ross") and

27  Entrepreneur Opportunity Fund I, LP ("EOF") (Collectively, "Creditors"), by and through

28  undersigned counsel, hereby file this Supplemental Pleading in Support of Creditor's Motion for

                                                1

Reconsideration of the Order Continuing the Automatic Stay and Creditor's Opposition to Continuing the Automatic Stay. Debtors Steve Pandi and Eileen Quezada ("Debtors") continue to abuse the bankruptcy process as shown through their inaccurate schedules and testimony at the 341 Meeting of Creditors that took place on or about November 10, 2016 (the "341 Meeting"). This Bankruptcy and Debtors' Motion for Continuance of the Automatic Stay are being filed in bad faith. This supplemental pleading is being filed in accordance with Debtors' testimony at the 341 Meeting and additional information uncovered based upon such testimony. This Supplemental Proceeding is supported by the following Memorandum of Points and Authorities and the Court's entire file in this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL BACKGROUND

Debtors Steve Pandi and Eileen Quezada filed a voluntary petition for Chapter 11 Bankruptcy (Case No. 2:16-bk-11585-SHG) (the "Current Bankruptcy") on or about October 7, 2016. Debtors also previously filed for Chapter 11 Bankruptcy relief on or about July 2, 2015 (Case No. 2:15-bk-08300-DPC) (the "Previous Bankruptcy"). On or about February 22, 2016, Debtors filed a Motion to Voluntarily Dismiss this Chapter 11 Bankruptcy. A dismissal order was entered on or about March 22, 2016. Thus, the Current Bankruptcy was filed within the one-year time period where Debtors must file a Motion to Continue the Automatic Stay in order to prevent the stay from automatically being lifted within thirty (30) days, in accordance with 11 U.S.C. § 362 *et. seq.*.

## A. Jumpin Jammerz L.L.C. ("JJ")

In the Previous Bankruptcy, in their Motion for Joint Administration, Debtors stated that "Steven Pandi has a majority interest in [JJ]. In addition, the Debtors [Steve Pandi and JJ] share many of the same secured and unsecured creditors." Debtors' Motion for Joint Administration (Case No. 2:15-bk-08300-DPC at dkt. 5). On their Statement of Financial Affairs for their Previous Bankruptcy, Debtors listed JJ as a business in which they have ownership interest. Debtors' Statement of Financial Affairs at Line 18. Similarly, on Schedule B, Debtors list a second business in which they have a stock interest "Aww So Cute." Debtors' Statement of Financial Affairs at Schedule B, Line 13. A copy of these schedules is attached hereto as Exhibit 1. Debtors *testified under oath* at the 341 Meeting that these two businesses no longer operate or are winding down. This is a complete fabrication of the truth and the Court should be as disgusted and offended with Debtors' lies as Creditors are. *JJ just completed its Halloween Sale*. The cover page for the Halloween Sale is attached hereto as Exhibit 2 and incorporated herein by reference.

JJ is also still searchable on Google, listed as an advertisement. Debtor is paying advertising money to continue to operate this business. A copy of a screenshot is attached hereto as Exhibit 3 and incorporated herein by reference. In addition, customers are still able to purchase items from JJ's website, demonstrated by the various screenshots that simulate a purchase, attached hereto as Exhibit 4 and incorporated herein by reference. The Arizona Corporation Commission ("ACC") lists Steve Pandi as the Manager and Member of JJ, and JJ is

3

listed as licensed and in good standing. *See* ACC documents, attached hereto as Exhibit 5 and incorporated herein by reference.

