| | |
|---|---|
| 1 | BUTLER LAW OFFICE |
| | 406 E. Southern Avenue |
| 2 | Tempe, AZ 85282 |
| | TEL: (480) 921-0626 |
| 3 | FAX: (480) 967-5075 |
| | Allen D. Butler #5392 |
| 4 | Attorney for The Butler Law Office |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

STEVE PANDI and
EILEEN A. QUEZADA,

    Debtors.

STEVE PANDI and
EILEEN A. QUEZADA,

    Movants,
vs.

CLARK COUNTY TREASURER, JACK,
AND PATRICIA KELLY, BUTLER LAW
OFFICE, and INTERNAL REVENUE
SERVICE,
    Respondents.

CASE NO. 2:16-bk-11585-SHG

Chapter 11

**SUPPLEMENT TO**
MOTION TO JOIN IN DEBTORS'
EMERGENCY MOTION TO SELL
PROPERTY FREE AND CLEAR OF
LIENS AND FOR ORDER
POSTPONING TRUSTEE'S SALE;
AND TO JOIN IN MOTION FOR
FOR AN EXPEDITED HEARING

Hearing Date: November 29, 2016
Hearing Time: 1:30 p.m.

    The Butler Law Office, 2nd lien holder on the subject property of this Motion located at 3806 Rancho Niguel Parkway, Las Vegas, Clark County, Nevada, 89147, by and through its Attorney, Allen D. Butler, hereby supplements its Motion to join in Debtor's Motion to sell property free and clear of liens, as follows:

    Lien-holders Jack and Patricia Kelly have filed a Response in opposition to Debtor's motion which raises several issues in response to the motion. This Supplement addresses one of those issue–the issue as to the value of the property.

    Attached as Exhibits A-C are three documents which provide some basis for a valuation of the property:

    Exhibit A– A printout from the Clark County Assessors office which shows a total taxable value of $312,860.*

    Exhibit B– A printout from the Zillow website which shows an estimated value of

$382,310, and a listing of similar homes for sale with values from $384,900 to $440,000.*

Exhibit C–A printout from the Re/Max foreclosure website which shows a value of $340,000.*

*The undersigned avows that these are true and accurate copies obtained from an internet search on November 29, 2016.

Attached as Exhibit D is the Borrower Statement of Account filed by the Kelly's as Exhibit C to their Response to Debtors' Motion to Continue the Automatic Stay, which shows that the Principal Balance Owing was $273,008.59.

Movant cannot address the other issues raised by Kellys but would respectfully submit that a 30 day delay will not prejudice the lien holder and, if Debtors can in fact sell the property, would pay off all liens on the property and potentially provide additional funds for the estate.

Therefore, the Butler Law Office joins in with Debtors' Motion to Sell Property Free and Clear of Liens and for an Order Postponing the Trustee's Sale.,

/s/ Allen P. Butler
Allen D. Butler, Esq.
Attorney for Butler Law Office

Copy of the foregoing emailed
this 29th day of November, 2016 to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Andrew M. Ellis
ANDREW M. ELLIS LAW, PLLC
P.O. Box 16272
Phoenix, AZ 85011-6272
Andrew.Ellis @azbar.org

Teresa Mattingly
Courtroom Deputy to the Honorable Judge Scott H. Gann

Teresa_Mattingly@azb.uscourts.gov

James F. Kahn
Bankruptcy legal Center
James.Kahn@azbar.org

By: /s/ Kahn

# Exhibit A

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 163-18-713-006 |
| OWNER AND MAILING ADDRESS | PANDI STEVE<br>6940 W VOLTAIRE AVE<br>PEORIA<br>AZ 85381 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 3806 RANCHO NIGUEL PKWY<br>SPRING VALLEY |
| ASSESSOR DESCRIPTION | FOOTHILLS SUB UNIT 1 AMD<br>PLAT BOOK 75 PAGE 42<br>LOT 27 BLOCK 1 |
| RECORDED DOCUMENT NO. | * 20130729:03545 |
| RECORDED DATE | Jul 29 2013 |
| VESTING | NS |
| COMMENTS | C-20130729:3546 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 417 |
| APPRAISAL YEAR | 2015 |
| FISCAL YEAR | 2016-17 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2015-16 | 2016-17 |
| LAND | 22400 | 22400 |
| IMPROVEMENTS | 86050 | 87101 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 108450 | 109501 |
| TAXABLE LAND+IMP (SUBTOTAL) | 309857 | 312860 |
| COMMON ELEMENT ALLOCATION ASSD | 0 | 0 |
| TOTAL ASSESSED VALUE | 108450 | 109501 |
| TOTAL TAXABLE VALUE | 309857 | 312860 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.17 Acres |
| ORIGINAL CONST. YEAR | 1999 |
| LAST SALE PRICE<br>MONTH/YEAR | 340000<br>7/2013 |
| LAND USE | 20.110 - Single Family Residential |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 1623 | CASITA SQ. FT. | 0 | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | 1218 | CARPORT SQ. FT. | 0 | POOL | YES |

