# United States Bankruptcy Court
## District of Arizona

In re Steve Pandi and Eileen A. Quezada,   Case No. 2:16-bk-11585-SHG

   Debtors   Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF STEVE PANDI and EILEEN A. QUEZADA <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>

This is the report as of July 31, 2016 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.  The estate of Steve Pandi and Eileen A. Quezada holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Aww So Cute, Inc. | 100% membership | 1 |
| Jumpin Jammerz, LLC | 100% membership | 2 |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes.  Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                    2

Date: 12/21/2016

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

TAB # 1

TAB # 1

**Exhibit A**
**Valuation Estimate for Aww So Cute,**
**Inc.**

The entity's value is $0.00. The value of the estate's interest in the entity as of July 31, 2016 is $0.00, because the entity has had no assets and has not been operating since April 2016. The source of this information is Steve Pandi.

**Exhibit B**
**Financial Statements for Aww So Cute, Inc.**

**Exhibit B-1**
**Balance Sheet for Aww So Cute,**
**Inc.** as of July 31, 2016

The source of this information is Steve Pandi.

# Awwsocute, Inc.
## Balance Sheet
### As of July 31, 2016

|  | Jul 31, 16 |
|---|---|
| ASSETS | 0.00 |
| LIABILITIES & EQUITY | |
| Equity | |
| Draw | -201,781.55 |
| Retained Earnings | 110,540.36 |
| Net Income | 91,241.19 |
| Total Equity | 0.00 |
| TOTAL LIABILITIES & EQUITY | 0.00 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 7 of 39

# Awwsocute, Inc.
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Cash - Paypal | 1,306.87 |
|       Chase checking | 521.39 |
|     Total Checking/Savings | 1,828.26 |
|     Other Current Assets | |
|       Inventory | 10,125.21 |
|     Total Other Current Assets | 10,125.21 |
|   Total Current Assets | 11,953.47 |
| **TOTAL ASSETS** | **11,953.47** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Long Term Liabilities | |
|       Due to/from Jumpin Jammerz | 143,612.80 |
|       Loan - merchant | -19,675.12 |
|     Total Long Term Liabilities | 123,937.68 |
|   Total Liabilities | 123,937.68 |
|   Equity | |
|     Draw | |
|       Rental | 2,616.41 |
|       Draw - Other | -225,140.98 |
|     Total Draw | -222,524.57 |
|     Retained Earnings | -122.87 |
|     Net Income | 110,663.23 |
|   Total Equity | -111,984.21 |
| **TOTAL LIABILITIES & EQUITY** | **11,953.47** |

**Exhibit B-2**
**Statement of Income (Loss) for Aww So Cute,**
**Inc.** Period ending July 31, 2016

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
          most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

The source of this information is Steve Pandi.

# Awwsocute, Inc.
## Profit & Loss
### January through July 2016

|  | Jan - Jul 16 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Merchandise Sales | 140,520.72 |
| Refunds | -499.68 |
| **Total Income** | 140,021.04 |
|  |  |
| **Cost of Goods Sold** |  |
| Purchases | 9,640.00 |
| Shipping | 1,916.39 |
| **Total COGS** | 11,556.39 |
|  |  |
| **Gross Profit** | 128,464.65 |
|  |  |
| **Expense** |  |
| Advertising and Promotion | 3,421.31 |
| Automobile Expense | 73.49 |
| Bank Service Charges | 2,404.92 |
| Computer and Internet Expenses | 4,440.71 |
| Dues and Fees | 4.00 |
| Insurance Expense | 768.00 |
| Meals and Entertainment | 174.18 |
| Office Supplies | 292.32 |
| Outside Contractors | 850.11 |
| Payroll Expenses | 1,106.00 |
| Professional Fees | 11,942.00 |
| Repairs and Maintenance | 49.98 |
| Telephone Expense | 829.25 |
| Travel | 1,186.00 |
| **Total Expense** | 27,542.27 |
|  |  |
| **Net Ordinary Income** | 100,922.38 |
|  |  |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Sale of Business | 9,681.19 |
| **Total Other Expense** | 9,681.19 |
|  |  |
| **Net Other Income** | -9,681.19 |
|  |  |
| **Net Income** | **91,241.19** |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 10 of 39

