# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:     )     CASE NO.    2:16-bk011585-SHG

STEVE PANDI and
EILEEN A QUEZADA,

**INDIVIDUAL DEBTOR ENGAGED IN
BUSINESS MONTHLY REPORT**

MONTH OF      _Oct 2016_ *Amended.

DATE PETITION FILED:      10/7/2016

Debtor(s) )     TAX PAYER ID NO. :     xxx-xx-3663

| | |
|---|---|
| Nature of Debtor's Business: | residential real estate rentals; on-line retail sale of adult diapers |
| Nature of Co-Debtor's Business: | residential real estate rentals; on-line retail sale of adult diapers |

| | | | |
|---|---|---|---|
| DATE DISCLOSURE STATEMENT | FILED | TO BE FILED | 12/31/2016 |
| DATE PLAN OF REORGANIZATION | FILED | TO BE FILED | 12/31/2016 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF DEBTOR

Steve Pandi
PRINTED NAME OF DEBTOR

03-22-2017
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

Kevin A. Marshall, CPA
PRINTED NAME OF PREPARER

_____
ORIGINAL SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

certified public accountant
TITLE

_____
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**     Steve Pandi

PHONE NUMBER:     (602) 465-0654

ADDRESS:     6940 W Voltaire Ave, Peoria AZ 85381

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Alliance | Chase | | | |
| | 7022 | 787353536 | | | |
| Balance at Beginning of Period | 504.78 | 6.29 | | | 511.07 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 9657.59 | 10441.47 | | | 20099.06 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | 9657.59 | 10441.47 | | | 20099.06 |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | 6723.44 | 4195.91 | | | 10919.35 |
| Amazon Business | 1843.32 | 363.03 | | | 2206.35 |
| Rental Expenses | 727.36 | 2302.24 | | | 3029.6 |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | 9294.12 | 6861.18 | | | 16155.3 |

| Balance at End of Month | 868.25 | 3586.58 | | | 4454.83 |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | 16155.3 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | 16155.3 |

| | Post-Petition Debtor-in-Possession Accounts | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | Alliance | Chase | | | | |
| | 7022 | 787353536 | | | | |
| Balance at Beginning of Period | 504.78 | 6.29 | | | | 511.07 |

**RECEIPTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Wages - Debtor | | | | | | |
| Wages - Co-Debtor | | | | | | |
| Loans and Advances | | | | | | |
| Sale of Assets | | | | | | |
| Gifts (money) | | | | | | |
| Transfers from Other DIP Accounts | | | | | | |
| Other (attach list) | 9657.59 | 10441.47 | | | | 20099.06 |
| **TOTAL RECEIPTS** | 9657.59 | 10441.47 | | | | 20099.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | 9294.12 | 6861.18 | | | | 16155.3 |
| **Balance at End of Month** | 868.25 | 3586.58 | | | | 4454.83 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | | Ending Balance |
|---|---|---|---|---|---|
| Name Acct # | | | | | |
| Name Acct # | | | | | |
| Name Acct # | | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 16,155.30 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | 50.00 |
| **Total Disbursements for Calculating Quarterly Fees** | 16,105.30 |

# Pandi
## Profit & Loss
### October 2016

| | Alliance 7022 | Chase | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Amazon Income | 0.00 | 10,441.47 | 10,441.47 |
| Rental Income | 9,657.59 | 0.00 | 9,657.59 |
| **Total Income** | 9,657.59 | 10,441.47 | 20,099.06 |
| **Expense** | | | |
| Amazon Business | 1,843.32 | 363.03 | 2,206.35 |
| **Personal** | | | |
| Automobile Expense | 90.05 | 94.52 | 184.57 |
| Bank Service Charges | -13.00 | 104.00 | 91.00 |
| Cash Withdrawals | 3,302.00 | 2,276.00 | 5,578.00 |
| Food | 159.37 | 960.39 | 1,119.76 |
| Health Expenses | 598.43 | 700.00 | 1,298.43 |
| Other | 260.74 | 0.00 | 260.74 |
| Travel Expense | 198.95 | 61.00 | 259.95 |
| Utilities | 726.90 | 0.00 | 726.90 |
| **Total Personal** | 5,323.44 | 4,195.91 | 9,519.35 |
| Rental Expenses | 2,077.36 | 2,302.24 | 4,379.60 |
| Transfers | 50.00 | 0.00 | 50.00 |
| **Total Expense** | 9,294.12 | 6,861.18 | 16,155.30 |
| **Net Ordinary Income** | 363.47 | 3,580.29 | 3,943.76 |
| **Net Income** | 363.47 | 3,580.29 | 3,943.76 |

Case 2:16-bk-11585-SHG    Doc 143    Filed 03/24/17    Entered 03/24/17 11:34:12    Desc
Main Document    Page 4 of 22

