# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:   ) CASE NO. 2:16-bk011585-SHG

STEVE PANDI and ) **INDIVIDUAL DEBTOR ENGAGED IN**
EILEEN A QUEZADA, ) **BUSINESS MONTHLY REPORT**

) MONTH OF _Dec. 2016_

) DATE PETITION FILED: 10/7/2016

Debtor(s) ) TAX PAYER ID NO.: xxx-xx-3663

Nature of Debtor's Business: residential real estate rentals; on-line retail sale of adult diapers
Nature of Co-Debtor's Business: residential real estate rentals; on-line retail sale of adult diapers

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED ~~12/31/2016~~ 1/5/2017
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED ~~12/31/2016~~ 1/5/2017

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_[signature]_
ORIGINAL SIGNATURE OF DEBTOR                                  ORIGINAL SIGNATURE OF CO-DEBTOR

Steve Pandi
PRINTED NAME OF DEBTOR                                        PRINTED NAME OF CO-DEBTOR

03-22-2017
DATE                                                          DATE

PREPARER:

_[signature]_                                                 certified public accountant
ORIGINAL SIGNATURE OF PREPARER                                TITLE

Kevin A. Marshall, CPA
PRINTED NAME OF PREPARER                                      DATE

PERSON TO CONTACT REGARDING THIS REPORT:                      Steve Pandi

PHONE NUMBER:                                                 (602) 465-0654

ADDRESS:                                                      6940 W Voltaire Ave, Peoria AZ 85381

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | Alliance | Wells | Chase | | | |
| | 1245 | 1775 | 787353536 | | | |
| Balance at Beginning of Period | -168.82 | | 225.58 | | | 56.76 |
| **RECEIPTS** | | | | | | |
| Wages - Debtor | | | | | | |
| Wages - Co-Debtor | | | | | | |
| Loans and Advances | | | | | | |
| Sale of Assets | | | | | | |
| Gifts (money) | | | | | | |
| Transfers from Other DIP Accounts | | 300 | | | | 300 |
| Other (attach list) | 2401.29 | | 7466.72 | | | 9868.01 |
| **TOTAL RECEIPTS** | 2401.29 | 300 | 7466.72 | | | 10168.01 |
| **TOTAL DISBURSEMENTS** | 2232.47 | 241.98 | 7653.97 | | | 10128.42 |
| **Balance at End of Month** | | 58.02 | 38.33 | | | 96.35 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | | Ending Balance |
|---|---|---|---|---|---|
| Name Acct # | | | | | |
| Name Acct # | | | | | |
| Name Acct # | | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 10,128.42 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | 300.00 |
| **Total Disbursements for Calculating Quarterly Fees** | 9,828.42 |

Page 2

DBA BUSINESS ENTITY

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

|  | BANK ACCOUNTS | | | | | Total |
|---|---|---|---|---|---|---|
|  | Alliance 1245 | Wells 1775 | Chase 787353536 | | | |
| Balance at Beginning of Period | -168.82 |  | 225.58 | | | 56.76 |
| **RECEIPTS** | | | | | | |
| Cash Sales | 2401.29 |  | 7466.72 | | | 9868.01 |
| Accounts Rceivable - Prepetition | | | | | | |
| Accounts Rceivable - Postpetition | | | | | | |
| Loans and Advances | | | | | | |
| Sale of Assets | | | | | | |
| Transfers from Other DIP Accounts |  | 300 | | | | 300 |
| Other (attach list) | | | | | | |
| | | | | | | |
| TOTAL RECEIPTS | 2401.29 | 300 | 7466.72 | | | 10168.01 |
| **DISBURSEMENTS** | | | | | | |
| Business - Ordinary Operations | | | | | | |
| Capitol Improvements | | | | | | |
| Pre-Petition Debt | 887.64 | | 3500 | | | 4387.64 |
| Transfers to Other DIP Accounts | 300 | | | | | 300 |
| Other (attach list) | 219.83 | 241.98 | 2830.52 | | | 3292.33 |
| Amazon Business | | | | | | |
| Rental Expenses | 825 | | 310.95 | | | 1135.95 |
| **Reorganization Expenses:** | | | | | | |
| Attorney Fees | | | 1000 | | | 1000 |
| Accountant Fees | | | | | | |
| Other Professional Fees | | | | | | |
| U. S. Trustee Quarterly Fee | | | | | | |
| Court Costs | | | 12.5 | | | 12.5 |
| | | | | | | |
| **TOTAL DISBURSEMENTS** | 2232.47 | 241.98 | 7653.97 | | | 10128.42 |
| | | | | | | |
| Balance at End of Month | | 58.02 | 38.33 | | | 96.35 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 10128.42 |
| Less: Transfers to Other DIP Accounts | 300 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | 9828.42 |

