1  ILENE J. LASHINSKY
   United States Trustee
2  District of Arizona

3  CHRISTOPHER J. PATTOCK (009797)
   Trial Attorney
4  230 North First Avenue, Suite 204
   Phoenix, Arizona 85003-1706
5  Telephone: (602) 682-2614
   Facsimile: (602) 514-7270
6  E-Mail: Christopher.J.Pattock@usdoj.gov

7

8                 UNITED STATES BANKRUPTCY COURT

9                 FOR THE DISTRICT OF ARIZONA

10 In re:                          )  Chapter 11
                                   )
11 STEVE PANDI, and                )  No. 2:16-bk-11585-SHG
   EILEEN A QUEZADA,               )
12                                 )  UNITED STATES TRUSTEE'S
                                   )  REPLY TO DEBTORS' OBJECTION TO
13                                 )  MOTION TO CONVERT OR DISMISS
                                   )
14 _____Debtors.____)  Hearing Date:   March 30, 2017
                                      Hearing Time:   2:30 p.m.
15                                    Place:          230 N. 1st Ave.
                                                      Ctrm. # 601
16

17         The United States Trustee for the District of Arizona,

18 Region 14 ("UST"), by and through counsel undersigned, hereby

19 submits her Reply to the Debtors' objection to the UST's Motion

20 to Convert or Dismiss.

21

22         1.   The Debtors' Objection was late-filed, on March

23 29, 2017 at 9:57 p.m., fewer than 15 hours before the hearing[1],

24 despite the fact that it was required to be filed no later than

25 March 23rd.  *See* docket number 132.

26

27

28 _____
   [1] See docket number 150

2.   The Debtors have underpaid quarterly fees.  The amount due for the 4th quarter of 2016 is $650, not $325, based upon the Debtors' disbursements of $40,0110.27 for the 4th quarter of 2016.  Disbursments under $15,000 call for a quarterly fee liability of $325.  This is something that both the Debtors and counsel for the Debtors know; quarterly fees are always discussed at the Initial Debtor Interview ("IDI") and the Meeting of Creditors; moreover, instructions and forms concerning same are provided to the Debtors and their counsel at the IDI.

3.   The Debtors' three delinquent Monthly Operating Reports, for December 2016, January 2017 and February 2017, discussed in the UST's Motion to Convert or Dismiss, were substantially late-filed, on March 27, 2017, only 6 days ago.

4.   The Debtors have still not filed a disclosure statement and plan, despite testifying at the November 8, 2016 Meeting of Creditors (conducted by the undersigned) that they would file a plan by the end of 2016.

5.   The Debtors' schedules reveal that there is no equity in any of their real properties, so there is only one way that the Debtors can fund a plan – through business earnings and rental income.  However, as demonstrated in the chart below, the Debtors' Monthly Operating Reports reveal that they have earned

2

virtually no income during the pendency of this case, only $1,362.53, or $272.51 per month.[2]

| Month | Profit/Loss |
|-------|-------------|
| October, 2016 | $ 3,943.76 |
| November, 2016 | (4,398.07) |
| December, 2016 | 39.59 |
| January, 2017 | 1,059.99 |
| February, 2017 | 717.26 |
| **TOTAL** | **$1,362.53** |

WHEREFORE, the United States Trustee respectfully requests that the Court either dismiss this case or convert it to a case under Chapter 7.

RESPECTFULLY SUBMITTED this 30th day of March, 2017.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


CHRISTOPHER J. PATTOCK
Trial Attorney

---

[2] *See* docket numbers 105 and 143-146, at page 4.

3

1  Copies of the foregoing sent by e-mail
   on the 30th day of March, 2017, to:
2
3  Andrew M Ellis, Esq.
   ANDREW M. ELLIS LAW, PLLC
4  Andrew.Ellis@azbar.org

5  Joseph P. Brown, Esq.
   Carolyn Goldman, Esq.
6  Goldman & Zwillinger, PLLC
7  docket@gzlawoffice.com

8  Christopher J. Dylla, Esq.
   Assistant Attorney General
9  Arizona Attorney General's Office
10 Christopher.dylla@azag.gov

11 _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4