Carolyn Goldman (016440)
Vincent R. Mayr (013954)
**GOLDMAN & ZWILLINGER PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main:        (480) 626-8483
Facsimile:   (480) 502-7500
Email: *docket@gzlawoffice.com*
*Attorney for Creditors SAMT 2009 LLC,*
*Ross Family Holdings, LLC and*
*Entrepreneur Opportunity Fund I, LP*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STEVE PANDI and EILEEN A QUEZADA,<br><br>　　　　　Debtors. | (In Proceedings under Chapter 7)<br><br>Case No.: 2:16-bk-11585-SHG<br><br>**REPLY TO RESPONSE TO OBJECTION TO PROOF OF CLAIM NO. 17 FILED BY GEORGE PANDI** |

Come Now, SAMT 2009, LLC, Ross Family Holdings, LLC and Entrepreneur Opportunity Fund I, LP ("Creditors"), by and through their counsel undersigned, and hereby Reply to the Response to Objection to Proof of Claim No. 17 filed by George Pandi. The Response was filed on August 1, 2017 at Docket No. 201.

1

In the preamble to his Response, George Pandi (Hereinafter Claimant) stated as follows: "…ask this honorable court to dismiss this objection on the basis this is not an action for the bankruptcy court…" Objectors simply state that this matter is a matter for the Bankruptcy Court. A bankruptcy was filed. Claimant filed a Proof of Claim in the bankruptcy. Claimant signed the Proof of Claim under Penalty of Perjury. Objectors filed their Objection to Proof of Claim in accordance with the relevant Bankruptcy Rules and the relevant Bankruptcy Code provisions.

1. **First Basis.**

The claimant does not specifically address objecting creditors' allegations that the debt is unenforceable under 11 U.S.C. Section 502(b)(1). Instead, Claimant makes irrelevant allegations of fact relating to a prior chapter 11 case in which the debtors were involved. Claimant has failed to meet his burden of establishing his claim is enforceable.

2. **Second Basis.**

Claimant allegedly provided a total of loans of $ 463,751.84 to Jumpin Jammerz LLC and Steve Pandi. He secured this obligation with numerous security instruments against Jumpin Jammerz LLC and Steve Pandi. When he took and foreclosed upon the inventory of his son's company without an appraisal or audit, and released the debt, he released both Jumpin Jammerz LLC and Steve Pandi. The debt is not enforceable and/or is satisfied and therefore should be disallowed in accordance with 11 U.S.C. Section 502(b)(1).

### 3. Third Basis.

The third basis is an 11 U.S.C. Section 502(d) claim relating to a pre-petition transfer recoverable under 11 U.S.C. Section 547. Claimant's allegations are unresponsive to the Objection and do not satisfy, even if true, the provisions of 11 U.S.C. Section 502(d) to pay the amount, or turnover any such property for which such entity or transferee is liable. Claimant as much as admits that "the combined security of both liens are in excess of the debt owed by the corporation….".

### 4. Fourth Basis, partial release.

Claimant claims that the "alleged disbursement record" (attached to his proof of claim) "is not an accounting statement by simply a reference to verify transaction IDs only and should not be treated as a statement of account for financial records." As a result, Objecting Creditor asserts that Claimant has undermined the document for purposes of validating his debt. Accordingly, without the need to reply to the piecemeal statements regarding individual amounts set forth thereafter in the response to the fourth basis, Claimant has failed to meet his burdens, and the claim should be denied.

### 5. Closings

In the final narrative paragraph, claimant indicates that "the objectors have failed on all basis that I have an invalid claim…" Perhaps claimant fails to understand that it is not Objectors' burden to prove an invalid claim.

Claimant states "The objectors are well aware there is no estate for the secured or

unsecured creditor and that the only creditor within this case to gain any estate funds should any be available would be the IRS. This objection is purely an exercise to incur unnecessary costs an waste both my time and the courts." Objectors assert that this is an unfair characterization of the facts. The suggestion is hereby made that claimant has it within his power to eliminate any "unnecessary costs" or "waste of time". Claimant may do so at any time by simply withdrawing his proof of claim. The Objection would then become moot and no further litigation of the matter would be required.

**DATED** this 7th day of August, 2017.

**GOLDMAN & ZWILLINGER PLLC**

*/s/ Vincent R. Mayr*
Carolyn Goldman
Vincent R. Mayr
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
*Attorneys for Creditors, SAMT 2009 LLC ("SAMT"), Ross Family Holdings, L.L.C ("Ross") and Entrepreneur Opportunity Fund I, LP ("EOF")*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 7, 2017, I electronically transmitted the foregoing Objection to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the registrants below. In cases where no email address is provided, a full copy of this Reply to Claimant's Response was mailed either by first class, U.S. Mail, or by First Class International Mail (in the case of Canadian addresses):

George Pandi
1 Somerset Crescent
Richmond Hill, ON L4C 8N2
Canada
*Claimant*
Full Document mailed by international mail AND sent via email this date to:

| | |
|---|---|
| 1 | *politis40@hotmail.com* |
| 2 | |
| 3 | Carolyn R. Tatkin<br>RADIX LAW, PLC |
| 4 | 15205 N. Kierland Blvd.,<br>Suite 200 |
| 5 | Scottsdale, AZ 85254 |
| 6 | *Attorney for Debtors*<br>tatkin@radixlaw.com |
| 7 | |
| 8 | Steve Pandi<br>Eileen A. Quezada |
| 9 | 6940 W. Voltaire Ave |
| 10 | Peoria, AZ 85381-5057<br>*Debtors* |
| 11 | |
| 12 | Christopher J. Pattock<br>OFFICE OF THE U.S. TRUSTEE |
| 13 | 230 North First Avenue, Suite #204 |
| 14 | Phoenix, AZ 85003-1706<br>*Christopher.J.Pattock@usdoj.gov* |
| 15 | |
| 16 | Eric M. Haley<br>2001 East Campbell Avenue, |
| 17 | Suite 101 |
| 18 | Phoenix, ASZ 85016<br>*Chapter 7 Trustee* |
| 19 | |
| 20 | Adam B. Nach<br>Stuart Bradley Rodgers |
| 21 | LANE & NACH PC |
| 22 | 2001 East Campbell, Suite 103<br>Phoenix, AZ 85016 |
| 23 | *Attorneys for Chapter 7 Trustee* |
| 24 | *Adam.nach@azbar.org*<br>*Stuart.rodgers@lane-nach.com* |
| 25 | |
| 26 | */s/ Jessica Frew* |
| 27 | |
| 28 | |