George Pandi
1 SOMERSET CRESENT
RICHMOND HILL ON L4C8N2 Canada
Tel: 905 883 3080
EMAIL:politis40@hotmail.com

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE,<br><br>STEVE PANDI AND EILEEN A QUEZADA<br><br>DEBTORS. | ) IN PROCEEDINGS UNDER CHAPTER 7<br>) Case No.: 2:16-BK-11585-SHG<br>)<br>) SUPPLEMENT TO RESPONSE TO<br>) OBJECTION TO CLAIM OF GEORGE<br>) PANDI REGARDING NEWLY<br>) DISCOVERED FACTS. |

George Pandi ("Pandi") hereby submits newly discovered facts relevant to his Response to the Objection to his proof of claim by Objectors SAMT 2009 LLC et. al. ("Objectors")

On August 28, 2017, Eric Haley, the Chapter 7 Trustee in this case, responded to an email I sent him. See Exhibit 1. Mr. Haley informed me that there is only about $7000 in the estate for distribution to creditors, and that he is not seeking any further assets to add to the estate. He told me that this would all go to the IRS. I checked the Claims Register and IRS has indeed filed a secured/priority proof of claim in the amount of $956,080.40.

Thus, there will be on distribution to any unsecured creditor, including myself or Objectors. These creditors therefore have no standing to object to my claim as they will not be receiving any distribution. I, along with my son Tom Pandi, are engaged in state court litigation with Objectors. Since there is no benefit to Objectors to be gained from their Objection to my claim, I can only speculate that they hope to gain some kind of

advantage in state court from their Objection. But that is a matter for the state court, not this bankruptcy court.

Dated this 11th day of September, 2017

_____
GEORGE PANDI

From: Eric Haley <ehaley@haley-law.com>
Sent: August 28, 2017 1:46 PM
To: george pandi
Cc: Stuart Rodgers
Subject: RE: BANKRUPTCY CASE : 2:16-bk-11585-SHG for Steve Pandi Eileen Quevada debtor

Mr. Pandi,

There is going to be a distribution to claims, but nothing is going to fall below the administrative claims level or that of the Internal Revenue Service's position. I have collected $14,000.00 and am ready to disburse in the neighborhood of $7,083.91.

This is in line for a Trustee final report to be submitted to the UST for review and eventual filing in the near future.

Regards,

Eric M. Haley, CFE
Law Office of Eric M. Haley
A Professional Corporation
2001 East Campbell Avenue, Suite 101
Phoenix, AZ 85016
(602) 218-5136 (Phone)
(623) 258-4016 (Facsimile)
ehaley@haley-law.com

CONFIDENTIALITY NOTICE:
This message may contain information that is confidential and belongs to the sender, which is legally privileged. The information contained herein is intended only for use of the individual or entity recipient. If you received this message in error or through inappropriate means, please REPLY to the message to notify the sender that this message was erroneously received by you, and then permanently delete this message from all storage media, and destroy any paper copies of this message. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, to the extent this communication (or any attachment) concerns any tax matter, it was not written to be (and may not be) relied upon to (1) avoid tax-related penalties under the Internal Revenue Code, or (2) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).