# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | STEVE PANDI & EILEEN A QUEZADA |
| **Case Number:** | 2:16-BK-11585-SHG   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 14, 2017 02:30 PM   3RD FLOOR #301 |
| **Bankruptcy Judge:** | SCOTT H. GAN |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | RENEE BRYANT |

## Matters:

1) **ADV: 2-17-00017**
   **STEVE PANDI & EILEEN A QUEZADA vs BMW BANK OF NORTH AMERICA**
   STATUS HEARING ON ADVERSARY PROCEEDING.
   R / M #:   5 / 0

2) HEARING REGARDING OBJECTION TO PROOF OF CLAIM NO. 17 FILED BY GEORGE PANDI
   R / M #:   193 / 0

## Appearances:

VINCENT R. MAYR, ATTORNEY FOR CREDITORS SAMT 2009 LLC, ROSS FAMILY HOLINGS
JIM BALL, ATTORNEY FOR BMW BANK OF NORTH AMERICA
GEORGE PANDI, CREDITOR

Page 1 of 2

Case 2:16-bk-11585-SHG   Doc 226   Filed 09/14/17   Entered 09/22/17 10:08:53   Desc
Main Document    Page 1 of 2
09/22/2017  10:08:38AM

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...   2:16-BK-11585-SHG   THURSDAY, SEPTEMBER 14, 2017 02:30 PM

### *Proceedings:*

**AMENDED MINUTE ENTRY**

**ITEM: 1: STATUS HEARING ON ADVERSARY PROCEEDING.**

The Court discusses a notice that includes language indicating there is no attorney present and there has been no momentum to move the case forward and unless there is an appearance by Mr. Steve Pandi or his counsel by the next hearing, the case will be dismissed for lack of prosecution.

Mr. Ball would prefer to have the case dismissed now but understands the Court's request for notice.

***COURT: AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION WILL ISSUE WITH A HEARING DATE OF THURSDAY, OCTOBER 12, 2017 AT 2:30 P.M.*** Mr. Ball may appear by telephone for the next hearing.

**ITEM: 2: HEARING REGARDING OBJECTION TO PROOF OF CLAIM NO. 17 FILED BY GEORGE PANDI**

The Court thinks at this point it will need to set an evidentiary hearing on the issue of the validity of the claim. It wonders if discovery will need to be conducted and how soon the evidentiary hearing should be set.

Mr. Mayr thinks it would be appropriate to have some discovery. He'd ask for a ninety day discovery period.

The Court asks about depositions.

Mr. Mayr is not sure about depositions.

The Court explains to Mr. George Pandi how the matter will proceed over the next ninety days.

***COURT: A STATUS HEARING ON DISCOVERY IS SET FOR THURSDAY, JANUARY 11, 2018 AT 2:30 P.M. AT WHICH A TRIAL DATE CAN BE SET.***

The hearing is adjourned.

C=> MEB

Copy of the M.E. mailed by BNC to:
Steve Pandi, Debtor
EIleen Quezada, Debtor
tlm

***RE: ADV 2-17-00017 ** SUBSEQUENTLY, THE COURT AMENDS ITS RULING AS TO THE HEARING DATE: AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION WILL ISSUE WITH A HEARING DATE OF THURSDAY, OCTOBER 19, 2017 AT 2:00 P.M.*** Mr. Ball may appear by telephone for the next hearing.

Page 2 of 2

Case 2:16-bk-11585-SHG   Doc 226   Filed 09/14/17   Entered 09/22/17 10:08:53   Desc
Main Document   Page 2 of 2                                       09/22/2017  10:08:38AM