2

George Pandi
1 SOMERSET CRESENT
RICHMOND HILL ON L4C8N2 Canada
Tel: 905 883 3080
EMAIL:politis40@hotmail.com





# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE, | ) IN PROCEEDINGS UNDER CHAPTER 7 |
|  | ) Case No.: 2:16-BK-11585-SHG |
| STEVE PANDI AND EILEEN A QUEZADA | ) WITHDRAWAL PROOF OF CLAIM |
|  | ) No. 17 Filed by George Pandi |
| DEBTORS. | ) |

I George Pandi request to withdraw my proof of claim without prejudice. I bring this request to the courts on the basis that all parties including this honorable court save both time and money on a matter that will see no disbursement between creditors within this case with the exception of the IRS.

In my last appearance on Sept 14 2017 I flew in from Canada to dispute the objections made to the validity of my claim. I incurred costs and spent substantial amount of time to prepare for this hearing to only have the matter scheduled to a new date in January for a status hearing.

It is my position that if there are no funds to be disbursed, then there is no benefit to myself as a secured creditor and no legal standing for the objectors as per my filed supplement to response with newly discovered facts. Therefore I am not prepared to incur any further costs to simply argue this matter on the principal that I have a valid claim without any possibility of any financial recovery.

I kindly ask the withdrawal of my proof of claim on this basis and without prejudice from this honorable bankruptcy court.

I further state that by no means shall the withdrawal of my proof of claim be any indication or admission of any fault, liability, wrong doing or be considered prejudicial towards the state matter.

Dated this 31 day of Oct , 2017

*[signature]*
GEORGE PANDI