THIS ORDER IS APPROVED.

Dated: March 1, 2018

_____
**Scott H. Gan, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| STEVE PANDI and EILEEN A. QUEZADA, | No. 2:16-bk-11585-SHG |
| Debtors. | **ABANDONMENT ORDER** |

Eric M. Haley, Trustee, having filed a Notice of Abandonment and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED approving Trustee's Notice of Abandonment, the following property shall be abandoned by the Trustee as burdensome and of inconsequential value to the Estate as of October 29, 2016:

> Any and all claims against George Pandi (Father of Steve Pandi) including, but not limited to, those claims (if any) arising out of any and all transfers and/or loans between George Pandi and the Debtors, or any interest in derivative claims of their entities and any claims arising under Chapter 5 of the bankruptcy code.

**DATED AND SIGNED ABOVE**