Eric M Haley, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| STEVE PANDI | § | Case No. 2:16-bk-11585-SHG |
| EILEEN A QUEZADA | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric M. Haley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: 1,241,842.18 *(Without deducting any secured claims)* | Assets Exempt: 176,300.00 |
| Total Distributions to Claimants: 1,300.00 | Claims Discharged Without Payment: 4,733,653.63 |
| Total Expenses of Administration: 12,700.00 | |

3) Total gross receipts of $ 14,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 14,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,974,467.56 | $ 1,980,047.12 | $ 1,980,047.12 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,080.34 | 9,080.34 | 9,080.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 26,410.70 | 26,410.70 | 3,619.66 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,552.11 | 113,077.84 | 113,077.84 | 1,300.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 542,883.40 | 2,025,540.70 | 2,025,540.70 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,523,903.07 | $ 4,154,156.70 | $ 4,154,156.70 | $ 14,000.00 |

4) This case was originally filed under chapter 11 on 10/07/2016, and it was converted to chapter 7 on 03/31/2017. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2018    By: /s/Eric M. Haley
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ATTORNEY RETAINER ON HAND AT CONVERSION | 1229-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA AUTO TITLE LOANS LLC, DBA CASH 1 985 DAMONTE RANCH PKWY STE 206 RENO, NV 89521 | | 12,380.99 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICA'S SERVICING COMPANY, ATTN: BANKRUPTCY DEPT MAC #D3347-014 3476 STATEVIEW BLVD FORT MILL, SC 29715 | | 416,164.00 | NA | NA | 0.00 |
| | ARROWHEAD LAKES HOMEOWNERS ASSOCIATION, 1600 W BROADWAY RD STE 200 TEMPE, AZ 85282 | | 2,777.50 | NA | NA | 0.00 |
| | BMW BANK OF NORTH AMERICA INC, PO BOX 201347 ARLINGTON, TX 76006-1347 | | 6,999.00 | NA | NA | 0.00 |
| | BMW BANK OF NORTH AMERICA INC, PO BOX 201347 ARLINGTON, TX 76006-1347 | | 17,892.00 | NA | NA | 0.00 |
| | BUTLER LAW OFFICE, 406 E SOUTHERN AVE TEMPE, AZ 85282 | | 40,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CROWN POINT HOMEOWNERS ASSOCIATION INC, 14100 N 83RD AVE STE 200 PEORIA, AZ 85381 | | 1,386.90 | NA | NA | 0.00 |
| | CULVER CITY PROPERTIES LLC, 4408 N 12TH ST STE 200 PHOENIX, AZ 85014 | | 326,000.00 | NA | NA | 0.00 |
| | GEORGE PANDI Debtor 2 EILEEN A QUEZADA First Name, 1 SOMERSET CRES RICHMOND HILL ON L4C 8N2 CANADA | | 463,751.84 | NA | NA | 0.00 |
| | GEORGE PANDI, 1 SOMERSET CRES RICHMOND HILL ON L4C 8N2 CANADA | | 463,751.84 | NA | NA | 0.00 |
| | JACK F KELLY and PATRICIA KELLY, 9783 NEWPORT COAST CIR LAS VEGAS, NV 89147 | | 291,863.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARICOPA COUNTY TREASURER, 301 W JEFFERSON RM 100 PHOENIX, AZ 85003-2199 | | 1,488.39 | NA | NA | 0.00 |
| | MARICOPA COUNTY TREASURER, 301 W JEFFERSON RM 100 PHOENIX, AZ 85003-2199 | | 2,443.36 | NA | NA | 0.00 |
| 24 | AAA AUTO TITLE LOANS LLC | 4210-000 | NA | 14,191.77 | 14,191.77 | 0.00 |
| 3A | ARIZONA DEPARTMENT OF REVENUE | 4210-000 | 94,589.26 | 95,934.24 | 95,934.24 | 0.00 |
| 16 | ARROWHEAD LAKES HOA | 4210-000 | NA | 3,244.00 | 3,244.00 | 0.00 |
| 5 | BMW FINANCIAL SERVICES NA, LLC | 4210-000 | NA | 7,151.44 | 7,151.44 | 0.00 |
| 6 | BMW FINANCIAL SERVICES NA, LLC | 4210-000 | NA | 44,383.28 | 44,383.28 | 0.00 |
| 7 | BMW FINANCIAL SERVICES NA, LLC | 4210-000 | NA | 17,946.16 | 17,946.16 | 0.00 |
| 10 | CLARK COUNTY TREASURER | 4210-000 | NA | 2,290.65 | 2,290.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | CROWN POINT HOMEOWNERS ASSOCIATION | 4210-000 | NA | 3,576.00 | 3,576.00 | 0.00 |
| 4 | FOOTHILLS HOMEOWNERS ASSOCIATION | 4210-000 | NA | 2,146.82 | 2,146.82 | 0.00 |