On the schedules and statements of the Current Bankruptcy, Debtors listed that they have 100% ownership in JJ. Debtors' Declaration of Steve Pandi in Support of Motion for Continuation of Automatic Stay, in the section entitled "Between Cases" (March – October 2016), Debtors state: "I, am an owner of Jumpin Jammers, LLC, an Arizona limited liability company. Between cases, the holder of a lien against all of the assets of Jumpin Jammerz foreclosed its security interest. Jumpin Jammerz has no assets. Jumpin Jammerz is in the process of being dissolved and terminated." Debtors' Declaration of Steve Pandi in Support of Motion for Continuation of Automatic Stay at ¶ 12. Debtors' statement declaring JJ has "no assets" is not truthful—Creditors just simulated a purchase and attached the screenshots of the purchase hereto. JJ is very much still operating. This demonstrates a complete showing of bad faith in the consistent lies and lack of disclosure. Furthermore, the Declaration continues: "Ultimately Jumpin Jammerz, LLC became delinquent under the stipulation, was evicted and had to spend more than $20,000 to move its operations and *inventory* to another location." *Id.* at ¶ 6. Debtors also responded in the negative to whether they have or own any legal or equitable interest in any business-related property, a false statement. Exhibit 1 at Schedule B, Line 37.

Debtors still have not filed a Motion for Cash Collateral. The use of the money for advertising, the operating of the business, the acquiring of assets to be sold, and any other business expenses are being completed in violation of the bankruptcy code. The longer the Current Bankruptcy stay is in place, the greater the likelihood that Debtors will shift assets away

4

from the bankruptcy estate and, importantly, attempt to shield them from Creditors. Creditors respectfully request that the stay be lifted so they may continue with their collection attempts and minimize the damage.

**B. Aww So Cute Inc. ("ASC")**

Debtor Steve Pandi also testified under oath at the 341 Meeting that he no longer operates or is in the process of winding down operations at his second business, Aww So Cute Inc. ("ASC"). This—again—is a lie. The Declaration of Steve Pandi in support of Motion for Continuation of the Automatic stay, Section entitled (Between Cases – March –October 2016), Paragraph 11 states: "I am owner of Aww So Cute, Inc., a Nevada corporation. Between cases, the holder of a lien against all of the assets of Aww So Cute foreclosed its security interest. Aww So Cute has no assets. Aww So Cute is in the process of being dissolved and terminated."

Furthermore, there is an online company currently operating under the alias RubberNipple.com ("RN"). RN is a website where visitors can purchase access to adult video content relating to the "age fetish" theme of ASC. Visitors can still purchase access to this website, as demonstrated by screenshots of a simulated purchase, attached hereto as Exhibit 6 and incorporated herein by reference. RN also offers visitors the option to purchase products related to the adult content it sells. When a visitor attempts to purchase products from RN, the website redirects the visitor to ASC's online store. ASC is listed with the Nevada Corporation Commission with a revoked status. Debtor Steve Pandi is listed as Director, Treasurer, and Shareholder. Also, in accordance with the Internet Corporation for Assigned Names and Numbers ("ICANN"), Godaddy.com is required to make public the information as to their

registered domain names. The registrant for the domain name for RN is ASC, with the address for ASC listed as well. A screenshot demonstrating ASC's connection with RN is attached hereto as Exhibit 7 and incorporated herein by reference.

Debtors have not filed any amended schedules reflecting any of the above circumstances. Creditors simply know the businesses are operating through store fronts linked to both JJ and ASC. Debtors are attempting to work a complete fraud upon Creditors, Debtors' other creditors in the Current Bankruptcy, and the Court.

## C. ABDL Supply ("ABDL")

During the 341 Meeting, Debtor Steve Pandi was asked the name of the storefront company he owns on Amazon.com. He stated the name of this company is "ABDL Supply." ABDL has been in operation since *at least* December 2015. There have been many reviews written about ABDL proving its existence for nearly the past year, if not longer. Attached hereto as Exhibit 8 and incorporated herein by reference are some of the company's reviews.