| | | | | | |
|---|---|---|---|---|---|
| 3RD FLOOR SQ. FT. | 0 | STYLE | Two Story | SPA | YES |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 5 | TYPE OF CONSTRUCTION | Frame-Stucco |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 3 FULL | ROOF TYPE | Concrete Tile |
| BASEMENT GARAGE SQ. FT. | 0 | FIREPLACE | 1 | | |
| TOTAL GARAGE SQ. FT. | 441 | | | | |

# Exhibit B

# 3806 Rancho Niguel Pkwy, Las Vegas, NV 89147

**5 beds · 3 baths · 2,841 sqft**

OFF MARKET
Zestimate®:
$382,310
Price this home
Rent Zestimate®:
$2,250 /mo

## Is this your rental?

Get a monthly local market report with comparable rentals in your area.

○ I own and manage this rental

○ I manage this rental for the owner

[ Enter email ]

Subscribe

Claim this home as your residence

## Home Shoppers are Waiting

124 shoppers are looking in your neighborhood and price range.

[ 👤 Your name ]

[ 📞 Phone ]

[ ✉ Email ]

[ I own this home and would like to ask an agent about selling 3806 ]

Contact Agent

Or call 702-919-6912 for more info

Get a $25 CenturyLink Visa Prepaid Card.
Sign up for CenturyLink High-Speed Internet

This 2841 square foot single family home has 5 bedrooms and 3.0 bathrooms. It is located at 3806 Rancho Niguel Pkwy Las Vegas, Nevada.

## FACTS

- Lot: 7,405 sqft
- Single Family
- Built in 1999
- All time views: 400
- 3 shoppers saved this home
- Cooling: Central
- Heating: Forced air
- Last sold: Jul 2013 for $340,000
- Great solar potential Sun Number™: 83 ❓

## FEATURES

- Deck
- Fireplace
- Parking: Garage - Attached, 1 space, 441 sqft garage
- Pool

More ˅    County website    See data sources


Online Only.
CenturyLink $25
LEARN MORE CenturyLink
Report this ad

## Zestimate Details

Zestimate ❓

**$382,310**

[+$1,922] Last 30 days

$363K — $405K
Zestimate range

**THINK YOUR ZESTIMATE IS WRONG?**
$ **Get a professional estimate**

Zestimate ▾          1 year  5 years  10 years

--- This home
--- Spring Valley

### Similar Homes for Sale


**FOR SALE**
$384,900
4 beds, 3.0 baths, 2842 s...
9484 Borgata Bay Blvd, L...


**FOR SALE**
$425,000
4 beds, 3.0 baths, 2970 s...
3836 Rancho Niguel Pkw...


**FOR SALE**
$399,990
5 beds, 4.0 baths, 3465 s...
3852 Rancho Niguel Pkw...


**FOR SALE**
$419,000
5 beds, 4.0 baths, 3465 s...
9501 Camino Capistrano...


**FOR SALE**
$440,000
4 beds, 3.0 baths, 2706 s...
9509 Borgata Bay Blvd, L...

See listings near 3806 Rancho Niguel Pkwy

# Exhibit C


SAVE  ALERTS  PLACES  SHARE



# $ 340,000 Foreclosure

5 beds | 3 baths | 2,841 sqft

Status: Notice of Default (Pre-Foreclosure) ❓

# Exhibit D

# BORROWER STATEMENT OF ACCOUNT



**US LOAN SERVICES**
P.O. BOX 400788
LAS VEGAS, NV 89140

| ACCOUNT NO. | 0101880000 |
|---|---|
| STATEMENT DATE | 10/17/2016 |

### STATEMENT SUMMARY

| | |
|---|---|
| Statement Period | 1/1/2016 - 10/17/2016 |
| Principal Balance | $273,008.59 |
| Reserve Balance | $0.00 |
| Impound Balance | $116.34 |
| Unpaid Late Charges | $0.00 |
| Unpaid Charges | $224.71 |
| Unpaid Interest | $0.00 |
| Regular Payment | $3,025.07 |
| Note Rate | 5.000% |
| Interest Paid in 2016 | $5,966.40 |
| Property: 3806 RANCHO NIGUEL PKWY. LAS VEGAS NV 89147-8015 | |