# Awwsocute, Inc.
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Merchandise Sales | 258,092.26 |
| Refunds | -575.65 |
| **Total Income** | 257,516.61 |
| **Cost of Goods Sold** | |
| Purchases | 23,100.00 |
| Shipping | 23,154.08 |
| **Total COGS** | 46,254.08 |
| **Gross Profit** | 211,262.53 |
| **Expense** | |
| Advertising and Promotion | 27,795.70 |
| Automobile Expense | 2,227.90 |
| Bank Service Charges | 12,912.21 |
| Computer and Internet Expenses | 4,035.72 |
| Freight | 1,000.00 |
| Insurance Expense | 4,170.14 |
| Meals and Entertainment | 310.38 |
| Office Supplies | 4,122.62 |
| Outside Contractors | 6,643.00 |
| Payroll Expenses | 9,589.82 |
| Professional Fees | 9,478.00 |
| Rent Expense | 7,000.00 |
| Repairs and Maintenance | 5,535.80 |
| Suspense | 1,746.04 |
| Telephone Expense | 2,202.97 |
| Travel | 1,829.00 |
| **Total Expense** | 100,599.30 |
| **Net Ordinary Income** | 110,663.23 |
| **Net Income** | **110,663.23** |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document       Page 11 of 39

**Exhibit B-3**
**Statement of Cash Flows for Aww So Cute,**
**Inc.** for the period ending July 31, 2016


[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
             a. the period between the end of the preceding fiscal year and the end of the
                most recent six-month period of the current fiscal year; and
             b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

The source of this information is Steve Pandi.

# Awwsocute, Inc.
## Statement of Cash Flows
### January through July 2016

| | Jan - Jul 16 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 91,241.19 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Inventory | 10,125.21 |
| **Net cash provided by Operating Activities** | 101,366.40 |
| **FINANCING ACTIVITIES** | |
| Due to/from Jumpin Jammerz | -143,612.80 |
| Loan - merchant | 19,675.12 |
| Draw | 23,359.43 |
| Draw:Rental | -2,616.41 |
| **Net cash provided by Financing Activities** | -103,194.66 |
| Net cash increase for period | -1,828.26 |
| Cash at beginning of period | 1,828.26 |
| Cash at end of period | 0.00 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 13 of 39

# Awwsocute, Inc.
## Statement of Cash Flows
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 110,663.23 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Inventory | 12,534.94 |
| **Net cash provided by Operating Activities** | 123,198.17 |
| **FINANCING ACTIVITIES** |  |
| Due to/from Jumpin Jammerz | -8,887.20 |
| Loan - merchant | -30,648.96 |
| Draw | -90,024.97 |
| Draw:Rental | 2,616.41 |
| **Net cash provided by Financing Activities** | -126,944.72 |
| Net cash increase for period | -3,746.55 |
| Cash at beginning of period | 5,574.81 |
| Cash at end of period | **1,828.26** |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 14 of 39

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Aww So Cute,**
**Inc.** period ending July 31, 2016

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

(i) For the initial report:
a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
b. the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.

The source of this information is Steve Pandi.

# Awwsocute, Inc.
## Statement of Changes in Equity
### As of July 31, 2016

| | Jul 31, 16 | Dec 31, 15 | $ Change |
|---|---|---|---|
| ASSETS | 0.00 | 0.00 | 0.00 |
| LIABILITIES & EQUITY | | | |
| Equity | | | |
| Draw | | | |
| Rental | 0.00 | 2,616.41 | -2,616.41 |
| Draw - Other | -201,781.55 | -225,140.98 | 23,359.43 |
| Total Draw | -201,781.55 | -222,524.57 | 20,743.02 |
| Retained Earnings | 110,540.36 | -122.87 | 110,663.23 |
| Net Income | 91,241.19 | 110,663.23 | -19,422.04 |
| Total Equity | 0.00 | -111,984.21 | 111,984.21 |
| TOTAL LIABILITIES & EQUITY | 0.00 | -111,984.21 | 111,984.21 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document      Page 16 of 39

# Awwsocute, Inc.
## Statement of Changes in Equity
### As of December 31, 2015

| | Dec 31, 15 | Dec 31, 14 | $ Change |
|---|---|---|---|
| ASSETS | 0.00 | 0.00 | 0.00 |
| **LIABILITIES & EQUITY** | | | |
| Equity | | | |
| Draw | | | |
| Rental | 2,616.41 | 0.00 | 2,616.41 |
| Draw - Other | -225,140.98 | -135,116.01 | -90,024.97 |
| Total Draw | -222,524.57 | -135,116.01 | -87,408.56 |
| Retained Earnings | -122.87 | -1,761.13 | 1,638.26 |
| Net Income | 110,663.23 | 1,638.26 | 109,024.97 |
| Total Equity | -111,984.21 | -135,238.88 | 23,254.67 |
| TOTAL LIABILITIES & EQUITY | -111,984.21 | -135,238.88 | 23,254.67 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document      Page 17 of 39

**Exhibit C**
**Description of Operations for Aww So Cute,**
**Inc.**

The estate is the sole shareholder of the entity.