## Pandi
## Transaction Detail By Account
### October 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **Rental Income** | | | | | | | | | | |
| Deposit | 10/03/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 2,135.23 | 2,135.23 |
| Deposit | 10/06/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 873.90 | 3,009.13 |
| Deposit | 10/06/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 1,567.20 | 4,576.33 |
| Deposit | 10/19/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 1,426.40 | 6,002.73 |
| Deposit | 10/20/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 783.60 | 6,786.33 |
| Deposit | 10/27/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 1,042.86 | 7,829.19 |
| Deposit | 10/27/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 1,828.40 | 9,657.59 |
| **Total Rental Income** | | | | | | | | 0.00 | 9,657.59 | 9,657.59 |
| **Amazon Business** | | | | | | | | | | |
| Check | 10/05/2016 | | Aliexpress | | Alliance ... | | Cash - Allianc... | 11.64 | | -11.64 |
| Check | 10/12/2016 | | Amazon | | Alliance ... | | Cash - Allianc... | 23.49 | | -35.13 |
| Check | 10/27/2016 | | Go Daddy | | Alliance ... | | Cash - Allianc... | 36.51 | | -71.64 |
| Check | 10/28/2016 | | Amazon | | Alliance ... | | Cash - Allianc... | 6.99 | | -78.63 |
| Check | 10/28/2016 | | ARC Air Logistics | | Alliance ... | | Cash - Allianc... | 1,764.69 | | -1,843.32 |
| **Total Amazon Business** | | | | | | | | 1,843.32 | 0.00 | -1,843.32 |
| **Personal** | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | |
| Check | 10/03/2016 | | Cop Parking | | Alliance ... | | Cash - Allianc... | 3.00 | | -3.00 |
| Check | 10/11/2016 | | QT | | Alliance ... | | Cash - Allianc... | 38.47 | | -41.47 |
| Check | 10/11/2016 | | Chevron | | Alliance ... | | Cash - Allianc... | 48.58 | | -90.05 |
| **Total Automobile Expense** | | | | | | | | 90.05 | 0.00 | -90.05 |
| **Bank Service Charges** | | | | | | | | | | |
| Deposit | 10/03/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 3.00 | 3.00 |
| Deposit | 10/07/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 3.00 | 6.00 |
| Deposit | 10/11/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 3.00 | 9.00 |
| Deposit | 10/11/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 4.00 | 13.00 |
| Check | 10/21/2016 | | Alliance Bank | | Alliance ... | | Cash - Allianc... | 5.00 | | 8.00 |
| Check | 10/24/2016 | | Alliance Bank | | Alliance ... | | Cash - Allianc... | 5.00 | | 3.00 |
| Check | 10/25/2016 | | Alliance Bank | | Alliance ... | | Cash - Allianc... | 3.00 | | 0.00 |
| Deposit | 10/28/2016 | | | Deposit | Alliance ... | | Cash - Allianc... | | 13.00 | 13.00 |
| **Total Bank Service Charges** | | | | | | | | 13.00 | 26.00 | 13.00 |
| **Cash Withdrawals** | | | | | | | | | | |
| Check | 10/03/2016 | | ATM | | Alliance ... | | Cash - Allianc... | 103.00 | | -103.00 |
| Check | 10/04/2016 | 9999 | Steve Pandi | | Alliance ... | | Cash - Allianc... | 1,956.00 | | -2,059.00 |
| Check | 10/13/2016 | | ATM | | Alliance ... | | Cash - Allianc... | 203.00 | | -2,262.00 |
| Check | 10/24/2016 | | ATM | | Alliance ... | | Cash - Allianc... | 440.00 | | -2,702.00 |
| Check | 10/25/2016 | | ATM | | Alliance ... | | Cash - Allianc... | 600.00 | | -3,302.00 |
| **Total Cash Withdrawals** | | | | | | | | 3,302.00 | 0.00 | -3,302.00 |

**Pandi**

**Transaction Detail By Account**

October 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Food** | | | | | | | | | | |
| Check | 10/07/2016 | | Bashas | | Alliance ... | | Cash - Allianc... | 58.76 | | -58.76 |
| Check | 10/11/2016 | | McDonalds | | Alliance ... | | Cash - Allianc... | 23.73 | | -82.49 |
| Check | 10/12/2016 | | AJs | | Alliance ... | | Cash - Allianc... | 21.74 | | -104.23 |
| Check | 10/25/2016 | | Fridays | | Alliance ... | | Cash - Allianc... | 15.79 | | -120.02 |
| Check | 10/25/2016 | | Miami Food | | Alliance ... | | Cash - Allianc... | 39.35 | | -159.37 |
| **Total Food** | | | | | | | | 159.37 | 0.00 | -159.37 |
| **Health Expenses** | | | | | | | | | | |
| Check | 10/03/2016 | | Valley Medical Wel... | | Alliance ... | | Cash - Allianc... | 67.90 | | -67.90 |
| Check | 10/03/2016 | | Ageless Men | | Alliance ... | | Cash - Allianc... | 240.00 | | -307.90 |
| Check | 10/12/2016 | | European Wax Cen... | | Alliance ... | | Cash - Allianc... | 70.00 | | -377.90 |
| Check | 10/12/2016 | | North Valley Derma... | | Alliance ... | | Cash - Allianc... | 75.00 | | -452.90 |
| Check | 10/12/2016 | | European Wax Cen... | | Alliance ... | | Cash - Allianc... | 53.00 | | -505.90 |
| Check | 10/14/2016 | | European Wax Cen... | | Alliance ... | | Cash - Allianc... | 68.00 | | -573.90 |
| Check | 10/27/2016 | | EOS Fitness | | Alliance ... | | Cash - Allianc... | 24.53 | | -598.43 |
| **Total Health Expenses** | | | | | | | | 598.43 | 0.00 | -598.43 |
| **Other** | | | | | | | | | | |
| Check | 10/06/2016 | | Dollar Learning Fo... | | Alliance ... | | Cash - Allianc... | 14.99 | | -14.99 |
| Check | 10/11/2016 | | Macy's | | Alliance ... | | Cash - Allianc... | 245.75 | | -260.74 |
| **Total Other** | | | | | | | | 260.74 | 0.00 | -260.74 |
| **Travel Expense** | | | | | | | | | | |
| Check | 10/25/2016 | | American Airlines | | Alliance ... | | Cash - Allianc... | 60.00 | | -60.00 |
| Check | 10/25/2016 | | Foxy S Tamarind | | Alliance ... | | Cash - Allianc... | 66.00 | | -126.00 |
| Check | 10/27/2016 | | Foxy S Retail | | Alliance ... | | Cash - Allianc... | 33.00 | | -159.00 |
| Check | 10/28/2016 | | One Travel | | Alliance ... | | Cash - Allianc... | 39.95 | | -198.95 |
| **Total Travel Expense** | | | | | | | | 198.95 | 0.00 | -198.95 |
| **Utilities** | | | | | | | | | | |
| Check | 10/12/2016 | | SRP | | Alliance ... | | Cash - Allianc... | 726.90 | | -726.90 |
| **Total Utilities** | | | | | | | | 726.90 | 0.00 | -726.90 |
| **Total Personal** | | | | | | | | 5,349.44 | 26.00 | -5,323.44 |