Page 4

# Pandi
## Profit & Loss
### December 2016

| | 1245 Alli... | 1775 Wells | Chase | TOTAL |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
|   Amazon Income | 0.00 | 0.00 | 7,466.72 | 7,466.72 |
|   Rental Income | 2,401.29 | 0.00 | 0.00 | 2,401.29 |
|   Transfer Income | 0.00 | 300.00 | 0.00 | 300.00 |
| **Total Income** | 2,401.29 | 300.00 | 7,466.72 | 10,168.01 |
| **Expense** | | | | |
|   Court Fees | 0.00 | 0.00 | 12.50 | 12.50 |
|   Personal | | | | |
|     Automobile Expense | 0.00 | 0.00 | 105.39 | 105.39 |
|     Bank Service Charges | 0.00 | 0.00 | 120.00 | 120.00 |
|     Cash Withdrawals | 175.00 | 140.00 | 1,522.00 | 1,837.00 |
|     Food | 23.14 | 16.39 | 298.59 | 338.12 |
|     Health Expenses | 0.00 | 85.59 | 287.03 | 372.62 |
|     Other | 21.69 | 0.00 | 496.51 | 518.20 |
|     Travel Expense | 0.00 | 0.00 | 1.00 | 1.00 |
|   **Total Personal** | 219.83 | 241.98 | 2,830.52 | 3,292.33 |
|   Pre-Petition Debt | 887.64 | 0.00 | 3,500.00 | 4,387.64 |
|   Professional Fees | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
|   Rental Expenses | 825.00 | 0.00 | 310.95 | 1,135.95 |
|   Transfers | 300.00 | 0.00 | 0.00 | 300.00 |
| **Total Expense** | 2,232.47 | 241.98 | 7,653.97 | 10,128.42 |
| **Net Ordinary Income** | 168.82 | 58.02 | -187.25 | 39.59 |
| **Net Income** | **168.82** | **58.02** | **-187.25** | **39.59** |