| 17 | GEORGE PANDI | 4210-000 | NA | 532,484.10 | 532,484.10 | 0.00 |
| 9 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE | 4210-000 | NA | 417,247.10 | 417,247.10 | 0.00 |
| 1A | INTERNAL REVENUE SERVICE | 4210-000 | 832,978.72 | 832,978.72 | 832,978.72 | 0.00 |
| 14 | MARICOPA COUNTY TREASURER | 4210-000 | NA | 6,472.84 | 6,472.84 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,974,467.56 | $ 1,980,047.12 | $ 1,980,047.12 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eric M. Haley | 2100-000 | NA | 2,150.00 | 2,150.00 | 2,150.00 |
| Eric M. Haley | 2200-000 | NA | 14.25 | 14.25 | 14.25 |
| Union Bank | 2600-000 | NA | 76.66 | 76.66 | 76.66 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LANE & NACH P.C. | 3210-000 | NA | 6,251.50 | 6,251.50 | 6,251.50 |
| LANE & NACH P.C. | 3220-000 | NA | 137.93 | 137.93 | 137.93 |
| CUNNINGHAM & ASSOCIATES, INC | 3711-000 | NA | 450.00 | 450.00 | 450.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,080.34 | $ 9,080.34 | $ 9,080.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW M ELLIS | 6210-000 | NA | 25,636.80 | 25,636.80 | 3,513.59 |
| ANDREW M ELLIS | 6220-000 | NA | 773.90 | 773.90 | 106.07 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 26,410.70 | $ 26,410.70 | $ 3,619.66 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AZ DEPARTMENT OF REVENUE, BANKRUPTCY UNIT FIELD 1011 1600 W MONROE ST 7TH FLOOR PHOENIX, AZ 85007-2612 | | 6,552.11 | NA | NA | 0.00 |
| 23 | U.S. TRUSTEE | 5200-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| 3B | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | NA | 15,313.52 | 15,313.52 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 96,464.32 | 96,464.32 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,552.11 | $ 113,077.84 | $ 113,077.84 | $ 1,300.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT SECURITY SERVICES INC, 3190 S VAUGHN WAY AURORA, CO 80014 | | 1,046.66 | NA | NA | 0.00 |
| | APS, PO BOX 53999 STA 38 PHOENIX, AZ 85072-3999 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA, PO BOX 25118 TAMPA, FL 33622-5118 | | 0.00 | NA | NA | 0.00 |
| | BANNER THUNDERBIRD, C/O HEALTHCARE COLLECTIONS INC PO BOX 82910 PHOENIX, AZ 85071-2910 | | 1,211.00 | NA | NA | 0.00 |
| | BMW BANK OF NORTH AMERICA INC, PO BOX 201347 ARLINGTON, TX 76006-1347 | | 44,383.00 | NA | NA | 0.00 |
| | CHASE BANK USA, PO BOX 15298 WILMINGTON, DE 19850-5298 | | 10,295.00 | NA | NA | 0.00 |
| | CITIBANK (SOUTH DAKOTA), N.A., PO BOX 6095 SIOUX FALLS, SD 57117-6095 | | 3,671.00 | NA | NA | 0.00 |
| | COMENITY BANK, PO BOX 182789 COLUMBUS, OH 43218-2789 | | 3,021.00 | NA | NA | 0.00 |
| | CREDIT ONE BANK, PO BOX 98873 LAS VEGAS, NV 89193-8872 | | 840.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ENTREPRENEUR OPPORTUNITY FUND I LP, C/O FRED AUZENNE 5725 N SCOTTSDALE RD STE C-195 SCOTTSDALE, AZ 85250 | | 129,676.46 | NA | NA | 0.00 |
| | HODGSON RUSS LLP, 140 PEARL ST STE 100 BUFFALO, NY 14202 | | 1,363.30 | NA | NA | 0.00 |
| | KOHL'S/CAP ONE, PO BOX 3115 Milwaukee, WI 53201-3115 | | 547.00 | NA | NA | 0.00 |
| | LAW OFFICE OF FRANK ADAMO, PO BOX 32656 PHOENIX, AZ 85064-2656 | | 0.00 | NA | NA | 0.00 |
| | PLATTE RIVER INSURANCE CO, 1600 ASPEN CMNS STE 400 MIDDLETON, WI 53562-4772 | | 3,584.12 | NA | NA | 0.00 |
| | ROSS FAMILY HOLDINGS LLC, 7119 E SHEA BLVD STE 109-299 SCOTTSDALE, AZ 85254 | | 113,730.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SAMT 2009 LLC, 5725 N SCOTTSDALE RD STE C-195 SCOTTSDALE, AZ 85250 | | 219,733.90 | NA | NA | 0.00 |
| | STANCORP MORTGAGE INVESTORS LLC, ATTN: SUSAN CISCO 19225 NW TANASBOURNE DR FL 3 HILLSBORO, OR 97124 | | 0.00 | NA | NA | 0.00 |
| | TERMINIX INTERNATIONAL INC, 860 RIDGE LAKE BLVD MEMPHIS, TN 38120 | | 105.00 | NA | NA | 0.00 |