ABDL, Debtors' sole proprietorship, is not listed on the Official Form 101, Voluntary Petition for Individuals Filing for Bankruptcy. A copy of Debtors' completed form is attached hereto as Exhibit 9. ABDL is also not listed on the Statement of Financial Affairs, Schedule B of the Previous Bankruptcy, but is listed on Debtor's schedules Section 26 Patents, Copyrights, trademarks, trade secrets and other intellectual property under "Arizona registered trade name: ABDL- Supply."

Debtors never created nor filed a monthly operating report for ABDL during the Previous Bankruptcy. The District of Arizona requires in its Chapter 11 guidelines that monthly

operating reports be filed for sole proprietorships. *See* 28 U.S.C. 586(a)(3)(G); 11 U.S.C. §106; 11 U.S.C. §107; Fed. R. Bank. Pr., Rule 2015(a); 11 U.S.C. §704(a)(8). The Current Bankruptcy does not list ABDL Supply as a business either, even though Debtors have clearly been operating ABDL during the entire process of filing two bankruptcy petitions.

Debtors' actions constitute clear and obvious fraud. Debtors still have not filed a Motion for Cash Collateral or amended schedules and are abusing the bankruptcy system and this Court for their own personal benefit—to continue to delay collection by any of Debtors' creditors.

## II.   LEGAL ANALYSIS

### Debtors clearly do not meet the standards of 11 U.S.C. 362

11 U.S.C. 362 states (c)(3):
Except as provided in subsections (d)(e)(f) and (h) of this sections, (3) if a single or joint case is filed by or against a debtor who is individual in a case under chapter 11, and if a single or joint case of the debtor was pending within the preceding 1 year period but was dismissed (B) on the motion of a party in interest for continuation of the automatic stay and upon notice and a hearing , the court may extend the stay in particular cases as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and a hearing completed before the expiration of the 30 day period only if the party in interest demonstrates that the filing of the latter case is in good faith as to the creditors to be stayed and (c) for purposes of subparagraph (B) a case is presumptively filed not in good faith (but such presumption may be rebutted by clear and convincing evidence to the contrary).

The presumption of bad faith may only be rebutted by ***clear and convincing*** evidence to the contrary. The burden is on the Debtors to show that they have filed this case in good faith. Debtors have done little, if anything, to show that this case is being filed in good faith. Debtors lied under oath at the 341 Meeting, lied on their filed schedules, failed to file Monthly Operating

7

Reports for ABDL—a business they were operating in their previous bankruptcy, failed to list a business they were operating during and before the Previous and Current Bankruptcies, failed to file any amended schedules, and have ***still*** failed to file a Motion for Cash Collateral.

### A. Legal Basis for Filing this Supplemental Objection

A motion objecting to the continuance of the automatic stay is a contested matter. Rule 9014 governs contested matters and provides, in relevant part, that "[e]xcept as otherwise provided in this rule, and unless the court directs otherwise, the following rules shall apply, 7009, 7017, 7021, 7025, 7026, 7028-7037, 7041, 7042, 7052, 7054-7056, 7064, 7069 and 7071 . . . The court may at any stage in a particular matter direct that one or more of the other rules in Part VII shall apply." Rule 9014(c). Specifically, "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence or event that happened after the fate of the pleading to be supplemented." Rule 7015(d).

In the present case, Creditors—after filing the initial objection to motion for continuing the stay—learned that Debtors also operate a sole proprietorship and have been doing so during both bankruptcies. Both times Debtors have failed to disclose this business. Additionally, since Creditors filed their objection, Debtors have provided testimony at the 341 Meeting regarding JJ and ASC. Creditors learned that JJ does not appear to be dissolving, as they still advertise on Google and just completed their "Halloween Sale." Creditors also learned that RN links to a store front where customers may purchase products directly from Aww So Cute.