**BORROWER**

STEVE PANDI
6940 W. VOLTAIRE AVE.
PEORIA AZ 85381

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## ACCOUNT ACTIVITY

| Transaction Date | Pmt Due Date | Reference | Description | Transaction Amount | Interest | Principal | Late Chgs | Other | Trust | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | | $289,153.43 |
| 4/7/2016 | | | DEFAULT NOTICE | ($50.00) | $0.00 | $0.00 | $0.00 | ($50.00) | $0.00 | $289,153.43 |
| 4/7/2016 | | | DEFAULT POSTAGE | ($7.71) | $0.00 | $0.00 | $0.00 | ($7.71) | $0.00 | $289,153.43 |
| 4/25/2016 | | WIRE | Payment - Other | $3,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,200.00 | $289,153.43 |
| 4/25/2016 | | | WIRE FEE | ($25.00) | $0.00 | $0.00 | $0.00 | ($25.00) | $0.00 | $289,153.43 |
| 4/27/2016 | 6/1/2015 | RESERVE | Payment - Thank You | $0.00 | $1,204.81 | $1,145.19 | $150.00 | ($1,129.45) | ($1,370.55) | $288,008.24 |
| 4/27/2016 | | RESERVE | Late Charge | ($150.00) | $0.00 | $0.00 | ($150.00) | $0.00 | $0.00 | $288,008.24 |
| 4/27/2016 | 7/1/2015 | RESERVE | Payment - Thank You | $0.00 | $1,200.03 | $1,299.97 | $150.00 | $208.50 | ($2,858.50) | $286,708.27 |
| 4/27/2016 | | RESERVE | Late Charge | ($150.00) | $0.00 | $0.00 | ($150.00) | $0.00 | $0.00 | $286,708.27 |
| 4/27/2016 | 8/1/2015 | RESERVE | Payment - Thank You | $0.00 | $1,194.62 | $1,305.38 | $150.00 | $208.50 | ($2,858.50) | $285,402.89 |
| 4/27/2016 | | RESERVE | Late Charge | ($150.00) | $0.00 | $0.00 | ($150.00) | $0.00 | $0.00 | $285,402.89 |
| 4/27/2016 | 4/1/2016 | RESERVE | Payment - Thank You | $0.00 | $1,189.18 | $1,461.36 | $149.46 | $208.50 | ($3,008.50) | $283,941.53 |
| 4/27/2016 | | RESERVE | Late Charge | ($149.46) | $0.00 | $0.00 | ($149.46) | $0.00 | $0.00 | $283,941.53 |
| 4/27/2016 | | WIRE | Payment - Other | $8,185.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,185.00 | $283,941.53 |
| 4/27/2016 | | BK BAL ADJ | Funds Advanced | $9,588.94 | $0.00 | $9,588.94 | $0.00 | $0.00 | $0.00 | $274,352.59 |
| 4/27/2016 | | | REIMBURSE ATTNY FEES / | ($12,309.63) | $0.00 | $0.00 | $0.00 | ($12,309.63) | $0.00 | $274,352.59 |
| 4/27/2016 | | | REIMBURSE FED-X FEES / | ($50.00) | $0.00 | $0.00 | $0.00 | ($50.00) | $0.00 | $274,352.59 |
| 4/27/2016 | | | WIRE FEE | ($25.00) | $0.00 | $0.00 | $0.00 | ($25.00) | $0.00 | $274,352.59 |
| 5/2/2016 | | | CREDIT DEPOSIT RESERVES | $14,000.00 | $0.00 | $0.00 | $0.00 | $14,000.00 | $0.00 | $274,352.59 |
| 5/2/2016 | | | REIMBURSE ATTNY DEFAULT | ($100.00) | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 | $274,352.59 |
| 5/13/2016 | | | LATE NOTICE | ($12.00) | $0.00 | $0.00 | $0.00 | ($12.00) | $0.00 | $274,352.59 |
| 6/2/2016 | | | NOTICE OF DEFAULT | ($25.00) | $0.00 | $0.00 | $0.00 | ($25.00) | $0.00 | $274,352.59 |
| 6/2/2016 | | | DEFAULT POSTAGE | ($7.71) | $0.00 | $0.00 | $0.00 | ($7.71) | $0.00 | $274,352.59 |
| 6/3/2016 | 5/1/2016 | WIRE | Payment - Thank You | $3,250.00 | $1,177.76 | $1,344.00 | $149.46 | $253.21 | $325.57 | $273,008.59 |
| 6/3/2016 | | WIRE | Late Charge | ($149.46) | $0.00 | $0.00 | ($149.46) | $0.00 | $0.00 | $273,008.59 |
| 6/14/2016 | | | LATE NOTICE | ($12.00) | $0.00 | $0.00 | $0.00 | ($12.00) | $0.00 | $273,008.59 |
| 6/17/2016 | | | DEFAULT NOTICE FEE | ($25.00) | $0.00 | $0.00 | $0.00 | ($25.00) | $0.00 | $273,008.59 |
| 6/17/2016 | | | DEFAULT POSTAGE | ($7.71) | $0.00 | $0.00 | $0.00 | ($7.71) | $0.00 | $273,008.59 |
| 6/30/2016 | | | FORECLOSURE DEMAND / | ($60.00) | $0.00 | $0.00 | $0.00 | ($60.00) | $0.00 | $273,008.59 |
| 6/30/2016 | | | FORECLOSURE REINSTATE OR | ($120.00) | $0.00 | $0.00 | $0.00 | ($120.00) | $0.00 | $273,008.59 |
| | | | | | $5,966.40 | $16,144.84 | $0.00 | $912.50 | $1,614.52 | |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| | | | Balance Forward | | | $0.00 |
| 4/25/2016 | WIRE | STEVE PANDI | Borrower Payment | | $3,200.00 | $3,200.00 |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | | $312.24 | $3,512.24 |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | $1,682.79 | | $1,829.45 |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | $3,184.07 | | ($1,354.62) |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | | $325.57 | ($1,029.05) |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | $3,184.07 | | ($4,213.12) |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | | $325.57 | ($3,887.55) |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | $3,334.07 | | ($7,221.62) |
| 4/27/2016 | RESERVE | STEVE PANDI | Borrower Payment | | $325.57 | ($6,896.05) |
| 4/27/2016 | WIRE | STEVE PANDI | Borrower Payment | | $8,185.00 | $1,288.95 |
| 5/2/2016 | TRNIMPDS | STEVE PANDI | Transfer From: PBK0880000-STEVE | | $493.07 | $1,782.02 |
| 6/3/2016 | WIRE | STEVE PANDI | Borrower Payment | | $325.57 | $2,107.59 |
| 7/18/2016 | 110686 | FARMERS INSURANCE | POLICY #98628-56-44 | $1,026.70 | | $1,080.89 |
| 7/18/2016 | 110708 | U.S. LOAN SERVICING | SERVICE FEE~~INSURANCE | $10.00 | | $1,070.89 |
| 8/11/2016 | 111346 | U.S. LOAN SERVICING | SERVICE FEE~~TAX | $10.00 | | $1,060.89 |
| 8/11/2016 | 111346 | U.S. LOAN SERVICING | SERVICE FEE~~WATER | $10.00 | | $1,050.89 |
| 8/11/2016 | 111347 | CLARK COUNTY TREASURER | APN: 163-18-713-006 | $660.34 | | $390.55 |
| 8/11/2016 | 111347 | CLARK COUNTY TREASURER | APN: 163-18-713-006 WATER | $274.21 | | $116.34 |
| | | | | $13,376.25 | $13,492.59 | |