The entity started in May 2013 in Las Vegas, Nevada. It primarily sold adult printed diapers via the internet. The entity eventually ran into problems when the it started having sales issues and customer traffic problems on-line. The entity got overextended due to financial difficulties. In approximately April 2016, the entity ceased operations and used the remaining assets to pay creditors and vendors. The source of this information is Steve Pandi.

TAB # 2

TAB # 2

**Exhibit A**
**Valuation Estimate for Jumpin**
**Jammerz, LLC**

The entity's value is $0.00. The value of the estate's interest in the entity as of July 31, 2016 is $0.00, because the entity has had no assets and has not been operating since April 2016. The source of this information is Steve Pandi.

**Exhibit B**
**Financial Statements for Jumpin Jammerz,**
**LLC**

**Exhibit B-1**
**Balance Sheet for Jumpin**
**Jammerz, LLC** as of July 31, 2016

The source of this information is Steve Pandi.

# Jumpin Jammerz
## Balance Sheet
### As of July 31, 2016

|  | Jul 31, 16 |
|---|---|
| ASSETS | 0.00 |
| **LIABILITIES & EQUITY** | |
| Equity | |
| Members Draw | -1,847,076.28 |
| Retained Earnings | 2,235,687.82 |
| Net Income | -388,611.54 |
| Total Equity | 0.00 |
| TOTAL LIABILITIES & EQUITY | 0.00 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 23 of 39

# Jumpin Jammerz
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Alliance | 9,861.21 |
| Cash - Paypal new | 12,152.96 |
| Checking at Bank of America - | 86,169.14 |
| **Total Checking/Savings** | 108,183.31 |
| **Other Current Assets** |  |
| Inventory | 413,725.00 |
| **Total Other Current Assets** | 413,725.00 |
| **Total Current Assets** | 521,908.31 |
| **Fixed Assets** |  |
| Accumulated Depreciation | -227,458.17 |
| Furniture and Equipment | 227,458.17 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** |  |
| Due to/from Awwsocute | 144,500.00 |
| **Total Other Assets** | 144,500.00 |
| **TOTAL ASSETS** | **666,408.31** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Long Term Liabilities** |  |
| Loan - Frances | 57,778.89 |
| Loan - George Pandi | 477,384.49 |
| Loan - George Pandi LT | 120,858.36 |
| **Total Long Term Liabilities** | 656,021.74 |
| **Total Liabilities** | 656,021.74 |
| **Equity** |  |
| Members Draw | -2,225,301.25 |
| Retained Earnings | 1,907,362.48 |
| Net Income | 328,325.34 |
| **Total Equity** | 10,386.57 |
| **TOTAL LIABILITIES & EQUITY** | **666,408.31** |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 24 of 39

**Exhibit B-2**
**Statement of Income (Loss) for Jumpin**
**Jammerz, LLC** Period ending July 31, 2016

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
          most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

The source of this information is Steve Pandi.

# Jumpin Jammerz
## Profit & Loss
### January through July 2016

| | Jan - Jul 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Merchandise Sales | 156,826.45 |
| **Total Income** | 156,826.45 |
| **Cost of Goods Sold** | |
| Bank Charges | 6,339.95 |
| Purchases | |
| Shipping | 50,052.09 |
| **Total Purchases** | 50,052.09 |
| **Total COGS** | 56,392.04 |
| **Gross Profit** | 100,434.41 |
| **Expense** | |
| Advertising and Email Campaigns | 18,318.96 |
| Automobile Expense | 979.85 |
| Computer and Internet Expenses | 7,468.26 |
| Graphic Design | 798.22 |
| Insurance Expense | 733.00 |
| Legal Fees | 16,711.20 |
| Meals and Entertainment | 88.13 |
| Office Expense | 1,548.33 |
| Outside Services | 3,720.00 |
| Payroll Expenses | 1.81 |
| Payroll Taxes | 1,584.15 |
| Repairs and Maintenance | 4,166.70 |
| Telephone & Internet | 996.84 |
| Travel | 2,637.95 |
| Utilities | 731.95 |
| Wages | 15,444.61 |
| **Total Expense** | 75,929.96 |
| **Net Ordinary Income** | 24,504.45 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Sale of Business | 413,115.99 |
| **Total Other Expense** | 413,115.99 |
| **Net Other Income** | -413,115.99 |
| **Net Income** | -388,611.54 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 26 of 39