# Pandi
## Transaction Detail By Account
### October 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **Rental Expenses** | | | | | | | | | | |
| Check | 10/03/2016 | | Home Depot | | Alliance ... | | Cash - Allianc... | 65.39 | | -65.39 |
| Check | 10/03/2016 | | Home Depot | | Alliance ... | | Cash - Allianc... | 38.10 | | -103.49 |
| Check | 10/05/2016 | | EJS Auction | | Alliance ... | | Cash - Allianc... | 32.21 | | -135.70 |
| Check | 10/07/2016 | | ATM | Housecleaners | Alliance ... | | Cash - Allianc... | 203.00 | | -338.70 |
| Check | 10/11/2016 | | ATM | Maintenance | Alliance ... | | Cash - Allianc... | 343.00 | | -681.70 |
| Check | 10/11/2016 | | ATM | Maintenance | Alliance ... | | Cash - Allianc... | 344.00 | | -1,025.70 |
| Check | 10/21/2016 | | ATM | Pool mainten... | Alliance ... | | Cash - Allianc... | 460.00 | | -1,485.70 |
| Check | 10/25/2016 | | Direct TV | | Alliance ... | | Cash - Allianc... | 320.00 | | -1,805.70 |
| Check | 10/26/2016 | | Landscape Lighting | | Alliance ... | | Cash - Allianc... | 69.91 | | -1,875.61 |
| Check | 10/28/2016 | | NV Energy | | Alliance ... | | Cash - Allianc... | 200.00 | | -2,075.61 |
| Check | 10/28/2016 | | NV Energy | | Alliance ... | | Cash - Allianc... | 1.75 | | -2,077.36 |
| **Total Rental Expenses** | | | | | | | | 2,077.36 | 0.00 | -2,077.36 |
| **Transfers** | | | | | | | | | | |
| Check | 10/31/2016 | | Transfer | Transfer to a... | Alliance ... | | Cash - Allianc... | 50.00 | | -50.00 |
| **Total Transfers** | | | | | | | | 50.00 | 0.00 | -50.00 |
| **TOTAL** | | | | | | | | 9,320.12 | 9,683.59 | 363.47 |

3:21 PM

03/23/17

Accrual Basis

Pandi

**Transaction Detail By Account**

October 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **Amazon Income** | | | | | | | | | | |
| Deposit | 10/03/2016 | | Amazon | FDOC.JWFP... | Chase | | Cash - Chase | | 62.98 | 62.98 |
| Deposit | 10/03/2016 | | Amazon | FGMLBKVH... | Chase | | Cash - Chase | | 3,309.30 | 3,372.28 |
| Deposit | 10/03/2016 | | Chase Quickpay | er 57006288... | Chase | | Cash - Chase | | 250.00 | 3,622.28 |
| Deposit | 10/17/2016 | | Amazon | DBMX8PGB... | Chase | | Cash - Chase | | 84.53 | 3,706.81 |
| Deposit | 10/17/2016 | | Amazon | EDFGNDD3. | Chase | | Cash - Chase | | 3,088.38 | 6,795.19 |
| Deposit | 10/31/2016 | | Amazon | UH0O9SWL... | Chase | | Cash - Chase | | 137.53 | 6,932.72 |
| Deposit | 10/31/2016 | | Amazon | YPXFQFQU9... | Chase | | Cash - Chase | | 3,508.75 | 10,441.47 |
| **Total Amazon Income** | | | | | | | | 0.00 | 10,441.47 | 10,441.47 |
| **Amazon Business** | | | | | | | | | | |
| Check | 10/04/2016 | | Amazon | LL WA      1... | Chase | | Cash - Chase | 39.23 | | -39.23 |
| Check | 10/04/2016 | | Amazon | LL WA      1... | Chase | | Cash - Chase | 70.62 | | -109.85 |
| Check | 10/05/2016 | | Neway Packaging | 0 CA      10... | Chase | | Cash - Chase | 176.69 | | -286.54 |
| Check | 10/06/2016 | | Aliexpress | 10/05 | Chase | | Cash - Chase | 18.97 | | -305.51 |
| Check | 10/06/2016 | | Amazon | LL WA      1... | Chase | | Cash - Chase | 16.52 | | -322.03 |
| Check | 10/06/2016 | | Amazon | LL WA      1... | Chase | | Cash - Chase | 18.41 | | -340.44 |
| Check | 10/06/2016 | | Amazon | LL WA      1... | Chase | | Cash - Chase | 22.59 | | -363.03 |
| **Total Amazon Business** | | | | | | | | 363.03 | 0.00 | -363.03 |
| **Personal** | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | |
| Check | 10/03/2016 | | Shell | 10/02 | Chase | | Cash - Chase | 35.10 | | -35.10 |
| Check | 10/27/2016 | | Chevron | 10/26 | Chase | | Cash - Chase | 9.98 | | -45.08 |
| Check | 10/27/2016 | | Chevron | 10/26 | Chase | | Cash - Chase | 49.44 | | -94.52 |
| **Total Automobile Expense** | | | | | | | | 94.52 | 0.00 | -94.52 |
| **Bank Service Charges** | | | | | | | | | | |
| Check | 10/05/2016 | | Chase | SEPTEMBER | Chase | | Cash - Chase | 104.00 | | -104.00 |
| **Total Bank Service Charges** | | | | | | | | 104.00 | 0.00 | -104.00 |
| **Cash Withdrawals** | | | | | | | | | | |
| Check | 10/03/2016 | | ATM | 144780  10/0... | Chase | | Cash - Chase | 163.00 | | -163.00 |
| Check | 10/03/2016 | | ATM | 181549  10/0... | Chase | | Cash - Chase | 403.00 | | -566.00 |
| Check | 10/06/2016 | | ATM | 009044  10/0... | Chase | | Cash - Chase | 500.00 | | -1,066.00 |
| Check | 10/19/2016 | | ATM | 056554  10/1... | Chase | | Cash - Chase | 305.00 | | -1,371.00 |
| Check | 10/21/2016 | | ATM | 057211  10/2... | Chase | | Cash - Chase | 405.00 | | -1,776.00 |
| Check | 10/24/2016 | | ATM | 000328  10/2... | Chase | | Cash - Chase | 500.00 | | -2,276.00 |
| **Total Cash Withdrawals** | | | | | | | | 2,276.00 | 0.00 | -2,276.00 |