4:02 PM  
03/23/17  
Accrual Basis

# Pandi
## Transaction Detail By Account
### December 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rental Income** | | | | | | | | | | |
| Deposit | 12/08/2016 | | Homeaway | Deposit | 1245 Alli... | | Cash - Allianc... | | 1,358.43 | 1,358.43 |
| Deposit | 12/21/2016 | | Homeaway | Deposit | 1245 Alli... | | Cash - Allianc... | | 1,042.86 | 2,401.29 |
| Total Rental Income | | | | | | | | 0.00 | 2,401.29 | 2,401.29 |
| **Personal** | | | | | | | | | | |
| **Cash Withdrawals** | | | | | | | | | | |
| Check | 12/09/2016 | | Withdrawal | | 1245 Alli... | | Cash - Allianc... | 175.00 | | -175.00 |
| Total Cash Withdrawals | | | | | | | | 175.00 | 0.00 | -175.00 |
| **Food** | | | | | | | | | | |
| Check | 12/09/2016 | | Frys | | 1245 Alli... | | Cash - Allianc... | 23.14 | | -23.14 |
| Total Food | | | | | | | | 23.14 | 0.00 | -23.14 |
| **Other** | | | | | | | | | | |
| Deposit | 12/05/2016 | | Misc credit | Deposit | 1245 Alli... | | Cash - Allianc... | | 35.00 | 35.00 |
| Deposit | 12/05/2016 | | Misc credit | Deposit | 1245 Alli... | | Cash - Allianc... | | 35.00 | 70.00 |
| Deposit | 12/05/2016 | | Misc credit | Deposit | 1245 Alli... | | Cash - Allianc... | | 35.00 | 105.00 |
| Deposit | 12/09/2016 | | Misc credit | Deposit | 1245 Alli... | | Cash - Allianc... | | 35.00 | 140.00 |
| Check | 12/09/2016 | | Active Ride Shop | | 1245 Alli... | | Cash - Allianc... | 68.61 | | 71.39 |
| Check | 12/12/2016 | | Misc Debit | | 1245 Alli... | | Cash - Allianc... | 4.25 | | 67.14 |
| Check | 12/12/2016 | | Misc Debit | | 1245 Alli... | | Cash - Allianc... | 88.83 | | -21.69 |
| Total Other | | | | | | | | 161.69 | 140.00 | -21.69 |
| Total Personal | | | | | | | | 359.83 | 140.00 | -219.83 |
| **Pre-Petition Debt** | | | | | | | | | | |
| Check | 12/21/2016 | | Wells Fargo | BMW | 1245 Alli... | | Cash - Allianc... | 887.64 | | -887.64 |
| Total Pre-Petition Debt | | | | | | | | 887.64 | 0.00 | -887.64 |
| **Rental Expenses** | | | | | | | | | | |
| Check | 12/09/2016 | | Withdrawal | Maintenance | 1245 Alli... | | Cash - Allianc... | 450.00 | | -450.00 |
| Check | 12/09/2016 | | Withdrawal | Appliance re... | 1245 Alli... | | Cash - Allianc... | 375.00 | | -825.00 |
| Total Rental Expenses | | | | | | | | 825.00 | 0.00 | -825.00 |
| **Transfers** | | | | | | | | | | |
| Check | 12/21/2016 | | Wells Fargo | | 1245 Alli... | | Cash - Allianc... | 300.00 | | -300.00 |
| Total Transfers | | | | | | | | 300.00 | 0.00 | -300.00 |
| **TOTAL** | | | | | | | | 2,372.47 | 2,541.29 | 168.82 |

Page 1

# Pandi
## Transaction Detail By Account
### December 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Transfer Income** | | | | | | | | | | |
| Deposit | 12/28/2016 | | | Deposit | 1775 Wells | | Wells Fargo - ... | | 300.00 | 300.00 |
| **Total Transfer Income** | | | | | | | | 0.00 | 300.00 | 300.00 |
| **Personal** | | | | | | | | | | |
| **Bank Service Charges** | | | | | | | | | | |
| Deposit | 12/30/2016 | | | Deposit | 1775 Wells | | Wells Fargo - ... | 10.00 | | 10.00 |
| Check | 12/30/2016 | | Wells Fargo | | 1775 Wells | | Wells Fargo - ... | | 10.00 | 0.00 |
| **Total Bank Service Charges** | | | | | | | | 10.00 | 10.00 | 0.00 |
| **Cash Withdrawals** | | | | | | | | | | |
| Check | 12/29/2016 | | ATM | 01/18 12455 ... | 1775 Wells | | Wells Fargo - ... | 80.00 | | -80.00 |
| Check | 12/30/2016 | | ATM | | 1775 Wells | | Wells Fargo - ... | 60.00 | | -140.00 |
| **Total Cash Withdrawals** | | | | | | | | 140.00 | 0.00 | -140.00 |
| **Food** | | | | | | | | | | |
| Check | 12/30/2016 | | Starbucks | | 1775 Wells | | Wells Fargo - ... | 8.00 | | -8.00 |
| Check | 12/30/2016 | | Chipotle | | 1775 Wells | | Wells Fargo - ... | 8.39 | | -16.39 |
| **Total Food** | | | | | | | | 16.39 | 0.00 | -16.39 |
| **Health Expenses** | | | | | | | | | | |
| Check | 12/28/2016 | | GNC | | 1775 Wells | | Wells Fargo - ... | 16.34 | | -16.34 |
| Check | 12/30/2016 | | Body Building | | 1775 Wells | | Wells Fargo - ... | 69.25 | | -85.59 |
| **Total Health Expenses** | | | | | | | | 85.59 | 0.00 | -85.59 |
| **Total Personal** | | | | | | | | 251.98 | 10.00 | -241.98 |
| **TOTAL** | | | | | | | | 251.98 | 310.00 | 58.02 |