| | The Bainbridge Law Firm LLC, 2122 E HIGHLAND AVE STE 260 PHOENIX, AZ 85016-4779 | | 5,000.00 | NA | NA | 0.00 |
| | USA FUNDS, PO BOX 9460 Wilkes Barre, PA 18773-9460 | | 1,878.00 | NA | NA | 0.00 |
| | USA FUNDS, PO BOX 9460 Wilkes Barre, PA 18773-9460 | | 1,841.00 | NA | NA | 0.00 |
| | Verizon Wireless Bankruptcy Admin, 500 TECHNOLOGY DR STE 550 SAINT CHARLES, MO 63304-2225 | | 956.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3C | ARIZONA DEPARTMENT OF REVENUE | 7100-000 | NA | 2,787.51 | 2,787.51 | 0.00 |
| 12 | CAPITAL ONE NA | 7100-000 | NA | 547.79 | 547.79 | 0.00 |
| 20 | ENTREPRENEUR OPPORTUNITY FUND I, LP | 7100-000 | NA | 401,220.52 | 401,220.52 | 0.00 |
| 8 | FRANKIE ADAMO | 7100-000 | NA | 5,282.50 | 5,282.50 | 0.00 |
| 18 | GEORGE PANDI | 7100-000 | NA | 218,712.61 | 218,712.61 | 0.00 |
| 1C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 26,637.36 | 26,637.36 | 0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | NA | 956.25 | 956.25 | 0.00 |
| 2 | NAVIENT SOLUTIONS, INC. ON BEHALF OF USA FUNDS | 7100-000 | NA | 3,746.14 | 3,746.14 | 0.00 |
| 22 | PLATTE RIVER INSURANCE COMPANY | 7100-000 | NA | 3,733.95 | 3,733.95 | 0.00 |
| 21 | ROSS FAMILY HOLDINGS, LLC | 7100-000 | NA | 407,136.17 | 407,136.17 | 0.00 |
| 19 | SAMT 2009, LLC | 7100-000 | NA | 952,172.04 | 952,172.04 | 0.00 |
| 13 | U.S. TRUSTEE | 7100-000 | NA | 2,607.86 | 2,607.86 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 542,883.40 | $ 2,025,540.70 | $ 2,025,540.70 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-11585 | SHG | Judge: | Scott H. Gan | Trustee Name: | Eric M. Haley |
| Case Name: | STEVE PANDI | | | | Date Filed (f) or Converted (c): | 03/31/2017 (c) |
| | EILEEN A QUEZADA | | | | 341(a) Meeting Date: | 05/08/2017 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 08/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 6940 W VOLTAIRE AVE<br>PEORIA AZ 85381-0000 MARICOPA | 442,404.00 | 0.00 | | 0.00 | FA |
| 2. 21229 N 52ND AVE<br>GLENDALE AZ 85308-0000 MARICOPA | 513,572.00 | 0.00 | | 0.00 | FA |
| 3. 3806 RANCHO NIGUEL PKWY<br>LAS VEGAS NV 89147-0000 CLARK | 362,785.00 | 0.00 | | 0.00 | FA |
| 4. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 5. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 6. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7. 2008 BMW 650I MILEAGE: 65000 2-DOOR COUPE | 12,575.00 | 12,575.00 | | 0.00 | FA |
| 8. 2012 BMW 328I MILEAGE: 35000 4-DOOR SEDAN | 14,300.00 | 14,300.00 | | 0.00 | FA |
| 9. 2009 BMW X5 XDRIVE 35D AWD MILEAGE: 135000 4-DOOR SPORT ACTI | 11,500.00 | 11,500.00 | | 0.00 | FA |
| 10. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13. 2012 BMW 3 SERIES COUPE 2D M3 (u) | 29,239.00 | 29,239.00 | | 0.00 | FA |
| 14. HOUSEHOLD FURNITURE AND FURNISHINGS, HOUSEHOLD GOODS, INCLUD | 10,500.00 | 0.00 | | 0.00 | FA |
| 15. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 16. BOOKS, MANUALS, PUBLISHED MATERIALS, PERSONAL DOCUMENTS, PIC | 800.00 | 0.00 | | 0.00 | FA |
| 17. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 18. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 19. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 20. ENGAGEMENT RING AND WEDDING RINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 21. Void (u) | 0.00 | N/A | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-11585 | SHG | Judge: | Scott H. Gan | Trustee Name: | Eric M. Haley |
|---|---|---|---|---|---|---|
| Case Name: | STEVE PANDI | | | | Date Filed (f) or Converted (c): | 03/31/2017 (c) |
| | EILEEN A QUEZADA | | | | 341(a) Meeting Date: | 05/08/2017 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 08/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. ENGLISH BULLDOG | 100.00 | 0.00 | | 0.00 | FA |