Debtors are required to show that this case is being filed in good faith. It is not. There are numerous instances in the schedule statements and pleadings where Debtors attest, under penalty of perjury, that the statements made are true and accurate statements. Debtors, however, have most certainly committed perjury and are using the Current Bankruptcy stay as a fraudulent way to continue business and avoid their obligations to Creditors and others. "A person who knowingly and fraudulently conceals from creditors or the United States Trustee, any property belonging to the estate, knowingly and fraudulently makes a false oath or account in or in relation to any case under title 11, or knowingly and fraudulently makes a false declaration in any case under title 11 shall be fined under this title, imprisoned not more than five years or both." 18 U.S.C. 152. Moreover, "[t]he court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a). Creditors are very concerned that Debtors are using the bankruptcy as a tool to fraudulently operate business and conceal and transfer assets, intentionally preventing Creditors from collecting the debts owed to them. Moreover, Debtors have demonstrated that this bad faith will make it nearly impossible for them to file a viable plan for reorganization. Thus, Creditors respectfully request that this Court lift the stay as to Creditors and for any other relief deemed just and necessary by this Court.

**RESPECTFULLY SUBMITTED** this 21st day of November, 2016.

**GOLDMAN & ZWILLINGER PLLC**

*/s/Carolyn Goldman*
Carolyn Goldman
Joseph P. Brown
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
*Attorneys for Creditors, SAMT 2009 LLC ("SAMT"),*
*Ross Family Holdings, L.L.C ("Ross" and*
*Entrepreneur Opportunity Fund ("EOF")*

# CERTIFICATE OF SERVICE

I, hereby certify that on November 21, 2016, I electronically transmitted the foregoing Response to the Clerk's office using the CM/ECF system for filing and transmitted of a Notice of Electronic Filing to the following registrants:

Andrew M. Ellis
**ANDREW M. ELLIS LAW, PLLC**
P.O. Box 16272
Phoenix, AZ 85011-6272
AME@AMEllisLaw.com
*Attorney for Debtors*

Christopher J. Pattock
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite #204
Phoenix, AZ 85003-1706
Christopher.J.Pattock@usdoj.gov

James F. Kahn
Krystal M. Ahart
**BANKRUPTCY LEGAL CENTER, TM**
**LAW OFFICE OF JAMES F. KAHN, P.C.**
301 East Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
James.Kahn@azbar.org
*Attorney for Creditors, Jack and Patricia Kelly*

Cynthia Johnson
**Law Office of Cynthia L. Johnson**
11640 East Caron Street
Scottsdale, AZ 85259
Cynthia@jsk-law.com
*Attorney for Culver City Properties, LLC*

Allen D. Butler
**BUTLER LAW OFFICE**
406 East Southern Avenue
Tempe, AZ 85282-2674
abutler@legalaz.com
*Attorney for Allen D. Butler, P.C., dba Butler Law Office*

11

1 | Beth Mulcahy
2 | Paige Holton
Lauren Vie
3 | **MULCAHY LAW FIRM. P.C.**
4 | 3001 East Camelback Road, Suite 130
Phoenix, AZ 85016
5 | bmulcahy@mulcahylaw.net

6

7

8 | */s/ Mona Forouznadeh*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

B6B (Official Form 6B) (12/07) - Cont.

In re  **Steve Pandi**                                                                 Case No.   **2:15-bk-08302**
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Jumpin Jammerz, LLC (aka It's a Footed Thing) Business value is collateral for UCC 1 security. | - | 0.00 |
| | | Aww So Cute, Inc. Diaper internet sales Inventory value $16029.87 | - | 16,029.87 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          **16,029.87**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Jumpin Jammerz, LLC** | 33-1189969 | **2406 S. 24th Street Phoenix, AZ 85034** | **footed pajamas** | **2007 - current** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

Case 2:15-bk-08302-DPC    Doc 78    Filed 11/21/16    Entered 11/21/16 17:30:28    Desc
Case 2:15-bk-08302-DPC    Doc 78    Filed 07/29/15    Entered 07/29/15 16:39:21    Desc
Main Document    Page 30 of 47
Main Document    Page 15 of 38

# EXHIBIT 2





# EXHIBIT 3



Google

Jumpin Jammerz

About 122,000 results (0.73 seconds)

Jumpin Jammerz.com - Official Jumpin Jammerz®
Ad www.jumpinjammerz.com/cozy_pjs ▼
Time To Shop For Cozy PJ's. Fun Styles and Prints. Buy Now.
100% SATISFACTION · Starting at $9.95 · PREMIUM Quality Onesies
Styles/ Footed Hoodies, Kiss Footed Pajamas, Costume Onesies, Animal Onesies...