## OUTSTANDING CHARGES AND ADVANCES

| Date of Charge | Reference | Description | Interest Rate | Original Amount | Unpaid Balance | Accrued Interest | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 6/14/2016 | | LATE NOTICE | 0.000% | $12.00 | $12.00 | $0.00 | $12.00 |
| 6/17/2016 | | DEFAULT NOTICE FEE | 0.000% | $25.00 | $25.00 | $0.00 | $25.00 |
| 6/17/2016 | | DEFAULT POSTAGE | 0.000% | $7.71 | $7.71 | $0.00 | $7.71 |
| 6/30/2016 | | FORECLOSURE REINSTATE OR CLOSE-OUT FEE | 0.000% | $120.00 | $120.00 | $0.00 | $120.00 |
| 6/30/2016 | | FORECLOSURE DEMAND / NEVADA TITLE | 0.000% | $60.00 | $60.00 | $0.00 | $60.00 |
| | | | | $224.71 | $224.71 | $0.00 | $224.71 |

Powered by The Mortgage Office™
Case 2:16-bk-11585-SHG    Doc 35-3    Filed 10/31/16    Entered 10/31/16 23:00:35    Desc
Exhibit C - Borrower Statement of Account    Page 3 of 3
Account: 0101880000
Case 2:16-bk-11585-SHG    Doc 93    Filed 11/29/16    Entered 11/29/16 11:01:11    Desc
Main Document    Page 14 of 14