# Jumpin Jammerz
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Merchandise Sales | 847,667.91 |
| Refunds | -2,459.45 |
| **Total Income** | 845,208.46 |
| **Cost of Goods Sold** |  |
| Bank Charges | 35,388.43 |
| Freight | 12,631.98 |
| Other Direct Costs | 996.03 |
| Purchases |  |
| Shipping | 122,496.99 |
| Purchases - Other | 5,085.00 |
| **Total Purchases** | 127,581.99 |
| **Total COGS** | 176,598.43 |
| **Gross Profit** | 668,610.03 |
| **Expense** |  |
| Advertising and Email Campaigns | 53,471.75 |
| Adwords | 19,577.57 |
| Automobile Expense |  |
| Fuel | 369.16 |
| Automobile Expense - Other | 2,246.82 |
| **Total Automobile Expense** | 2,615.98 |
| Computer and Internet Expenses | 13,462.27 |
| Dues and Fees | 496.00 |
| Graphic Design | 3,561.74 |
| Insurance Expense | 3,697.70 |
| Legal Fees | 31,350.00 |
| License Fees | 10,000.00 |
| Meals and Entertainment | 2,079.07 |
| Office Expense | 6,787.89 |
| Outside Services | 42,882.39 |
| Payroll Expenses | 196.48 |
| Payroll Taxes | 5,125.93 |
| Photoshoots | 375.00 |
| Professional Fees | 2,500.00 |
| Property Taxes | 3,528.10 |
| Rent Expense | 622.00 |
| Repairs and Maintenance | 4,536.67 |
| Suspense |  |
| 9999 | 2,035.61 |
| **Total Suspense** | 2,035.61 |
| Telephone & Internet | 3,677.33 |
| Travel | 7,489.96 |
| Utilities | 13,270.91 |
| Wages | 80,318.21 |
| **Total Expense** | 313,658.56 |
| **Net Ordinary Income** | 354,951.47 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document      Page 27 of 39

# Jumpin Jammerz
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Other Income/Expense** | |
| **Other Expense** | |
| Depreciation Expense | 17,086.00 |
| Interest Expense | 9,540.13 |
| **Total Other Expense** | 26,626.13 |
| Net Other Income | -26,626.13 |
| **Net Income** | **328,325.34** |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 28 of 39

**Exhibit B-3**
**Statement of Cash Flows for Jumpin**
**Jammerz LLC** for the period ending July 31,
2016

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
          a. the period between the end of the preceding fiscal year and the end of the
            most recent six-month period of the current fiscal year; and
          b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

The source of this information is Steve Pandi.

# Jumpin Jammerz
## Statement of Cash Flows
### January through July 2016

|                                                                          | Jan - Jul 16 |
| ------------------------------------------------------------------------ | -----------: |
| **OPERATING ACTIVITIES**                                                 |              |
| Net Income                                                               |  -388,611.54 |
| Adjustments to reconcile Net Income to net cash provided by operations:  |              |
| Inventory                                                                |   413,725.00 |
| **Net cash provided by Operating Activities**                            |    25,113.46 |
|                                                                          |              |
| **INVESTING ACTIVITIES**                                                 |              |
| Accumulated Depreciation                                                 |  -227,458.17 |
| Furniture and Equipment                                                  |   227,458.17 |
| Due to/from Awwsocute                                                    |   144,500.00 |
| **Net cash provided by Investing Activities**                            |   144,500.00 |
|                                                                          |              |
| **FINANCING ACTIVITIES**                                                 |              |
| Loan - Frances                                                           |   -57,778.89 |
| Loan - George Pandi                                                      |  -477,384.49 |
| Loan - George Pandi LT                                                   |  -120,858.36 |
| Members Draw                                                             |   378,224.97 |
| **Net cash provided by Financing Activities**                            |  -277,796.77 |
|                                                                          |              |
| **Net cash increase for period**                                        |  -108,183.31 |
| **Cash at beginning of period**                                          |   108,183.31 |
| **Cash at end of period**                                               |         0.00 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 30 of 39