# Pandi
# Transaction Detail By Account
## October 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Food** | | | | | | | | | | |
| Check | 10/05/2016 | | Bashas | 10/05 Purcha... | Chase | | Cash - Chase | 153.87 | | -153.87 |
| Check | 10/06/2016 | | Dominos | AZ 10/06 | Chase | | Cash - Chase | 36.62 | | -190.49 |
| Check | 10/19/2016 | | Big Bamboo | 10/17 | Chase | | Cash - Chase | 108.00 | | -298.49 |
| Check | 10/20/2016 | | Starfish Market | 10/18 | Chase | | Cash - Chase | 196.87 | | -495.36 |
| Check | 10/20/2016 | | The Longboard | 10/18 | Chase | | Cash - Chase | 67.00 | | -562.36 |
| Check | 10/24/2016 | | Pig and Rooster | 10/20 | Chase | | Cash - Chase | 50.00 | | -612.36 |
| Check | 10/24/2016 | | The Beach Bar | 10/21 | Chase | | Cash - Chase | 100.00 | | -712.36 |
| Check | 10/25/2016 | | Starfish Market | 10/21 | Chase | | Cash - Chase | 164.26 | | -876.62 |
| Check | 10/27/2016 | | Quiznos | 10/25 | Chase | | Cash - Chase | 20.09 | | -896.71 |
| Check | 10/31/2016 | | Bashas | 10/31 | Chase | | Cash - Chase | 63.68 | | -960.39 |
| **Total Food** | | | | | | | | 960.39 | 0.00 | -960.39 |
| **Health Expenses** | | | | | | | | | | |
| Check | 10/06/2016 | | North Valley Ent | 10/05 | Chase | | Cash - Chase | 290.00 | | -290.00 |
| Check | 10/20/2016 | | Ageless Men | AZ 10/18 | Chase | | Cash - Chase | 240.00 | | -530.00 |
| Check | 10/24/2016 | | The Beauty Lounge | 10/20 | Chase | | Cash - Chase | 155.00 | | -685.00 |
| Check | 10/28/2016 | | Ageless Men | AZ 10/26 | Chase | | Cash - Chase | 15.00 | | -700.00 |
| **Total Health Expenses** | | | | | | | | 700.00 | 0.00 | -700.00 |
| **Travel Expense** | | | | | | | | | | |
| Check | 10/21/2016 | | Duty Free | 10/19 | Chase | | Cash - Chase | 61.00 | | -61.00 |
| **Total Travel Expense** | | | | | | | | 61.00 | 0.00 | -61.00 |
| **Total Personal** | | | | | | | | 4,195.91 | 0.00 | -4,195.91 |
| **Rental Expenses** | | | | | | | | | | |
| Check | 10/04/2016 | | APS | 05 AZ 1... | Chase | | Cash - Chase | 552.95 | | -552.95 |
| Check | 10/04/2016 | | Direct TV | CA 10/04 | Chase | | Cash - Chase | 313.76 | | -866.71 |
| Check | 10/05/2016 | | Cox | 00 AZ 1... | Chase | | Cash - Chase | 126.23 | | -992.94 |
| Check | 10/05/2016 | | Landscape Lighting | 00 FL 10... | Chase | | Cash - Chase | 69.91 | | -1,062.85 |
| Check | 10/07/2016 | | Direct TV | CA 10/07 | Chase | | Cash - Chase | 112.79 | | -1,175.64 |
| Check | 10/11/2016 | | APS | 05 AZ 1... | Chase | | Cash - Chase | 362.95 | | -1,538.59 |
| Check | 10/11/2016 | | AT&T | X 10/10 | Chase | | Cash - Chase | 580.00 | | -2,118.59 |
| Check | 10/27/2016 | | City Services | 90 AZ 1... | Chase | | Cash - Chase | 183.65 | | -2,302.24 |
| **Total Rental Expenses** | | | | | | | | 2,302.24 | 0.00 | -2,302.24 |
| **TOTAL** | | | | | | | | 6,861.18 | 10,441.47 | 3,580.29 |