Case 2:16-bk-11585-SHG    Doc 144    Filed 03/24/17    Entered 03/24/17 11:35:32    Desc
Main Document    Page 6 of 17

4:02 PM  
03/23/17  
Accrual Basis

# Pandi
## Transaction Detail By Account
### December 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Amazon Income** | | | | | | | | | | |
| Check | 12/12/2016 | | Chase Quickpay | er 58618824... | Chase | | Cash - Chase | 250.00 | | -250.00 |
| Deposit | 12/12/2016 | | Amazon | 96KKO19LU... | Chase | | Cash - Chase | | 27.44 | -222.56 |
| Deposit | 12/12/2016 | | Amazon | 7GBTG3FYK... | Chase | | Cash - Chase | | 3,037.20 | 2,814.64 |
| Deposit | 12/27/2016 | | Amazon | SZ09VJK97... | Chase | | Cash - Chase | | 73.48 | 2,888.12 |
| Deposit | 12/27/2016 | | Amazon | 6GWKEWKZ... | Chase | | Cash - Chase | | 4,578.60 | 7,466.72 |
| **Total Amazon Income** | | | | | | | | 250.00 | 7,716.72 | 7,466.72 |
| **Court Fees** | | | | | | | | | | |
| Check | 12/01/2016 | | Courts | 11/30 | Chase | | Cash - Chase | 12.50 | | -12.50 |
| **Total Court Fees** | | | | | | | | 12.50 | 0.00 | -12.50 |
| **Personal** | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | |
| Check | 12/01/2016 | | Chevron | 12/01 | Chase | | Cash - Chase | 50.00 | | -50.00 |
| Check | 12/05/2016 | | Auto Air & Vac | NY   12/... | Chase | | Cash - Chase | 1.50 | | -51.50 |
| Check | 12/28/2016 | | Chevron | 12/28 | Chase | | Cash - Chase | 53.89 | | -105.39 |
| **Total Automobile Expense** | | | | | | | | 105.39 | 0.00 | -105.39 |
| **Bank Service Charges** | | | | | | | | | | |
| Check | 12/05/2016 | | Chase | NOVEMBER | Chase | | Cash - Chase | 120.00 | | -120.00 |
| **Total Bank Service Charges** | | | | | | | | 120.00 | 0.00 | -120.00 |
| **Cash Withdrawals** | | | | | | | | | | |
| Check | 12/14/2016 | | Macomb CC Web | | Chase | | Cash - Chase | 1,522.00 | | -1,522.00 |
| **Total Cash Withdrawals** | | | | | | | | 1,522.00 | 0.00 | -1,522.00 |
| **Food** | | | | | | | | | | |
| Check | 12/01/2016 | | Dominos | NV   11/30 | Chase | | Cash - Chase | 47.71 | | -47.71 |
| Check | 12/27/2016 | | Bashas | 12/27 | Chase | | Cash - Chase | 113.09 | | -160.80 |
| Check | 12/27/2016 | | Sprouts | 12/27 | Chase | | Cash - Chase | 39.40 | | -200.20 |
| Check | 12/30/2016 | | Postino | 12/28 | Chase | | Cash - Chase | 28.02 | | -228.22 |
| Check | 12/30/2016 | | Sumo Sushi | 12/28 | Chase | | Cash - Chase | 70.37 | | -298.59 |
| **Total Food** | | | | | | | | 298.59 | 0.00 | -298.59 |
| **Health Expenses** | | | | | | | | | | |
| Check | 12/01/2016 | | Ageless Men | AZ   11/29 | Chase | | Cash - Chase | 187.50 | | -187.50 |
| Check | 12/02/2016 | | Genrx Pharmacy | 12/01 | Chase | | Cash - Chase | 50.00 | | -237.50 |
| Check | 12/16/2016 | | EOS Fitness | 12/14 | Chase | | Cash - Chase | 49.53 | | -287.03 |
| **Total Health Expenses** | | | | | | | | 287.03 | 0.00 | -287.03 |