| 23. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 24. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 25. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 26. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 27. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 28. ALLIANCE BANK OF ARIZONA PREMIER CHECKING ACCOUNT ****7022 (u) | 2,293.12 | 0.00 | | 0.00 | FA |
| 29. JPMORGAN CHASE BANK ACCOUNT NO. 3536 (u) | 600.00 | 0.00 | | 0.00 | FA |
| 30. ALLIANCE BANK OF ARIZONA | 600.00 | 0.00 | | 0.00 | FA |
| 31. JUMPIN JAMMERZ LLC, AN ARIZONA LIMITED LIABILITY COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 32. 21229 N 52ND AVENUE LLC, AN ARIZONA LIMITED LIABILITY COMPAN | 0.00 | 0.00 | | 0.00 | FA |
| 33. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 34. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 35. ARIZONA REGISTERED TRADE NAME: ABDL - SUPPLY | 0.00 | 0.00 | | 0.00 | FA |
| 36. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 37. PROFESSIONAL NEGLIGENCE CLAIM AGAINST ALLEN D. BUTLER | Unknown | 0.00 | | 0.00 | FA |
| 38. NEGLIGENCE CLAIM AGAINST ALLEN D BUTLER, 406 E SOUTHERN AVE, | Unknown | 0.00 | | 0.00 | FA |
| 39. DIAPERS, PACIFIERS, ONESIE T-SHIRTS, BIBS, INFLATABLE PLASTI (u) | 14,624.06 | 0.00 | | 0.00 | FA |
| 40. ATTORNEY RETAINER ON HAND AT CONVERSION (u) | 14,000.00 | 4,000.00 | | 14,000.00 | FA |
| 41. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 42. CLAIMS AGAINST 3RD PARTIES, WHETHER OR NOT YOU HAVE FILED A (u) | 0.00 | 0.00 | OA | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,432,142.18 | $71,614.00 | $14,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ready for TDR - Eric Haley 4/9/2018
QUARTERLY REVIEW: waiting for final check to clear estate account and $0-balance estate bank statement to be available; then ready for TDR - Eric Haley 3/30/2018
Order approved; made final distribution to claims; ready for TDR after final check clears estate account and $0-balance statement is available - Eric Haley 3/5/2018
Uploaded second order approving admin fees and expenses to make final distribution - Eric Haley 3/2/2018
Court Sua Sponte set hearing to discuss Ttee interest in potential claims against Debtor's father; Ttee indicated he's aware of the claims, but several case facts preclude pursuing them; resolved that Ttee would abandon estate's interest in claims; Ttee atty to submit proposed order re abandonment on or about 3/1/2018; after order signed, ready to upload admin fee order and make final distribution to claims after it is entered - Eric Haley 2/22/2018
Debtor filed objection to TFR and Motioned for turnover of funds on hand in the estate - Eric Haley 11/21/2017
UST approved and filed TFR - Eric Haley 11/2/2017
QUARTERLY REVIEW: Waiting for UST to approve TFR - Eric Haley 10/9/2017
Transmitted TFR to UST for review - Eric Haley 9/7/2017
Claims Reviewed - Xiomara Rodgers 9/1/2017
Review claims and prepare TFR - Eric Haley 8/11/2017
QUARTERLY REVIEW: Ttee atty filing final fee app; All assets encumbered by large tax lien - Jean LaCloche 7/7/2017
Rec'd partial compliance re bank statement request - Eric Haley 6/12/2017
Per auctioneer, property in rental R/E not worth cost of removing and auctioning - Eric Haley 6/12/2017
Rec'd partial compliance w/Ttee req for information (2015 tax returns & Ttee forms); missing bank statements for any account, vehicle information, retirement account info, homeowner's policies, etc. - Eric Haley 5/8/2017
Order authorizing Debtor attorney Andrew Ellis withdrawal - Eric Haley 5/5/2017
Creditor interest in 341(a) seems likely; continuing meeting to June 14, 2017 @ 2 PM at the Offices of Lane  mailed notice of continuance to all interested parties on MML - Eric Haley 5/2/2017
No response to initial request for docs.  Sent dbtr atty email stating possible continuance - Jean LaCloche 5/1/2017