**Footed Hoodies**
Hoodie Footed Pajamas Made Of
Quality Fleece, Chenille & Cotton

**Drop Seat**
Drop Seat Footed Pajamas
100% Luxurious Comfort Guaranteed!

Jumpin Jammerz: Adult onesie, onesie Pajamas & Footed Pajamas for ...
www.jumpinjammerz.com/ ▼
Neck to feet sleep wear for pre-teens, teenagers and adults.

**Women's Footed Pajamas**
Cozy footed pajama onesie for
women in ... Adult onesie ...

**Superman Adult Footed ...**
Superman Adult Footed onesie
Pajamas ... These Superman ...

**For Men**
Huge assortment of mens footed
pajamas with themes that ...

**Animal Onesie**
Fleece onesie footed pajamas with
animal prints.

**Footed Hoodies**
These adult hooded footed pajamas
are the ultimate ...

**Star Wars**
Every die hard Star Wars fan needs a
hooded, footed onesie ...

More results from jumpinjammerz.com »

Amazon.com: Jumpin Jammerz: Clothing, Shoes & Jewelry
https://www.amazon.com/s?field-brandtextbin=Jumpin%20Jammerz&page=1... ▼
39 results for Clothing, Shoes & Jewelry : Jumpin Jammerz. Product Details ... Jumpin Jammerz Retro
Monkeys Drop Seat Hoodie Footed Pajamas, by Jumpin ....

Amazon.com: Jumpin Jammerz: Clothing, Shoes & Jewelry
https://www.amazon.com/s?page=1&rh=l3A7141120011.n...Jumpin%20Jammerz ▼



# Jumpin Jammerz

Clothing Store · Central City

[ Website ]   [ Directions ]

**Address:** 2406 S 24th St # C107, Phoenix, AZ 85034

**Phone:** (602) 244-0088

**Hours:** Closing soon · 8AM–4PM ▼

Suggest an edit

### Reviews

[ Write a review ]   [ Add a photo ]

 "Timely **delivery** and they are so comfy I can't sleep in anything
else but them!"

 "If they offer you a 'deal' or discount it means an extra **charge.**"

"Thank goodness there is always something on sale."

View all Google reviews

### People also search for

   

View 15+ more

# EXHIBIT 4



# Jumpin Jammerz.com
*The Original Adult Footed Pajamas*

HOME | FOR WOMEN | FOR MEN | MOST POPULAR | ANIMAL ONESIE | BARBIE ONESIE | CLEARANCE | VIDEOS

🔍 | Search

🛒 0 item(s) - $0.00

❤ ⇄ ⊞ Size Chart

## Alien Adult onesie Footed Pajamas

Product Code: JJ-HD-Area-51
Availability: In Stock

### $39.99

### Available Options

* Size ⓘ

— Please Select —

Qty

1

☆☆☆☆☆ 0 reviews / Write a review

👍 Like 0 | Share | 🐦 Tweet | 📌 Pin it | Share

**Add to Cart**

Description | Reviews (0)

return to shopping cart

✓ 100% Safe & Secure Checkout Guaranteed!    ✓ 100% Satisfaction Guaranteed!    ✓ Fast & Discreet Shipping! Checkout



## 📋 Payment Address

* First Name

* Last Name

* E-Mail

▪ ▾ 050 123 45 54

* Address 1

* City

* Post Code

United States    ⬍

— Please Select —    ⬍

## 📋 Shipping Address

* First Name

* Last Name

* Address 1

* City

* Post Code

## 🚚 Shipping method

Please fill out your shipping address, then select the preferred shipping method to use on this order.