# Jumpin Jammerz
## Statement of Cash Flows
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 328,325.34 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Inventory | 2,487.50 |
| Accounts Payable | -432,171.64 |
| Misc - Credit Card | -11,854.29 |
| Payroll Liabilities | -11,958.26 |
| Net cash provided by Operating Activities | -125,171.35 |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | -114,512.83 |
| Building | 631,850.00 |
| Accumulated Amortization | -19,536.00 |
| Closing Costs | 16,280.00 |
| Deposits | 14,200.00 |
| Due to/from Awwsocute | 8,000.00 |
| Net cash provided by Investing Activities | 536,281.17 |
| **FINANCING ACTIVITIES** | |
| Loan - Frances | -23,017.93 |
| Loan - George Pandi | 372,905.36 |
| Loan - George Pandi LT | 34,977.04 |
| Loan - Merchant Capital | -116,642.34 |
| Loan - Seasonal Loan | -375,000.00 |
| Loan - Stancorp | -389,095.46 |
| Members Draw | 186,133.21 |
| Net cash provided by Financing Activities | -309,740.12 |
| Net cash increase for period | 101,369.70 |
| Cash at beginning of period | 6,813.61 |
| Cash at end of period | 108,183.31 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 31 of 39

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Jumpin Jammerz LLC** for period ending July 31, 2016

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

The source of this information is Steve Pandi.]

# Jumpin Jammerz
## Statement of Changes in Equity
### As of July 31, 2016

| | Jul 31, 16 | Dec 31, 15 | $ Change |
|---|---|---|---|
| ASSETS | 0.00 | 0.00 | 0.00 |
| LIABILITIES & EQUITY | | | |
| Equity | | | |
| Members Draw | -1,847,076.28 | -2,225,301.25 | 378,224.97 |
| Retained Earnings | 2,235,687.82 | 1,907,362.48 | 328,325.34 |
| Net Income | -388,611.54 | 328,325.34 | -716,936.88 |
| Total Equity | 0.00 | 10,386.57 | -10,386.57 |
| TOTAL LIABILITIES & EQUITY | 0.00 | 10,386.57 | -10,386.57 |

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 33 of 39

# Jumpin Jammerz
## Statement of Changes in Equity
### As of December 31, 2015

| | Dec 31, 15 | Dec 31, 14 | $ Change |
|---|---|---|---|
| ASSETS | 0.00 | 0.00 | 0.00 |
| **LIABILITIES & EQUITY** | | | |
| Equity | | | |
| Members Draw | -2,225,301.25 | -2,411,434.46 | 186,133.21 |
| Retained Earnings | 1,907,362.48 | 1,862,864.24 | 44,498.24 |
| Net Income | 328,325.34 | 44,498.24 | 283,827.10 |
| Total Equity | 10,386.57 | -504,071.98 | 514,458.55 |
| **TOTAL LIABILITIES & EQUITY** | 10,386.57 | -504,071.98 | 514,458.55 |

## Exhibit C
### Description of Operations for Jumpin
### Jammerz LLC

The estate has a 100% membership interest in the entity.


Prior to the filing of the bankruptcy case, the entity sold adult pajamas via the internet. In April 2016, the entity's largest secured creditor foreclosed on the entity's assets; see attached letter. After the foreclosure, the entity ceased operations and used the remaining assets to pay creditors and vendors. In September 2016, dissolution of the entity began; see attached. The source of this information is Steve Pandi.

# THE LAW OFFICES OF
# DONALD W. HUDSPETH, P.C.

A PROFESSIONAL CORPORATION

*"The Business of our Firm is Business"*

Donald W. Hudspeth

Janae A. Perry-Meier

Craig W. Broadbent       April 6, 2016

Of Counsel:
Brian K. Stanley       Writer's Direct Email:DWH@AzBusLaw.com

**VIA U.S. MAIL AND EMAIL**
Steve Pandi
6940 W. Voltaire
Peoria, AZ 85381

Steve Pandi, President
Jumpin Jammerz L.L.C.
2406 S.24th St. Unit C-120
Phoenix, AZ 85034
      **Re:** *Notice of Sale of Collateral by Secured Party*

Dear Mr. Pandi:

George Pandi has a recorded and perfected security interest in the inventory and assets of your company Jumpin Jammerz L.L.C. which you pledged as collateral for a loan. Pursuant to ARS §47-9620 George Pandi hereby gives notice of his intent to accept said collateral as full payment and satisfaction of the debt.

Under ARS §47-610(C)(2) a private tender and sale of the goods is appropriate because inventory and assets prices are widely quoted and there is a recognized market for the sale of this collateral.