Page 2

# Alliance Bank
## of ARIZONA
PO Box 26237 • Las Vegas, NV 89126-0237

**CITYSCAPE**
**ONE EAST WASHINGTON ST**
**PHOENIX AZ 85004**
**602-629-1776**
Page    1 of 4

www.alliancebankofarizona.com



STEVE PANDI
CH 11 DIP CASE# 2:15-BK-08302
6940 W VOLTAIRE AVE
PEORIA AZ 85381

## SUMMARY OF ACCOUNTS

|  | Account Number | Balance |
|---|---|---|
| PREMIER CHECKING ACCOUNT | ****7022 | 15.46 |
| Total: |  | 15.46 |

## PREMIER CHECKING ACCOUNT

| | |
|---|---|
| LAST STATEMENT 09/28/16 | 1,050.66 |
| 8 CREDITS | 4,592.33 |
| 30 DEBITS | 5,627.53 |
| THIS STATEMENT 10/14/16 | 15.46 |

## OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/29 | WESTERN ALLIANCE BANK SURCHARGE REBATE 5056 | 3.00 |
| 10/03 | WESTERN ALLIANCE BANK SURCHARGE REBATE 5056 | 3.00 |
| 10/03 | HOMEAWAY REMITTANCE 7992161:75 | 2,135.23 |
| 10/06 | HOMEAWAY REMITTANCE 8020598:75 | 873.90 |
| 10/06 | HOMEAWAY REMITTANCE 8020276:75 | 1,567.20 |
| 10/07 | WESTERN ALLIANCE BANK SURCHARGE REBATE 5056 | 3.00 |
| 10/11 | WESTERN ALLIANCE BANK SURCHARGE REBATE 5056 | 3.00 |
| 10/11 | WESTERN ALLIANCE BANK SURCHARGE REBATE 5056 | 4.00 |

## CHECKS

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9999 | 10/04 | 1,956.00 | | | | | | |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/29 | MERCHANT PAYMENT LOWE'S #1117 8497 WEST THUNDERBIRD R PEORIA AZ 5056 | 59.43 |
| 09/29 | Purchase ADT SECURITY*C:MMB1100 800-ADTASAP FL 5056 | 150.00 |
| 09/29 | CASH WITHDRAWAL 7525 W THUNDERBIRD PEORIA AZ 5056 | 243.00 |
| 09/30 | MERCHANT PAYMENT BASHAS' #120 7586 W. THUNDERBIRD PEORIA AZ 5056 | 96.45 |
| 10/03 | Purchase COP PARKING METER PHOENIX AZ 5056 | 3.00 |

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED

*Consumer Revolving Lines of Credit* – We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect any amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION** – We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

ABAK DDA 05/16

Member FDIC    EQUAL HOUSING LENDER

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 10/03 | Purchase THE HOME DEPOT #0459 GLENDALE AZ 5056 | 65.39 |
| 10/03 | Purchase VALLEY MEDICAL WEIGHT LOS PHOENIX AZ 5056 | 67.90 |
| 10/03 | CASH WITHDRAWAL 7525 W THUNDERBIRD PEORIA AZ 5056 | 103.00 |
| 10/03 | Purchase AGELESS MEN'S HEALTH AZ GLENDALE AZ 5056 | 240.00 |
| 10/04 | Purchase THE HOME DEPOT #0459 PEORIA AZ 5056 | 38.10 |
| 10/05 | Purchase ALIEXPRESS 408-748-1200 DE 5056 | 11.64 |
| 10/05 | Purchase EJS AUCTION & CONSIGNMENT GLENDALE AZ 5056 | 32.21 |
| 10/06 | Purchase Dollar Learning Founda 877-366-6070 CA 5056 | 14.99 |
| 10/07 | MERCHANT PAYMENT BASHAS' #120 7586 W. THUNDERBIRD PEORIA AZ 5056 | 58.76 |
| 10/07 | CASH WITHDRAWAL 7586 W. THUNDERBIR PEORIA AZ 5056 | 203.00 |
| 10/11 | Purchase MCDONALD'S F26394 PHOENIX AZ 5056 | 23.73 |
| 10/11 | Purchase QT 430 05004304 PEORIA AZ 5056 | 38.47 |
| 10/11 | Purchase CHEVRON 0207333 GLENDALE AZ 5056 | 48.58 |
| 10/11 | MERCHANT PAYMENT MACY'S 452 7600 W ARROWHEAD GLENDALE AZ 5056 | 245.75 |
| 10/11 | CASH WITHDRAWAL ARROWHEAD-MAL GLENDALE AZ 5056 | 343.00 |
| 10/11 | CASH WITHDRAWAL 13950 NORTH 75TH AVENUE PEORIA AZ 5056 | 344.00 |
| 10/12 | MERCHANT PAYMENT AJ'S #117 20050 N .67 AVE. GLENDALE AZ 5056 | 21.74 |
| 10/12 | Purchase EUROPEAN WAX CENTER ARR GLENDALE AZ 5056 | 70.00 |
| 10/12 | Purchase NORTH VALLEY DERMATOLOGY PEORIA AZ 5056 | 75.00 |
| 10/12 | Purchase SRP-POWER-DIST-PAYMENT 602-236-8888 AZ 5056 | 726.90 |
| 10/13 | Purchase AMAZON MKTPLACE PMTS AMZN.COM/BILL WA 5056 | 23.49 |
| 10/13 | Purchase EUROPEAN WAX CENTER ARR GLENDALE AZ 5056 | 53.00 |
| 10/13 | CASH WITHDRAWAL 67TH-BELL GLENDALE AZ 5056 | 203.00 |
| 10/14 | Purchase EUROPEAN WAX CENTER ARR GLENDALE AZ 5056 | 68.00 |

## INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | .00 | INTEREST EARNED: | .00 |
| INTEREST PAID THIS PERIOD: | .00 | DAYS IN PERIOD: | |
| | | ANNUAL PERCENTAGE YIELD EARNED | .00% |

| ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES | | |
|---|---|---|
| | Total for This Period | Total Year To Date |
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/29 | 601.23 | 10/05 | 125.77 | 10/12 | 362.95 |
| 09/30 | 504.78 | 10/06 | 2,551.88 | 10/13 | 83.46 |
| 10/03 | 2,163.72 | 10/07 | 2,293.12 | 10/14 | 15.46 |
| 10/04 | 169.62 | 10/11 | 1,256.59 | | |

Check # 9999  Date 10042016  Amount 1956.00



# Alliance Bank
### of ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

STEVE PANDI
CH 11 DIP CASE# 2 15-BK-08302
6940 W VOLTAIRE AVE
PEORIA AZ 85381

Last statement: October 14, 2016
This statement: October 28, 2016
Total days in statement period: 14

Page 1
XXXXXX7022
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
1 East Washington St
Phoenix AZ 85004

*THANK YOU FOR BANKING WITH US!*

## Personal Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX7022 | Beginning balance | $15.46 |
| Low balance | $15.46 | Total additions | 5,094.26 |
| Average balance | $1,028.76 | Total subtractions | 4,241.47 |
| Avg collected balance | $1,028 | Ending balance | $868.25 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-21 | ' ATM Withdrawal | 460.00 |
| | CASH WITHDRAWAL TERMINAL VIN01243 *PARCEL #6D CRUZ B AY ST. JOHN XXXXXXXXXXXX5056 10-21-16 2:58 PM | |
| 10-21 | ' ATM Surcharge | 5.00 |
| | SURCHARGE AMOUNT TERMINAL VIN01243 *PARCEL #6D CRUZ B AY ST. JOHN XXXXXXXXXXXX5056 10-21-16 2:58 PM | |
| 10-24 | ' ATM Withdrawal | 440.00 |
| | CASH WITHDRAWAL TERMINAL VIN01243 *PARCEL #6D CRUZ B AY ST. JOHN XXXXXXXXXXXX5056 10-23-16 10:39 AM | |
| 10-24 | ' ATM Surcharge | 5.00 |
| | SURCHARGE AMOUNT TERMINAL VIN01243 *PARCEL #6D CRUZ B AY ST. JOHN XXXXXXXXXXXX5056 10-23-16 10:39 AM | |
| 10-25 | ' ATM Withdrawal | 600.00 |
| | CASH WITHDRAWAL TERMINAL AZ0989 8366 W THUNDERBIRD RD PEORIA AZ XXXXXXXXXXXX5056 10-24-16 4:20 PM | |
| 10-25 | ' POS Purchase | 15.79 |
| | MERCHANT PURCHASE TERMINAL 444500 FRIDAYS_AM_BAR 08 0/ DFW AIRPO TX XXXXXXXXXXXX5056 10-23-16 | |

| Date | Description | Subtractions |
|------|-------------|--------------|
| 10-25 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 444500 G MIAMI FOOD AIRPO <br> RT MIAMI FL XXXXXXXXXXXX5056 10-23-16 | 39.35 |
| 10-25 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 471705 AMERICAN AI 001026 <br> 382416ST THOMAS AZXXXXXXXXXXXX5056 10-23-16 | 60.00 |
| 10-25 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 425969 FOXY S TAMARIND BA <br> R LID ST JOHN XX XXXXXXXXXXXX5056 10-22-16 | 66.00 |
| 10-25 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 469216 DTV DIRECTV SERVIC <br> E 800 347 3 CA XXXXXXXXXXXX5056 10-24-16 | 320.00 |
| 10-25 | ' ATM Surcharge <br> SURCHARGE AMOUNT TERMINAL AZ0989 8366 W THUNDERBIRD <br> RD PEORIA AZ XXXXXXXXXXXX5056 10-24-16 4:20 PM | 3.00 |
| 10-26 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 443105 LANDSCAPE LIGHTING <br> WORLD813 978 3 FLXXXXXXXXXXXX5056 10-25-16 | 69.91 |
| 10-27 | ' Transfer Debit <br> TRANSFER TO DEPOSIT ACCOUNT XXXXXX1245 | 50.00 |
| 10-27 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 491016 8683 EOS FITNESS <br> PEORIA AZ XXXXXXXXXXXX5056 10-25-16 | 24.53 |
| 10-27 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 425969 FOXY S RETAIL LTD <br> ST THOMAS XX XXXXXXXXXXXX5056 10-22-16 | 33.00 |
| 10-27 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 490641 DNH GODADDY COM <br> 480 50588 AZ XXXXXXXXXXXX5056 10-26-16 | 36.51 |
| 10-28 | ' A2A Pmt Debit <br> TERMINAL V001428 NV ENERGY <br> LAS VEGAS NV XXXXXXXXXXXX5056 10-27-16 6:43 PM | 200.00 |
| 10-28 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPLACE PM <br> TS AMZN COM WA XXXXXXXXXXXX5056 10-28-16 | 6.99 |
| 10-28 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 469216 ONETRAVEL COM AIR <br> ONETRAVEL NV XXXXXXXXXXXX5056 10-28-16 | 39.95 |
| 10-28 | ' POS Purchase <br> MERCHANT PURCHASE TERMINAL 443106 ARC AIR LOGISTICS <br> INC 310 426 9 CA XXXXXXXXXXXX5056 10-27-16 | 1,764.69 |
| 10-28 | ' ATM Surcharge <br> TERMINAL V001428 NV ENERGY <br> LAS VEGAS NV XXXXXXXXXXXX5056 10-27-16 6:43 PM | 1.75 |