Page 1

# Pandi
## Transaction Detail By Account
### December 2016

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Other** | | | | | | | | | | |
| Check | 12/23/2016 | | Apple Store | 12/22 | Chase | | Cash - Chase | 196.51 | | -196.51 |
| Check | 12/29/2016 | | Chad Michaels | 12/28 | Chase | | Cash - Chase | 300.00 | | -496.51 |
| Total Other | | | | | | | | 496.51 | 0.00 | -496.51 |
| **Travel Expense** | | | | | | | | | | |
| Check | 12/02/2016 | | ABM Parking | AZ 11/... | Chase | | Cash - Chase | 1.00 | | -1.00 |
| Total Travel Expense | | | | | | | | 1.00 | 0.00 | -1.00 |
| Total Personal | | | | | | | | 2,830.52 | | -2,830.52 |
| **Pre-Petition Debt** | | | | | | | | | | |
| Check | 12/28/2016 | | Withdrawal | Mortgage | Chase | | Cash - Chase | 3,500.00 | | -3,500.00 |
| Total Pre-Petition Debt | | | | | | | | 3,500.00 | 0.00 | -3,500.00 |
| **Professional Fees** | | | | | | | | | | |
| Check | 12/13/2016 | | Andrew Ellis Law | 11 AZ 1... | Chase | | Cash - Chase | 1,000.00 | | -1,000.00 |
| Total Professional Fees | | | | | | | | 1,000.00 | 0.00 | -1,000.00 |
| **Rental Expenses** | | | | | | | | | | |
| Check | 12/28/2016 | | APS | 05 AZ 1... | Chase | | Cash - Chase | 310.95 | | -310.95 |
| Total Rental Expenses | | | | | | | | 310.95 | 0.00 | -310.95 |
| **TOTAL** | | | | | | | | 7,903.97 | 7,716.72 | -187.25 |

# Alliance Bank
## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
Return Service Requested

STEVE PANDI AND EILEEN A. QUEZADA
CHAPTER 11 BANKRUPTCY
CASE NO.: 2:16-BK-11585-SHG
6940 W VOLTAIRE AVE
PEORIA AZ 85381

Last statement: November 27, 2016
This statement: December 27, 2016
Total days in statement period: 30

Page 1
XXXXXX1245
( 1 )

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
1 East Washington St
Phoenix AZ 85004

*THANK YOU FOR BANKING WITH US!*

## Personal Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1245 | Beginning balance | $-168.82 |
| Enclosures | 1 | Total additions | 2,541.29 |
| Low balance | $-168.82 | Total subtractions | 2,372.47 |
| Average balance | $148.44 | Ending balance | $.00 |
| Avg collected balance | $148 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 12-23 | 1,187.64 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 12-09 | 'Withdrawal | 1,000.00 |
| 12-09 | 'POS Purchase | 23.14 |
| | POS PURCHASE TERMINAL 60006003 FRYS FOOD & DRUG GLENDALE AZ XXXXXXXXXXXX8454 12-08-16 6:35 PM | |
| 12-09 | 'POS Purchase | 68.61 |
| | POS PURCHASE TERMINAL 001 ACTIVE RIDE SHOP 1 035 WEST COVI CA XXXXXXXXXXXX8462 12-08-16 8:00 PM | |
| 12-12 | 'Miscellaneous Debit | 4.25 |
| 12-12 | 'Miscellaneous Debit | 88.83 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 12-05 | 'Miscellaneous Credit | 35.00 |
| 12-05 | 'Miscellaneous Credit | 35.00 |
| 12-05 | 'Miscellaneous Credit | 35.00 |
| 12-05 | 'Miscellaneous Credit | 35.00 |
| 12-08 | 'ACH Credit<br>HOMEAWAY REMITTANCE 161207<br>8443795:75 | 1,358.43 |
| 12-21 | 'ACH Credit<br>HOMEAWAY REMITTANCE 161220<br>8511892:75 | 1,042.86 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-27 | -168.82 | 12-09 | 237.86 | 12-23 | 0.00 |
| 12-05 | -28.82 | 12-12 | 144.78 | | |
| 12-08 | 1,329.61 | 12-21 | 1,187.64 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $105.00 |

*Thank you for banking with Alliance Bank Of Arizona*



12/23/2016    $1,187.64

To Reconcile Your Checking Account:
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

## IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED

Revolving Lines of Credit- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the 'daily balance' we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

The Annual Percentage Rate and Daily Periodic Rate may vary.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think there is an error on your statement, write to us at Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number
- *Dollar amount:* The dollar amount of the suspected error
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

NOTICE OF FURNISHING NEGATIVE INFORMATION- We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

DIRECT DEPOSITS- If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.