RE PROP #    42    --    ANY AND ALL CLAIMS AGAINST GEORGE PANDI (FATHER OF STEVE PANDI)
INCLUDING, BUT NOT LIMITED TO, THOSE CLAIMS (IF ANY) ARISING OUT OF
ANY AND ALL TRANSFERS AND/OR LOANS BETWEEN GEORGE PANDI AND THE
DEBTORS, OR ANY INTEREST IN DERIVATIVE CLAIMS OF THEIR ENTITIES AND
ANY CLAIMS ARISING UNDER CHAPTER 5 OF THE BANKRUPTCY CODE.

Initial Projected Date of Final Report (TFR): 09/30/2017        Current Projected Date of Final Report (TFR): 09/30/2017

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit 9 |
|---|---|---|
| Case No: 16-11585 | Trustee Name: Eric M. Haley | |
| Case Name: STEVE PANDI | Bank Name: Union Bank | |
| EILEEN A QUEZADA | Account Number/CD#: XXXXXX3918 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4162 | Blanket Bond (per case limit): $0.00 | |
| For Period Ending: 05/09/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/17 | 40 | ARIZONA IOLTA TRUST ACCOUNTS LAW OFFICE OF FRANK ADAMO TRUSTEE PO BOX 32656 PHOENIX, AZ 85064 | REFUND OF ATTORNEY RETAINER | 1229-000 | $4,000.00 | | $4,000.00 |
| 04/10/17 | 40 | ELLIS LAW FIRM, P.C. ATORNEY TRUST ACCOUNT 722 E OSBORN RD, STE 220 PHOENIX, AZ 85014 | REFUND OF ATTORNEY RETAINER | 1229-000 | $10,000.00 | | $14,000.00 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $13,985.00 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.80 | $13,964.20 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.11 | $13,944.09 |
| 08/02/17 | 101 | CUNNINGHAM & ASSOCIATES, INC PO BOX 67087 PHOENIX, AZ 85082 | APPRAISAL ADMINISTRATIVE EXPENSE | 3711-000 | | $450.00 | $13,494.09 |
| 08/04/17 | 102 | LANE & NACH P.C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY FEES & COSTS | | | $6,389.43 | $7,104.66 |
| | | NACH P.C., LANE & | ($6,251.50) | 3210-000 | | | |
| | | NACH P.C., LANE & | ($137.93) | 3220-000 | | | |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.75 | $7,083.91 |
| 03/05/18 | 103 | Eric M. Haley PO BOX 13390 SCOTTSDALE, AZ 85267 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,150.00 | $4,933.91 |
| 03/05/18 | 104 | Eric M. Haley PO BOX 13390 SCOTTSDALE, AZ 85267 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $14.25 | $4,919.66 |