Product Based Shipping Rate

◉ Product Based Shipping Rate    $8.99

Product Based Shipping Rate International

◯ Product Based Shipping Rate International    $26.99

## 🖥 Payment method

Please select the preferred payment method to use on this order.

◉ **Authorize.Net** Credit Card or Debit Card

◯ **PayPal**    Pay With PayPal

## Credit Card Details

* Card Owner    [Card Owner]

* Card Number    [Card Number]

* Card Expiry Date    [January ⬍]  [2016 ⬍]

* Card Security Code (CVV2)    [Card Security Code (CVV2)]

**Confirm Order**

## 🛒 Checkout!

| Image: | Product Name: | Quantity: | Unit Price: | Total: |
|---|---|---|---|---|
| | Alien Adult onesie Footed Pajamas<br>- Size: Extra Large [LU-HD X... | ❯ 1 ❮ ✖ | $39.99 | $39.99 |

Use Coupon Code    [Use Coupon Code]    ❯

Sub-Total    $39.99

Product Shipping Rate    $8.99

# EXHIBIT 5

Search Date and Time:
11/21/2016 5:07:43 PM

File Number:
L14076179

Corporation Name:
JUMPIN JAMMERZ L.L.C.

Collapse | Expand

## Corporate Inquiry

| | |
|---|---|
| **File Number** | L14076179 |
| **Corporation Name** | JUMPIN JAMMERZ L.L.C. |
| **Standing** | Check Corporate Status |

## Domestic Address

2406 S 24TH ST
UNIT C-120
PHOENIX, AZ 85034

## Statutory Agent Information

**Agent Name:** KEVIN A MARSHALL CPA

**Agent Mailing/Physical Address:**
2406 S 24TH ST
PHOENIX, AZ 85034

**Agent Status:** APPOINTED 11/19/2014

**Agent Last Updated:** 11/20/2014

## Additional Entity Information

**Entity Type:** DOMESTIC L.L.C.

**Business Type:**

**Incorporation Date:** 11/9/2007

**Corporation Life Period:** PERPETUAL

**Domicile:** ARIZONA

**County:** MARICOPA

**Approval Date:** 11/13/2007

**Original Publish Date:** 11/26/2007

## Manager/Member Information

| | |
|---|---|
| Name | STEVE PANDI |
| Title | MANAGER |
| Address | 2406 S 24TH ST |
| | UNIT C-120 |
| | PHOENIX, AZ 85034 |
| Date of Taking Office | 11/09/2007 |
| Last Updated | 11/13/2007 |

| Document Number | | |
|---|---|---|
| | 02244502 | |
| Description | | AMENDMENT |
| Date Received | | 12/17/2007 |
| Document Number | | |
| | 02232614 | |
| Description | | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | | 11/26/2007 |
| Document Number | | |
| | 02214928 | |
| Description | | ARTICLES OF ORGANIZATION |
| Date Received | | 11/9/2007 |

## Microfilm

| Location | Entered | Description |
|---|---|---|
| 32087002136 | 11/9/2007 | ARTICLES OF ORGANIZATION |
| 32091003011 | 11/26/2007 | PUB OF ARTICLES OF ORGANIZATION |
| 32104002753 | 12/17/2007 | AMENDMENT |
| 32106003874 | 1/11/2008 | PUB OF AMENDED ARTICLES OF ORGANIZATION |
| 32192052044 | 5/6/2009 | AGENT APPOINTMENT |
| 32196040038 | 6/24/2009 | AGENT APPOINTMENT |
| 32197084040 | 8/7/2009 | AMENDMENT |
| 32201116003 | 8/19/2009 | PUB OF ARTICLES OF ORGANIZATION |
| 32224046027 | 6/23/2010 | AMENDMENT |
| 32330039032 | 6/7/2012 | CHANGE(S) |