A UCC search has been performed and a copy of this Notice will be sent to secured and other interested parties of record who are entitled to receive notice. If no objection to this proposed transaction is received within twenty (20) days then the sale shall be deemed final.

Please signify your consent to this payment and satisfaction by signing in the place provided below.

Respectfully yours,

Donald W. Hudspeth
For the Firm

3200 NORTH CENTRAL AVENUE, SUITE 2500 • PHOENIX, ARIZONA 85012-2445
TELEPHONE (602) 265-7997 • FACSIMILE (602) 265-6099 • E-MAIL THEFIRM@AZBUSLAW.COM
www.AZBUSLAW.com

**ACCEPTED AND APPROVED**

By Steve Pandi, for himself and
Jumpin Jammerz L.L.C.
Date signed: ____04 - 11 - 2016__

Cc George Pandi
1 Somerset Crescent
Redmond Hill
Ontario, L4C8N2

Cc Tom Pandi

3200 NORTH CENTRAL AVENUE, SUITE 2500 • PHOENIX, ARIZONA 85012
TELEPHONE (602) 265-7997 • FACSIMILE (602) 265-6099 • E-MAIL THEFIRM@AZBUSLAW.com
www.AZBUSLAW.com

Case 2:16-bk-11585-SHG    Doc 106    Filed 12/22/16    Entered 12/22/16 18:57:54    Desc
Main Document    Page 37 of 39

**Jumpin Jammerz, LLC**

## LIMITED LIABILITY COMPANY DISSOLUTION AGREEMENT

This Dissolution Agreement ("***Agreement***"), made as of the _____ of September, 2016 (the "***Effective Date***") by and Steve Pandi, with an address of 2406 S. 24th Street, Unit C-120, Phoenix, AZ 85034.

***WHEREAS***, the Member formed a limited liability company on November 26, 2007 (the "**Company**") to carry on the business of the Company under the name Jumpin Jammerz, LLC;

***WHEREAS***, the Member now wishes to dissolve the Company, pursuant to the terms and conditions of this Agreement;

***NOW THEREFORE***, in consideration of the mutual premises contained in this Agreement, the Member agrees as follows:

1.    <u>Agreement to Terminate the Company</u>. The Member consents to the dissolution and termination of the Company, and agrees to file a Certificate of Dissolution with the Arizona Corporation Commission.

2.    <u>Winding Up by the Manager</u>. The affairs of the Company shall be wound up by the Member.

3.    <u>Distribution of Assets upon Dissolution.</u> In settling accounts after dissolution, the liabilities of the Company shall be entitled to payment in the following order:

    (a)    To creditors, including members or managers who are creditors, in the order of priority as provided by law, in satisfaction of the liabilities of the Company, whether by payment or the making of reasonable provision for payment thereof, other than liabilities for distributions to members under A.R.S. § 29-703 (relating to distributions and allocation of profits and losses) or A.R.S. § 29-708 (relating to distributions upon an event of dissolution).

    (b)    To members and former members in satisfaction of the liabilities for distributions under Section A.R.S. §29-703 or A.R.S. § 29-708 (relating to a member's contractual right to receive distributions under the operating agreement).

    (c)    To members in respect of (i) their contributions to capital, and (ii) their share of the profits and other compensation by way of income on their contributions.

4.    <u>Provision for Claims</u>. The Company shall pay or make reasonable provision to pay all claims and obligations, including all contingent, conditional or unmatured claims and obligations, known to the Company and all claims and obligations that are known to the Company but for which the identity of the claimant is unknown. If there are sufficient assets, such claims and obligations shall be paid in full, and any such provision for payment shall be made in full. If there are insufficient assets, such claims and obligations shall be paid or

1

provided for according to their priority and, among claims and obligations of equal priority, ratably to the extent of assets available therefor.

5.      Liquidation of Assets; Payment of Debts; Accounting. The liquidating member shall prepare and file all required federal and state income tax returns, and shall provide a Company accounting prior to any distribution.

6.      Indemnification. The Company hereby indemnifies and saves harmless the Member from and against any claims, demands, actions, losses and damages suffered by such Member resulting from the conduct of the Company and its liquidation and termination pursuant to the terms and conditions of this Agreement and applicable law.

7.      Parties Bound. This Agreement shall inure to the benefit of and be binding upon the respective heirs, executors, administrators, and assigns of the Member.

IN WITNESS WHEREOF, the Member has executed this Agreement as of the day and year first above written.

_____

STEVE PANDI, Member and Manager

2