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 10-19 | ' ACH Credit | 1,426.40 |
|  | HOMEAWAY REMITTANCE 161018 |  |
|  | 8108058:75 |  |
| 10-20 | ' ACH Credit | 783.60 |
|  | HOMEAWAY REMITTANCE 161019 |  |
|  | 8117632:75 |  |
| 10-27 | ' ACH Credit | 1,042.86 |
|  | HOMEAWAY REMITTANCE 161026 |  |
|  | 8166291:75 |  |
| 10-27 | ' ACH Credit | 1,828.40 |
|  | HOMEAWAY REMITTANCE 161026 |  |
|  | 8166022:75 |  |
| 10-28 | ' Credit | 13.00 |
|  | ATM SURCHARGE CR |  |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-14 | 15.46 | 10-21 | 1,760.46 | 10-26 | 141.41 |
| 10-19 | 1,441.86 | 10-24 | 1,315.46 | 10-27 | 2,868.63 |
| 10-20 | 2,225.46 | 10-25 | 211.32 | 10-28 | 868.25 |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

To Reconcile Your Checking Account:
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An '*' on your statement indicates a break in check sequence.
3. List checks not accounted for in the section entitled "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

## IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original check will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statement or change the time limit for notifying us of any errors.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 173-2265 or E-mail us at returns@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared in your letter.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 10 business days for a new account, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED

Revolving Line of Credit- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.
The Annual Percentage Rate and Daily Periodic Rate may vary.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think there is an error on your statement, write to us at Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question, may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

NOTICE OF FURNISHING NEGATIVE INFORMATION-We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

DIRECT DEPOSITS-If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 173-2265 to find out if the deposit has been made.

Member FDIC 



**CHASE** ⬭

JPMorgan Chase Bank, N.A
P O Box 659754
San Antonio, TX 78265 - 9754

October 01, 2016 through October 31, 2016

Account Number: **000000787353536**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



ll..l.l..l.ll.ll..l.l.l..ll.ll..ll..l.ll.l....lll
00014307 DRE 601 142 30816 NNNNNNNNNNN T 1 000000000 D2 0000

STEVE PANDI
DBA ABDL - SUPPLY
21229 N 52ND AVE
GLENDALE AZ 85308-9366

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$6.29** |
| Deposits and Additions | 7 | 10,441.47 |
| ATM & Debit Card Withdrawals | 39 | - 6,757.18 |
| Fees | 1 | - 104.00 |
| **Ending Balance** | **47** | **$3,586.58** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Amznitrqrzku   Marketplac K31Rfgmlbkvhgc9 CCD ID: 3215240102 | $3,309.30 |
| 10/03 | Chase Quickpay Electronic Transfer 5700628866 From Adultonesia, LLC | 250.00 |
| 10/03 | Amznitr11Zlt   Marketplac E7Lbfdocjwfpvpu CCD ID: 2810624246 | 62.98 |
| 10/17 | Amzniubgxtz4   Marketplac Wp5Oedfgndd3Uae CCD ID: 3215240102 | 3,088.38 |
| 10/17 | Amzniub17Wrz   Marketplac Xmw1Dbmxbpgbceo CCD ID: 2810624246 | 84.53 |
| 10/31 | Amzniuvr3Stg   Marketplac Qbrjypxfqfqj9M3 CCD ID: 3215240102 | 3,508.75 |
| 10/31 | Amzniuv1Dtwq   Marketplac Wkgruho09Swlesq CCD ID: 2810624246 | 137.53 |
| **Total Deposits and Additions** | | **$10,441.47** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Non-Chase ATM Withdraw  10/01 7525 W Thunderbird Peoria AZ Card 8183 | $163.00 |
| 10/03 | Card Purchase       10/02 Shell Oil 57442495602 Peoria AZ Card 8183 | 35.10 |
| 10/03 | Non-Chase ATM Withdraw  10/03 7525 W Thunderbird Peoria AZ Card 8183 | 403.00 |
| 10/04 | Card Purchase       10/03 Arizona Publicsrvezpa 800-253-9405 AZ Card 8183 | 552.95 |
| 10/04 | Card Purchase       10/03 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8183 | 39.23 |
| 10/04 | Card Purchase       10/04 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8183 | 70.62 |
| 10/04 | Card Purchase       10/04 Dtv*Directv Service 800-347-3288 CA Card 8183 | 313.76 |
| 10/05 | Card Purchase       10/04 Landscape Lighting Wo 813-978-3700 FL Card 8183 | 69.91 |
| 10/05 | Card Purchase       10/04 Neway Packaging Corp 310-898-3400 CA Card 8183 | 176.69 |
| 10/05 | Card Purchase       10/05 Cox*Phoenix Comm Serv 602-277-1000 AZ Card 8183 | 126.23 |
| 10/05 | Card Purchase W/Cash   10/05 Bashas' #120 Peoria AZ Card 8183 Purchase $53.87 Cash Back $100.00 | 153.87 |
| 10/06 | Card Purchase       10/05 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8183 | 16.52 |