Member FDIC

**Kevin Marshall**

Subject: FW:

From: <Zachary.A.Vogel@wellsfargo.com>
Date: January 17, 2017 at 11:20:38 AM PST
To: <steve@jumpinjammerz.com>

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 12/30/2016 | MONTHLY SERVICE FEE REVERSAL | No | +10.00 | 58.02 |
| 12/30/2016 | MONTHLY SERVICE FEE | No | 10.00 | 48.02 |
| 12/30/2016 | ATM WITHDRAWAL AUTHORIZED ON 12/30 COVINA COVINA CA 0004773 ATM ID 4283L CARD 1116 | No | 60.00 | 58.02 |
| 12/30/2016 | PURCHASE AUTHORIZED ON 12/29 CHIPOTLE 1433 AZUSA CA S306364817320190 CARD 1116 | No | 8.39 | 118.02 |
| 12/30/2016 | PURCHASE AUTHORIZED ON 12/29 BODYBUILDING.COM 866-236-8417 ID S306364055605330 CARD 1116 | No | 69.25 | 126.41 |
| 12/30/2016 | PURCHASE AUTHORIZED ON 12/29 STARBUCKS STORE 23 COVINA CA S586364048943070 CARD 1116 | No | 8.00 | 195.66 |
| 12/29/2016 | ATM WITHDRAWAL AUTHORIZED ON 12/29 925 W. BADILLO ST COVINA CA 0002418 ATM ID 9919E CARD 1116 | No | 80.00 | 203.66 |
| 12/28/2016 | PURCHASE AUTHORIZED ON 12/28 GNC #3361 GNC 03361140 COVINA CA P00466364042706095 CARD 1116 | No | 16.34 | 283.66 |
| 12/28/2016 | eDeposit in Branch/Store 12/28/16 04:38:10 PM 7510 W BELL RD GLENDALE AZ 1775 | Yes | +300.00 | 300.00 |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2016 through December 30, 2016

Account Number: **000000787353536**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00014498 DRE 601 142 00517 NNNNNNNNNNN T 1 000000000 D2 0000
STEVE PANDI
DBA ABDL - SUPPLY
21229 N 52ND AVE
GLENDALE AZ 85308-9366

## CHECKING SUMMARY
Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $225.58 |
| Deposits and Additions | 4 | 7,716.72 |
| ATM & Debit Card Withdrawals | 18 | -4,033.97 |
| Electronic Withdrawals | 1 | -250.00 |
| Other Withdrawals | 1 | -3,500.00 |
| Fees | 1 | -120.00 |
| Ending Balance | 25 | $38.33 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/12 | Amzniwjrlm6Q | Marketplac Qrrc7Gbtg3Fykhx CCD ID: 3215240102 | $3,037.20 |
| 12/12 | Amzniwj1Vm2S | Marketplac Tflb96Kko19Lusl CCD ID: 2810624246 | 27.44 |
| 12/27 | Amznix3Rrm3R | Marketplac S9Lc6Gwkewkzv0M CCD ID: 3215240102 | 4,578.60 |
| 12/27 | Amznix321Jeh | Marketplac Jdpbsz09Vjjk97R CCD ID: 2810624246 | 73.48 |
| **Total Deposits and Additions** | | | **$7,716.72** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01 | Card Purchase | 11/29 Ageless Men'S Health AZ Glendale AZ Card 8183 | $187.50 |
| 12/01 | Card Purchase | 11/30 Courts/Usbc-AZ Phoenix AZ Card 8183 | 12.50 |
| 12/01 | Card Purchase | 11/30 Domino's Pizza 7464 734-930-3030 NV Card 8183 | 47.71 |
| 12/01 | Card Purchase | 12/01 Chevron 0205297 Kingman AZ Card 8183 | 50.00 |
| 12/02 | Card Purchase | 11/30 Abm Parking Wells Fargo Phoenix AZ Card 8183 | 1.00 |
| 12/02 | Card Purchase | 12/01 Genrx Pharmacy 602-616-8831 AZ Card 8183 | 50.00 |
| 12/05 | Card Purchase | 12/02 Auto Air & Vacuum Svc Plainview NY Card 8183 | 1.50 |
| 12/13 | Card Purchase | 12/12 Andrew M Ellis Law Pll 602-5248911 AZ Card 8183 | 1,000.00 |
| 12/14 | Card Purchase | 12/13 Macomb Cc Web 586-445-7337 MI Card 8183 | 1,522.00 |
| 12/16 | Card Purchase | 12/14 8683 Eos Fitness Peoria AZ Card 8183 | 49.53 |
| 12/23 | Card Purchase | 12/22 Apple Store #R247 Glendale AZ Card 8183 | 196.51 |
| 12/27 | Card Purchase With Pin | 12/27 Bashas' #120 Peoria AZ Card 8183 | 113.09 |
| 12/27 | Card Purchase With Pin | 12/27 Sprouts Farmers Peoria AZ Card 8183 | 39.40 |



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/28 | Card Purchase | 12/27 Arizona Publicsrvezpa 800-253-9405 AZ Card 8183 | 310.95 |
| 12/28 | Card Purchase | 12/28 Chevron 0207333 Glendale AZ Card 8183 | 53.89 |
| 12/29 | Card Purchase | 12/28 Sq *Chad Michael Hair Phoenix AZ Card 8183 | 300.00 |
| 12/30 | Card Purchase | 12/28 Postino Arcadia Phoenix AZ Card 8183 | 28.02 |
| 12/30 | Card Purchase | 12/28 Sumo Sushi And Grill Peoria AZ Card 8183 | 70.37 |
| **Total ATM & Debit Card Withdrawals** | | | **$4,033.97** |

## ATM & DEBIT CARD SUMMARY

Steve Pandi Card 8183

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,033.97 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,033.97 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | Chase Quickpay Electronic Transfer 5861882406 To Kevin Marshall | $250.00 |
| **Total Electronic Withdrawals** | | **$250.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | 12/28 Withdrawal | $3,500.00 |
| **Total Other Withdrawals** | | **$3,500.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Service Charges For The Month of November | $120.00 |
| **Total Fees** | | **$120.00** |

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $212.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/01 | -$72.13 | 12/13 | 1,570.01 | 12/27 | 4,301.56 |
| 12/02 | -123.13 | 12/14 | 48.01 | 12/28 | 436.72 |
| 12/05 | -244.63 | 12/16 | -1.52 | 12/29 | 136.72 |
| 12/12 | 2,570.01 | 12/23 | -198.03 | 12/30 | 38.33 |



December 01, 2016 through December 30, 2016
Account Number: 000000787353536

## SERVICE CHARGE SUMMARY

| | | |
|---|---:|---|
| Maintenance Fee | $20.00 | |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $136.00 | |
| **Total Service Charges** | **$156.00** | Will be assessed on 1/5/17 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 19 |
| Deposits / Credits | 4 |
| Deposited Items | 0 |
| **Total Transactions** | **23** |



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---:|---:|---:|---:|---:|
| Your Product Includes: | | | | | |
| ACCOUNT 000000787353536 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 23 | 350 | 0 | $0.00 | $0.00 |
| Subtotal | | | | | $20.00 |
| Other Fees | | | | | |
| Insufficient Funds/Overdraft Item Paid | 4 | 0 | 4 | $34.00 | $136.00 |
| **Total Service Charge (Will be assessed on 1/5/17)** | | | | | **$156.00** |
| ACCOUNT 000000787353536 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 23 | | | | |
| Insufficient Funds/Overdraft Item Paid | 4 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



December 01, 2016 through December 30, 2016
Account Number: 000000787353536

This Page Intentionally Left Blank

Page 4 of 4