Page Subtotals: $14,000.00  $9,080.34

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

Case No: 16-11585
Case Name: STEVE PANDI
               EILEEN A QUEZADA
Taxpayer ID No: XX-XXX4162
For Period Ending: 05/09/2018

Trustee Name: Eric M. Haley
Bank Name: Union Bank
Account Number/CD#: XXXXXX3918
                              Checking
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/18 | 105 | U.S. TRUSTEE<br>230 N 1ST AVE #204<br>PHOENIX, AZ 85003 | UNPAID CH 11 QUARTERLY FEES | 5200-000 | | $1,300.00 | $3,619.66 |
| 03/05/18 | 106 | ANDREW M ELLIS<br>ANDREW M. ELLIS LAW, PLLC<br>PO BOX 16272<br>PHOENIX, AZ 85011-6272 | Distribution | | | $3,619.66 | $0.00 |
| | | ANDREW M ELLIS | CH 11 DIP ATTORNEY FEES     ($3,513.59) | 6210-000 | | | |
| | | ANDREW M ELLIS | CH 11 DIP ATTORNEY EXPENSES     ($106.07) | 6220-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $14,000.00 | $14,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,000.00 | $14,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,000.00 | $14,000.00 |

Page Subtotals: $0.00     $4,919.66

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Case 2:16-bk-11585-SHG    Doc 264    Filed 05/31/18    Entered 05/31/18 09:42:26    Desc
Page 19 of 20

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3918 - Checking | $14,000.00 | $14,000.00 | $0.00 |
| | $14,000.00 | $14,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,000.00 |
| Total Gross Receipts: | $14,000.00 |

Page Subtotals: $0.00  $0.00