## Amendments

| | |
|---|---|
| Amendment Date | 6/23/2010 |
| Amendment Type | AMENDMENT |
| Publish Date | |
| Publish Exception | WAIVE |
| Amendment Date | 8/7/2009 |
| Amendment Type | NAME CHANGE |
| Publish Date | 8/19/2009 |
| Publish Exception | |
| Amendment Date | 12/17/2007 |
| Amendment Type | NAME CHANGE |
| Publish Date | 1/11/2008 |
| Publish Exception | |

## Name Changes/Restructuring

| | |
|---|---|
| Description | CHANGED FROM |
| Corporation Name | IT'S A FOOTED THING L.L.C. (/Details/corp?corpid=L14076179) |
| Date | 8/7/2009 |
| Description | CHANGED FROM |
| Corporation Name | JUMPIN JAMMERZ L.L.C. (/Details/corp?corpid=L14076179) |
| Date | |

Search Time:
11/21/2016 5:08:34 PM

File Number:
L14076179

Corporation Name:
JUMPIN JAMMERZ L.L.C.

| Corporate Status Inquiry |
| --- |

## This Limited Liability Company is in Good Standing

This information is provided as a courtesy and does not constitute legally binding information regarding the status of the entity listed above. To obtain an official Certificate indicating that the entity is in good standing click on Print Certificate and follow printing instructions. To re-print a previously generated Certificate of Good Standing click Reprint Certificate.

Print Certificate (/GoodStanding/PrintInstructions?corpId=L14076179)     Reprint Certificate (/GoodStanding/Reprint?corpId=L14076179)

Return to Corporate Details (/Details/Corp?corpId=L14076179)

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

# EXHIBIT 6





WELCOME!
"Ageplay is The New Black"

Adorably Sexy & Cute Adult Baby Girls Having Fun!
RubberNipple.com

HOME | FREE TOUR | SHOP | BLOG | CONTACT US | MEMBERS | JOIN

SHOP NOW

AWW SO CUTE DIAPERS & APPAREL

AWW So Cute

🛒 0 item(s) - $0.00

**AWW So Cute**

HOME | BOTTLES | CUTE DEALS | DIAPERS | BINKIES | FOOTED PJ'S | ONESIES | CRIB |
IPHONES T-SHIRTS | SOCKS | BIBS | VIDEOS | LINKS | SPECIALS | ABOUT US | CONTACT US

Search 🔍

📏 Size Chart

# Blue Terry Cloth Adult Footed Pajamas

Availability: In Stock

## $39.99



## Available Options

**\* Size & Color** ⓘ

-- Please Select --

Qty

1

**Add to Cart**

★ ★ ★ ★ ★ 1 reviews / Write a review

👍 Like 0 | Share | 🐦 Tweet | Pin it | Share | 1

Description    Reviews (1)



🛒 Checkout!

| Image: | Product Name: | Quantity: | Unit Price: | Total: |
|---|---|---|---|---|
| | Blue Terry Cloth Adult Footed Pajamas - Size & Color: Blue Extra Small J.J. | ❯ 1 ❮ ✖ | $39.99 | $39.99 |

Use Coupon Code

Use Coupon Code

| | |
|---|---|
| Sub-Total | $39.99 |
| Product Shipping Rate | $8.95 |
| **Total** | **$48.94** |

❯

AWW SO CUTE ® 2016

# EXHIBIT 7

**WHOIS search results for:**
**RUBBERNIPPLE.COM**
(Registered)

Domain Name: RUBBERNIPPLE.COM
Registry Domain ID: 1227328658_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2016-09-25T19:14:37Z
Creation Date: 2007-09-20T00:48:56Z
Registrar Registration Expiration Date: 2017-09-20T00:48:56Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Aww So Cute
Registrant Organization: AWW SO CUTE INC.
Registrant Street: 3150 W Sahara Ave
Registrant City: Las Vegas
Registrant State/Province: Nevada
Registrant Postal Code: 89102
Registrant Country: US
Registrant Phone: +1.7024622179
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: stu@awwsocute.com
Registry Admin ID:
Admin Name: Aww So Cute
Admin Organization: AWW SO CUTE INC.
Admin Street: 3150 W Sahara Ave
Admin City: Las Vegas

# EXHIBIT 8

# ABDL Supply

ABDL Supply storefront

⭐⭐⭐⭐⭐ 85% positive in the last 12 months (136 ratings)

ABDL Supply is a reseller of high quality adult age play products. We are distributing Adult Printed diapers, Adult pacifiers and Adult sized Cribs. We are excited to offer our fun products to all Amazon shoppers. Making it easy for customers to find and order ABDL supplies in one spot. Age play is fun - shop with store.

Give us a try and leave us feedback. We value our customers and are always looking for new products to sell.

**Feedback**  Returns & Refunds  Shipping  Policies  Products

⭐⭐⭐⭐⭐ *"Just right"*

By Keishan R. on January 27, 2016.

⭐⭐⭐⭐⭐ *"I love this!!! Came quickly. "*

By Elizabeth on January 26, 2016.

⭐⭐⭐⭐⭐ *"A little too big for my tiny mouth but perfect for babying and just as described."*

By alilsax on January 25, 2016.

⭐⭐⭐⭐⭐ *"Fit is good, very absorbent. Tape held well. Would purchase again. "*

By Collie on January 17, 2016.

⭐⭐⭐⭐⭐ *"Item arrived promptly. Was as described by seller "*

By Charles F French on January 15, 2016.

Previous  Next

---

## Have a question for ABDL Supply?

Ask a question

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 80%     | 86%     | 85%       | 87%      |
| Neutral  | 0%      | 5%      | 7%        | 6%       |
| Negative | 20%     | 9%      | 8%        | 7%       |
| Count    | 10      | 43      | 136       | 150      |

# ADBL Supply

ABDL Supply storefront
★★★★☆ 85% positive in the last 12 months (136 ratings)

ABDL Supply is a reseller of high quality adult age play products. We are distributing Adult Printed diapers, Adult pacifiers and Adult sized Cribs. We are excited to offer our fun products to all Amazon shoppers. Making it easy for customers to find and order ABDL supplies in one spot. Age play is fun - shop with our store.

Give us a try and leave us feedback. We value our customers and are always looking for new products to sell.

**Feedback**   Returns & Refunds   Shipping   Policies   Products

★★★★★ *" On time....as described...good product...runs a bit large. "*

By anonymous on January 12, 2016.

★★☆☆☆ *" Well the item doesn't look like in the picture and I don't understand why it's an adult pacifier its same size as a baby one. Only good thing my kid still liked... "*

Read more

By Amazon Customer on January 4, 2016.

★★★★★ *" Product as described... "*

By BK on January 3, 2016.

★★★★☆ *" After usage the nipple collapses and feels like there is nothing there, yet it remains in the mouth and is suckable. "*

By Taylor M. on December 19, 2015.

★★★★★ *" perfect "*

By linda on December 14, 2015.

Previous  Next

---

Have a question for ABDL Supply?

Ask a question

|          | 30 days | 90 days |
|----------|---------|---------|
| Positive | 80%     | 86%     |
| Neutral  | 0%      | 5%      |
| Negative | 20%     | 9%      |
| Count    | 10      | 43      |

# EXHIBIT 9

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.

☐ Yes.    What is the hazard? _____

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

If immediate attention is needed, why is it needed?
_____

Where is the property?
_____
Number, Street, City, State & Zip Code