Page 1 of 4



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/06 | Card Purchase | 10/05 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8183 | 18.41 |
| 10/06 | Card Purchase | 10/05 Aliexpress 408-748-1200 DE Card 8183 | 18.97 |
| 10/06 | Card Purchase | 10/05 Amazon Mkiplace Pmts Amzn.Com/Bill WA Card 8183 | 22.59 |
| 10/06 | Card Purchase | 10/05 North Valley Ent Phoenix AZ Card 8183 | 290.00 |
| 10/06 | Card Purchase | 10/06 Domino's Pizza 7662 734-930-3030 AZ Card 8183 | 36.62 |
| 10/06 | ATM Withdrawal | 10/06 8366 W Thunderbird Rd Peoria AZ Card 8183 | 500.00 |
| 10/07 | Card Purchase | 10/07 Dtv*Directv Service 800-347-3288 CA Card 8183 | 112.79 |
| 10/11 | Card Purchase | 10/07 Arizona Publicsrvezpa 800-253-9405 AZ Card 8183 | 362.95 |
| 10/11 | Card Purchase | 10/10 AT&T*Bill Payment 800-331-0500 TX Card 8183 | 580.00 |
| 10/19 | Card Purchase | 10/17 Big Bamboo Tortola Card 8183 | 108.00 |
| 10/19 | Non-Chase ATM Withdraw | 10/19 *Parcel #6D Cruz Bay St. John Card 8183 | 305.00 |
| 10/20 | Card Purchase | 10/18 Ageless Men`S Health AZ Glendale AZ Card 8183 | 240.00 |
| 10/20 | Card Purchase | 10/18 Starfish Market St John Card 8183 | 196.87 |
| 10/20 | Card Purchase | 10/18 The Longboard St John Card 8183 | 67.00 |
| 10/21 | Card Purchase | 10/19 Duty Free Slt Branch 340-6263039 Card 8183 | 61.00 |
| 10/21 | Non-Chase ATM Withdraw | 10/21 *Parcel #6D Cruz Bay St. John Card 8183 | 405.00 |
| 10/24 | Card Purchase | 10/21 The Beach Bar 340-777-4220 Card 8183 | 100.00 |
| 10/24 | Card Purchase | 10/20 The Beauty Lounge St. John Card 8183 | 155.00 |
| 10/24 | Card Purchase | 10/20 Pig And Rooster 340-7766638 Card 8183 | 50.00 |
| 10/24 | ATM Withdrawal | 10/24 8366 W Thunderbird Rd Peoria AZ Card 8183 | 500.00 |
| 10/25 | Card Purchase | 10/21 Starfish Market St John Card 8183 | 164.26 |
| 10/27 | Card Purchase | 10/25 Quiznos #5538 Phoenix AZ Card 8183 | 20.09 |
| 10/27 | Card Purchase | 10/26 Chevron 0209456 Glendale AZ Card 8183 | 9.98 |
| 10/27 | Card Purchase | 10/26 Chevron 0209456 Glendale AZ Card 8183 | 49.44 |
| 10/27 | Card Purchase | 10/26 City Services Glendal 623-930-3190 AZ Card 8183 | 183.65 |
| 10/28 | Card Purchase | 10/26 Ageless Men`S Health AZ Glendale AZ Card 8183 | 15.00 |
| 10/31 | Card Purchase With Pin | 10/31 Bashas' #120 Peoria AZ Card 8183 | 63.68 |

**Total ATM & Debit Card Withdrawals** **$6,757.18**

## ATM & DEBIT CARD SUMMARY

Steve Pandi  Card 8183

| | |
|---|---|
| Total ATM Withdrawals & Debits | $2,276.00 |
| Total Card Purchases | $4,481.18 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $2,276.00 |
| Total Card Purchases | $4,481.18 |
| Total Card Deposits & Credits | $0.00 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Service Charges For The Month of September | $104.00 |

**Total Fees** **$104.00**

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $626.00.





## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/03 | $3,027.47 | 10/11 | -538.64 | 10/24 | 446.40 |
| 10/04 | 2,050.91 | 10/17 | 2,634.27 | 10/25 | 282.14 |
| 10/05 | 1,420.21 | 10/19 | 2,221.27 | 10/27 | 18.98 |
| 10/06 | 517.10 | 10/20 | 1,717.40 | 10/28 | 3.98 |
| 10/07 | 404.31 | 10/21 | 1,251.40 | 10/31 | 3,586.58 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $20.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $34.00 |
| **Total Service Charges** | **$54.00**  Will be assessed on 11/3/16 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 39 |
| Deposits / Credits | 6 |
| Deposited Items | 0 |
| **Total Transactions** | **45** |

Chase Performance Business Checking allows up to 350 checks, deposits, and deposited items per statement cycle.
Your transaction total for this cycle was 45.

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** 000000787353536 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 45 | 350 | 0 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$20.00** |
| **Other Fees** | | | | | |
| ATM - Non Chase Withdrawal | 4 | 0 | 4 | $0.00 | $0.00 |
| Insufficient Funds/Overdraft Item Paid | 1 | 0 | 1 | $34.00 | $34.00 |
| **Total Service Charge (Will be assessed on 11/3/16)** | | | | | **$54.00** |
| **ACCOUNT** 000000787353536 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 45 | | | | |
| ATM - Non Chase Withdrawal | 4 | | | | |
| Insufficient Funds/Overdraft Item Paid | 1 | | | | |

Case 2:16-bk-11585-SHG   Doc 143   Filed 03/24/17   Entered 03/24/17 11:34:12   Desc
Main Document      Page 21 of 22



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC